UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------

UNITED STATES OF AMERICA,   :

      Plaintiff,   :

   vs.   :   Crim. No 20-MJ-1025 (PK)

MICHAEL MCMAHON,   :

      Defendant.   :

------------------------------------------------------------------------------------

TO:   United States District Court
       EASTERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that the undersigned hereby enters appearance as counsel for the defendant, MICHAEL MCMAHON with regard to the above-captioned case.

/s/ *Brian J. Neary*
_____
BRIAN J. NEARY, ESQUIRE(8398)

*New Jersey Office:*
21 Main Street
Court Plaza South, East Wing
Hackensack, NJ 07601

*New York Office:*
30 Wall Street
8th Floor
New York, NY 10005

Tel.:   201-488-0544
Fax:   201-488-0240
Email:  brianneary@rcn.com

Attorney for Defendant
MICHAEL MCMAHON