

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 14, 2022

<u>By Email, USAFx and FedEx</u>

Lawrence S. Lustberg
Genna A. Conti
Gibbons P.C.
1 Gateway Center
Newark, New Jersey 07102

Brian Neary
Court Plaza South
21 Main Street, Suite 305-A
Hackensack, New Jersey 07601S

   Re: United States v. Michael McMahon
      Criminal Docket No. 21-265 (PKC)

Dear Counsel:

  Enclosed please find the following additional materials, which are being produced in accordance with the government's discovery obligations:

| Description | Begin Bates | End Bates |
|---|---|---|
| Media reports related to Operation Fox Hunt | MM-004292 | MM-004314 |
| Select records from previously produced search warrant returns | MM-004315 | MM-004470 |
| Facebook records and data | MM-004471 | MM-004479 |
| Facebook records and data | MM-005056 | MM-005056 |
| Facebook records and data | MM-005057 | MM-005057 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Capital One records | MM-004480 | MM-004658, MM-005066 |
| TD Bank records | MM-004659 | MM—005055 |
| AT&T records | MM-005058 | MM-005058 |
| AT&T records | MM-005059 | MM-005059 |
| Locus records | MM-005060 | MM-005060 |
| Verizon records | MM-005061 | MM-005061 |
| Google records | MM-005062 | MM-005062 |
| Google records | MM-005063 | MM-005063 |
| Forensic report of mobile device | MM-005064 | MM-005064 |
| Data from extraction of mobile device | MM-005065 | MM-005065 |

      The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021.  See ECF No. 70 ("the Protective Order"). The government considers all of the materials produced today to constitute "sensitive discovery material" as that term is defined in the Protective Order, and has identified such materials accordingly.  See Protective Order ¶¶ 7-9.  The government reiterates its request for reciprocal discovery from the defendant.

          Very truly yours,

          BREON PEACE
          United States Attorney

By:    /s/ Craig R. Heeren
       Craig R. Heeren
       J. Matthew Haggans
       Ellen H. Sise
       Assistant U.S. Attorneys
       (718) 254-7000

Enclosures (via USAFx)
cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)