# Exhibit 2

Case 1:21-cr-00265-PKC     Document 146-4     Filed 08/08/22     Page 1 of 2 PageID #: 708

| | |
|---|---|
| From: | yan eric <ericyan75@yahoo.com> |
| Sent time: | 11/13/2016 01:02:10 AM |
| To: | Mike <Mike@mcmahoninvestigativegroup.com> |
| Subject: | Eric FOR    CASE |

Hi mike

I have already back to China and reported all we found to my boss of the company. From the adress you provide in SAN，We found the following information

owner Yang, joseph
Now,we just want to commission you to investigate the background information of.this yang, joseph.
Besides,we also check our financial record,we found 8 account including PNC bank, Jp morgan chase bank, HSBC bank and the standard chatered bank.So we are willing to commission you to start the off shore property investgation and also the investigation of these 8 account.
would you please tell us the price we should pay for and your account number, My uncle will transfer the money.
Thanks a lot.
ERIC

Defendant McMahon - 000451