

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

March 27, 2023

**VIA ECF**
Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**    ***United States v. McMahon, et al.***
> <u>**Docket No. 21-cr-265**</u>

Dear Judge Chen:

As Your Honor may recall, this Firm represents defendant Michael McMahon in the above-captioned matter. We write in response to the Court's March 22, 2023 Order requesting, in pertinent part, that "[t]he defendants . . . inform the Court by close of business on 3/27/2023 whether or not they consent to jury selection before a Magistrate Judge." Please be advised that Mr. McMahon does consent to jury selection before a Magistrate Judge.

Of course, if the Court has any questions about this matter, please do not hesitate to contact me. Thank you for Your Honor's kind consideration of this matter.

Respectfully submitted,

<u>s/ Lawrence Lustberg</u>
Lawrence S. Lustberg

cc: All counsel of record (via ECF)