# EXHIBIT A

# CURRICULUM VITE

## Andrew Wedeman

### Department of Political Science
### Georgia State University
### PO Box 4069
### Atlanta, Georgia 30302-4069

### Cell (805) 814-1354
### Email: awedeman@gsu.edu

### https://politicalscience.gsu.edu/profile/andrew-wedeman/`

**EDUCATION**

**Doctor of Philosophy**, University of California-Los Angeles, Department of Political Science, 1994.

Graduate Studies, Beijing University, Department of International Politics, 1991.

**Master of Arts**, University of California-Los Angeles, Department of Political Science, 1989.

**Master of Arts**, George Washington University, School of Public and International Affairs, Security Policy Studies Program, 1984.

**Bachelor of Arts** (with distinction), Political Science, George Washington University, 1982.

**PROFESSIONAL EXPERIENCE**

**Professor** Department of Political Science**,** Georgia State University, 2012-present.

**Director** China Studies, Georgia State University, 2012-present.

**Non-Resident Senior Fellow** China Policy Institute, Nottingham University, UK, 2016-present.

**Fellow** Kissinger Institute on China and the United States, Woodrow Wilson Center for International Scholars, Washington, DC, 2016-2017.

**Professor** Department of Political Science, University of Nebraska-Lincoln, 2011-2012.

**Visiting Research Professor** School for International Studies, Beijing University, Spring 2011.

**Associate Professor** Department of Political Science, University of Nebraska-Lincoln, 2001-2011.

**Director** Asian Studies. University of Nebraska-Lincoln, 1996-2012.

**Johns Hopkins University Visiting Associate Professor of Political Science**, Hopkins-Nanjing Center for Chinese and American Studies, Nanjing, China, 2006-2008.

**Director** International Studies, University of Nebraska-Lincoln, 2000-2006.

**Fulbright Research Professor** Department of Political Science, Taiwan National University, 2001-2002.

**Assistant Professor** Department of Political Science, University of Nebraska-Lincoln, 1994-2001.

**Assistant Professor** Department of Politics and Government, University of Puget Sound, 1993-1994.

**Teaching Fellow** Department of Political Science, University of California-Los Angeles, 1992.

**Teaching Assistant** Department of Political Science, University of California-Los Angeles, 1988-1990.

**Instructor** Department of Political Science, California State University-Bakersfield, 1988.

## PUBLICATIONS

### Books

*Double Paradox: Rapid Growth and Rising Corruption in China*. Cornell University Press, 2012. **(Selected on one of the three Best International Relations Books on Asia in 2012 by *Foreign Affairs*.)**

> *China's Paradox: Rapid Growth and Rising Corruption*. WordsWorth, 2013. (Indian edition of *Double Paradox*).

> 双重悖论：腐败如何影响中国的经济增长. (Beijing: China Citic Press, 2013). (Chinese language edition of *Double Paradox*).

David P. Forsythe, Patrice C. McMahon, and Andrew Wedeman, eds., *US Foreign Policy in a Globalized World.* Routledge, 2006.

*From Mao to Market: Rent Seeking, Local Protectionism, and Marketization in China*. Cambridge University Press, 2003.

*The East Wind Subsides: Chinese Foreign Policy and the Origins of the Cultural Revolution*. Washington, DC: The Washington Institute Press, 1987.

### Peer Reviewed Articles

"The Dynamics and Trajectory of Corruption in Contemporary China." *The China Review*, 22:2 (May 2022): 21-48.

"Village Elections and Grassroots Corruption in China," *Taiwan Journal of Democracy*, 13:3 (December 2017): 107-129.

"Bribery with Chinese Characteristics? Corruption, Fuzzy Property Rights, and Rapid Growth," *East Asia: An International Quarterly*, 34:2 (June 2017): 87-111.

"Xi Jinping's Tiger Hunt: Anti-corruption Campaign or Political Purge?" *Modern China Studies* 24:2 (2017): 35-82.

"The Dark Side of Business with Chinese Characteristics," *Social Research: An International Quarterly* 80:4 (Winter 2013).

"The Challenge of Commercial Bribery and Organized Crime in Mainland China," *Journal of Contemporary China* 22:79 (January 2013): 18-34.

"Win, Lose, or Draw? China's War on Corruption," *Crime, Law and Social Change* 49:1, (February 2008): 7–26.

with Peter Hatemi. "Oil and Conflict in Sino-American Relations," *China Security* 3:7 (July 2007): 95-118.

"Anticorruption Campaigns and the Intensification of Corruption in China," *Journal of Contemporary China* 14:42 (February 2005): 93-107.

"The Intensification of Corruption in China," *China Quarterly* no. 180 (December 2004): 895-921. (**Awarded the 2004 Gordon White Prize for the most original article in *China Quarterly*.**)

"Great Disorder under Heaven: The Paradox of Endemic Corruption and Rapid Growth in Contemporary China," *China Review* 4:2 (Fall 2004): 1-32.

"Strategic Ambiguity and Partisan Politics: American Domestic Politics and Stability in the Taiwan Strait," *Cambridge Review of International Affairs* 14:2 (2001): 222-237.

"Incompetence, Noise, and Fear in Central-Local Relations in China," *Studies in Comparative International Development* 35:4 (2001): 59-83.

"Budgets, Extra-budgets, and Small Treasuries: The Utility of Illegal Monies," *Journal of Contemporary China* 9:25 (November 2000): 489-511.

"Agency and Fiscal Dependence in Central-Provincial Relations in China," *Journal of Contemporary China* 8:20 (March 1999): 103-122.

"Stealing from the Farmers: Institutional Corruption and the 1992 IOU Crisis," *China Quarterly,* no. 152 (December 1997): 81-107.

"Looters, Rent-scrapers, and Dividend-collectors: Corruption and Growth in Zaire, South Korea, and the Philippines," *The Journal of Developing Areas,* 31:4 (Summer 1997): 457-478.

**Chapters in Edited Volumes**

"Challenges of Controlling Corruption at the Grassroots," in Ceren Ergenc and David S.G Goodman, eds., *China's Local Governance*. Cheltenham, UK: Edward Elgar Publishing, forthcoming.

"The Xi Jinping Effect on Leadership Politics," in Han Rongbin and Ashley Esary, eds., *The Xi Jinping Effect*. Seattle WA: University of Washington Press, *forthcoming*.

"Policing the Police: Xi Jinping's Drive against Criminal Gangs and their Protective Umbrellas," Shiping Hua, ed., *Chinese Legality: Ideology, Law and Institutions* Routledge, 2022.

"Anti-Corruption Forever?" Jean C. Oi and Thomas Finger, eds. *Fateful Decisions: Choices That Will Shape China's Future*. Palo Alto, CA: Stanford University Press, 2020: 82-106.

"The Evolution of China's Anti-Corruption Strategy," in Cheng Chen and Meredith Weiss, eds., *The Political Logic(s) of Anti-Corruption Efforts in Asia*. Albany, NY: SUNY Press, 2019: 201-2228.

"Unrest and Regime Survival," in Theresa Wright, ed., *Handbook of Protest and Dissent in China*. Northhampton, MA: Edward Elgar Publisher, 2019: 12-26.

"The Intensification of Corruption in China," in Kjeld Erik Brødsgaard, ed., *Critical Readings on the Chinese Communist Party*, Volume 4 (Leiden, Netherlands: Brill, 2016), reprint of *China Quarterly* no. 180 (December 2004) article.

"Corruption and Collective Protest in China," in Ian Scott and Ting Gong, eds., *Routledge Handbook of Corruption in Asia*. New York: Routledge, 2016: 179-195.

"Not in My Backyard: Middle Class Protest in Contemporary China," In Hongmei Li and Leslie March, eds., *The Middle Class in Emerging Societies: Consumers, Lifestyles and Markets*. New York: Routledge, 2015: 200-222.

"Corruption," in Christopher Ogden, ed., *Handbook of China's Governance and Domestic Politics*. New York: Routledge, 2013: 177-186.

"Unrest, Subversion, Repression, and Human Security in China," in Courtney Hillebrecht, Patrice McMahon, and Tyler White, eds., *At Home and Abroad: How States Respond to Human Security*. New York: Routledge, 2013: 25-47.

"Corruption, Local Protectionism, and the Great Recession in China" In Dali L. Yang, ed., *The Global Recession and China's Political Economy*. New York: Palgrave-Macmillan, 2012: 179-198.

"Crossing the River by Feeling for Stones or Carried Across by the Current? The Dynamics of Reform in Post-Mao China," in Scott Kennedy, ed., *Beyond the Middle Kingdom: Comparative Perspectives on China's Capitalist Transformation*. Palo Alto, CD: Stanford University Press, 2011: 117-142.

"Win, Lose, or Draw? China's War on Corruption," in Michael Johnston, ed., *Public Sector Corruption*. SAGE Publications, 2011 (Reprint of 2008 *Crime, Law and Social Change*).

"Looters, Rent-scrapers, and Dividend-collectors: Corruption and Growth in Zaire, South Korea, and the Philippines," Michael Johnston, ed., *Public Sector Corruption*. SAGE Publications, 2011 (Reprint of 1997 *The Journal of Developing Areas*).

"The Intensification of Corruption in China," in Zheng Yongmin, Lu Liyi, and Lynn White, III, eds., *The Politics of Modern China: Critical Concepts*. Volume II: *Political Economy*. Routledge, 2009. (Reprint of 2004 *China Quarterly* article).

"China's War on Corruption," in Tong Gong and Stephen K. Ma, eds., *Preventing Corruption in Asia: Institutional Design and Policy Capacity*. New York: Routledge, 2009: 15-29.

"Guilt and Punishment in China's War on Corruption," in Jean C. Oi, Scott Rozelle, and Xueguang Zhou, eds., *Growing Pains: Tension and Opportunity in Contemporary China's Transition*. Washington, DC: Brookings Institute, 2009: 117-42.

"Rents, Mergers, and Acquisitions: Market Expansion and Local Protectionism in the Chinese Automotive and Beer Sectors," in Tak-Wing Ngo and Yongping Wu, eds., *Rent Seeking In China*. Routledge, 2008: 215-40.

4

"Strategic Repression and Regime Stability in China's Peaceful Development," in Sujian Guo, ed., *China's "Peaceful Rise" in the 21st Century: Domestic and International Conditions*. Ashgate, 2006: 89-115.

with Patrice C. McMahon, "Sustaining U.S. Power in a Globalized World," in David P. Forsythe, Patrice C. McMahon, and Andrew Wedeman, eds., *US Foreign Policy in a Globalized World*. Routledge, 2006: 1-29.

"Corporate Capitalism and Socialist China," in Edmund Terrance Gomez and Hsin-Huang Michael Hsiao, eds., *Chinese Enterprise, Tran nationalism, and Identity*. Routledge, 2003: 72-108.

"Taiwan, Terror, and Sino-American Relations in the Wake of 9-11," in Liao Dachi, ed., *American Policy in Asia-Pacific after 9-11*. Kaohsiung, Taiwan: Sun Yatsen University, 2003.

"Development and Corruption: The Asian Paradox," in Edmund Terrance Gomez, ed., *Political Business in East Asia*. Routledge, 2002: 34-61.

"State Predation and Rapid Growth: Politicization of Business in China," in Edmund Terrance Gomez, ed., *Political Business in East Asia*. Routledge, 2002: 155-81.

"Prospects for a Sino-American Transition War," in Kwang il Baek, ed., *Comprehensive Security and Multilateralism in Post-Cold War East Asia*. Seoul: The Korean Association of International Studies, 1998: 53-86.

"Corruption and Politics," in *China Review 1996*, Kuan Hsin-chi, general editor. Hong Kong: Chinese University of Hong Kong Press, 1996: 61-94. Translated and published under separate cover as 腐败和政治 (Corruption and Politics) in 中国评论 (*China Review 1996*) Kuan Hsin-chi, general editor. Hong Kong: Chinese University of Hong Kong Press, 1996: 53-83.

"The People's Republic of China 1988" and "The Republic of China (Taiwan) 1988," in Louise Haberman and Paul M. Sacks, eds., *Annual Review of Nations, Year 1988*. New York, NY: Taylor&Francis, 1989: 247-267 and 285-301.

with Richard Baum, "Political and Economic Outlook for the P.R.C." and "Political and Economic Outlook for R.O.C. (Taiwan)," *The Journal of Multinational Strategies,* 1:1 (Summer 1991): 30-42.

**Non-peer Reviewed Articles**

"The 20th Congress of the Chinese Communist Party: Sea Change or Much Ado About Nothing?" *China Currents*: 21: 4 (2022).

"The Ukraine Crisis, Xi Jinping, and Taiwan," *China Currents*, 21:3 (2022).

"Flies to Tigers: The Dynamics of Corruption in China," *China Currents*: 20:1 (2021).

"A Crushing Tide Rolling to a Sweeping Victory? Xi Jinping's Battle with Corruption after Six Years of Struggle," *China Currents*, 18:1 (2019).

"两居任期" 限制之移除: [The Removal of the Two Term Limit], 全球政治评论: 62 [Review of Global Politics] (April 2018): 7-10.

"Does China Fit the Model?" in "The Rise of Kleptocracy," *Journal of Democracy*, 29:1 (January 2018): 86-95.

"China Crackdown on Corruption: War without End?" *Current History*, 116:791 (September 2017): 210-216.

 "New Challenges for Xi Jinping's Anti-Corruption Crackdown?" *China Currents*, 16:1 (January 2017).

"PLA Inc.: Xi's Anti-Corruption Campaign Puts Heat on China's Military," *World Politics Review* December 3, 2014.

"Xi Jinping's Tiger Hunt and the Politics of Corruption" *China Currents* (2014) 13:2.

"Corrupt China Needs More Than A Tiger-hunt," *China Economic Review* (September 2014).

"Growth and Corruption in China," *China Currents*, 11:2 (2012).

"Double Paradox: Rapid Growth and Rising Corruption in China," *The Montreal Review*, June 2012.

 "The Chinese Famine, 1958-1962," in David P. Forsythe, ed., *Encyclopedia of Human Rights*. Oxford University Press, Volume 1, 2009.

"Pol Pot," in David P. Forsythe, ed., *Encyclopedia of Human Rights*. Oxford University Press, Volume 4, 2009.

"Corruption: Crisis or Constant?" (background paper for China Balance Sheet project, Peterson Institute for International Economics and
Center for Strategic and International Studies, January 28, 2008), www.china balancesheet.org. This paper appeared in substantial part as "Corruption in China: Crisis or Constant?" in C. Fred Bergsten, Charles Freeman, Nicholas Lardy, and Derek J. Mitchel, *China's Rise: Challenges and Opportunities* (Washington, DC: Peterson Institute for International Development and the Center for Strategic and International Studies, 2008): 91-104.
f
"Corruption in China: Crisis or Constant?" Center for Strategic and International Studies, *Freeman Report*, March 2007.

"China's War on Corruption: Progress or Stalemate?" *Freeman Report*, March 2007.

with Kelly Eaton. "伊拉克战争与布什原则 的命运" (The Iraq War and the Fate of the Bush Doctrine ), 南京大学学报 (Journal of Nanjing University) 44: 2 (May 2007): 48-57.

"Introduction" and Guest Editor, *Chinese Economic Studies*, special issue on "Regional Protectionism," 26:5 (Fall 1993).

**Invited Internet Posts**

"Five Years of Hunting Tigers and Swatting Flies," China Policy Institute, Nottingham University, April 25, 2018, available at http://theasiadialogue.com/2018/04/25/five-years-of-hunting-tigers-and-swatting-flies/.

"Four Years On: Where is Xi Jinping's Anti-Corruption Drive Headed?" China Policy Institute, Nottingham University, available at https://cpianalysis.org/2016/09/19/four-years-on-where-is-xi-jinpings-anti-corruption-drive-headed/.

"Xi Jinping's Anti-corruption Crackdown: Echoes of the Cultural Revolution?" http://blogs.nottingham.ac.uk/chinapolicyinstitute.

"Xi Jinping's Tiger Hunt," http://blogs.nottingham.ac.uk/chinapolicyinstitute/2014/03/17/xi-jinpings-tiger-hunt/.

"Xi Jinping's Anti-Corruption Campaign and the Third Plenum," http://blogs.nottingham.ac.uk/chinapolicyinstitute/2013/11/15/xi-jinpings-anti-corruption-campaign-and-the-third-plenum/.

"Corruption and China's New Leadership," http://blogs.nottingham.ac.uk/chinapolicyinstitute/2013/03/21/corruption-and-chinas-new-leadership/.

## Podcasts

"Andrew Wedeman on the politics of anti-corruption campaigns in China," Kickback - the global anticorruption podcast, Episode 92, https://soundcloud.com/kickback-gap/episode-92-andrew-wedeman-on-the-politics-of-anti-corruption-campaigns-in-china?si=bfd8e97ad9a44784b54637bfef892be2&utm_source=clipboard&utm_medium=text&utm_campaign=social_sharing.

## In Progress

"Anti-corruption Populism with Chinese Characteristics," under review.

*The Third Paradox: Rapid Growth, Rising Corruption and China's Never-ending Battle with Corruption* – in-progress book project.

"Vote Buying and Plutocracy: An Analysis of the September 2016 Liaoning Scandal."

## Book Reviews

Yuen-yuen Anh, *China's Gilded Age: The Paradox of Economic Boom and Vast Corruption* (New York: Cambridge University Press, 2020), *China Quarterly*, 245 (2021): 292-293.

Qing Fang and Xiaobing Li, eds., *Corruption and Anti-corruption in Modern China* (Lanham, MD, 2019), *China Review* 86 (2021): 122-124.

Gordon Cheung, *China in the Global Political Economy From Development to Entrepreneurial* (Northhampton, MA: Edward Elgar 2018), *China Quarterly* 243 (2020): 873-874.

Carl Minzner, *The End of an Era: How China's Authoritarian Revival is Undermining Its Rise* (New York: Oxford University Press, 2018), *The China Journal* 82 (2019) 158-159.

Chonghao Wu, *Regulating Government Ethics: An Underused Weapon in China's Anti-corruption Campaign* (New York: Cambridge University Press, 2016), *The China Journal* 79 (2018): 129-130.

"Pop Goes the China Bubble: Minxin Pei, *China's Crony Capitalism: The Dynamics of Regime Decay, The American Interest*, 12:3 (January/February 2017).

Cheng Hongmin, *Financial Crime in China: Developments, Sanctions, and the Systematic Spread of Corruption* (Barsingstok, UK: Palgrave, 2016): *China Quarterly* 227 (September 2016): 822-823.

Mel Gurtov. *Will This Be China's Century? A Skeptic's View* (Boulder, CO: Lynne Rienner, 2013). In *China Quarterly* 216 (December 2013): 1068-1069.

Victor Nee and Sonja Opper. *Capitalism From Below: Markets and Institutional Change in China*. (Harvard University Press, 2012). In *Perspectives on Politics*, 11:1 (March 2012): 456.

Tarling, Nicholas, ed., *Corruption and Good Governance in Asia*. (Routledge, 2009). In *Asian Business & Management Review* 10:3 (August 2011): 453-455.

Hongyi Lai. *Reform and the Non-State Economy in China: The Political Economy of Liberalization Strategies*. In *Perspectives on Politics* 8:2 (June 2010): 640-1.

Johann Graf Lambsdorff. *The Institutional Economics of Corruption and Reform: Theory, Evidence and Policy*. In *Political Science Quarterly* 123:2 (Summer 2008): 3543-5.

Melanie Manion. *Corruption By Design: Building Clean Government in Mainland China and Hong Kong*. In *China Quarterly* no. 183 (September 2005): 728-31.

Yan Sun. *Corruption and Markets in Contemporary China*. In *China Quarterly*, no. 181 (March 2005): 177-9.

Yasheng Huang. *Selling China: Foreign Direct Investment during the Reform Era*. In *China Review International*, 12:1 (Spring 2005): 126-130.

Jie Chen. *Popular Political Support in Urban China*. In *China Review*.

Bo Zhiyue. *Chinese Provincial Leaders: Economic Performance and Political Mobility Since 1949*.  In *China Review* 3:1 (Spring 2003).

Lu Xiaobo. *Cadres and Corruption: The Organizational Involution of the Chinese Communist Party*. In *Journal of Politics* 64:1 (February 2002): 303-7.

Trish Fulton, Jianyan Li & Dianqing Xu, eds. *China's Tax Reform Options*. In *China Information* 24:1 (2000).

Ralph A. Thaxton. *Salt of the Earth: The Political Origins of Peasant Protest and Communist Revolution in China*. In *Comparative Political Studies* 32:1 (February 1999).

Dali L. Yang. *Beyond Beijing: Liberalization and the regions in China* and Shaun Breslin. *China in the 1980s: Centre-Province Relations in a Reforming Socialist State*. In *China Information* 13:1 (Summer 1998): 142-145.

Yasheng Huang. *Inflation and Investment Controls in China: The Political Economy of Central-Local Relations During the Reform Era*. In *Journal of Asian Studies* 56:3 (August 1997): 766-768.

David Shambaugh, ed. *Greater China: The Next Superpower?* In *Journal of Asian Studies* 55:2 (May 1996): 447-448.

**CONFERENCE PAPERS, INVITED LECTURES, AND PRESENTATIONS**

"Five More Years for Xi Jinping – Why," China Research Center Annual Meeting, Atlanta, GA, October 2022.

Roundtable "The war in Ukraine: What it means for China," China Research Center, Atlanta, GA, September 2022.

"Anti-corruption Populism with Chinese Characteristics," paper presented at the Symposium on Corruption, the Rise of Populism, and the Future of Democracy, University of Iowa, Iowa City, April 2022.

Co-moderator, Peter Martin, *China's Civilian Army: The Making of Wolf Warrior Diplomacy* (Oxford University Press, 2021), sponsored by the Atlanta Global Studies Center and the Georgia State University Department of Communications, February 2022.

"Xi Jinping's Anti-corruption Crackdown," Australian National University, Canberra, Australia, September 2021.

 "The Challenge of Anti-corruption Work at the Local Level," Conference on Local Governance in China," Xi'an Jiaotong – Liverpool University, Suzhou China, Summer 2021.

"What is Xi Fighting? The Dynamic of Corruption in Post-Mao China," Conference on Fighting Corruption in China: Context, Trajectory, and Significance," City University of Hong Kong, March 2021.

Invited discussant for Rosemary Pang (Pennsylvania State University), "Subnational Ruling Party Institutionalization and Its Mitigation Effects on Corruption: A Case Study of China,"
Asian Online Political Science Seminar Series, Professor Charles Crabtree, Dartmouth College, Hanover, New Hampshire, December 2020.

"Xi Jinping's Anti-corruption Crackdown," School of African and Oriental Studies (SOAS), University of London, London, UK, November 2020.

"Xi Jinping's Anti-corruption Crackdown," Australian National University, Canberra, Australia, May 2020.

"2019 CHINA Town Hall," National Committee on United States China Relations, Louisiana State University, Baton Rouge, LA, November 2019.

Keynote Address, "Washington and Beijing Diverge: Why have Sino-American Relations Deteriorated?" China Research Center, Atlanta, GA, September 2019.

"A Crushing Tide Rolling to a Sweeping Victory?" Hong Kong Foreign Correspondents Club, March 2019.

"A Crushing Tide Rolling to a Sweeping Victory?" Hong Kong University, March 2019.

"A Crushing Tide Rolling to a Sweeping Victory?" Hong Kong Forum, March 2019.

"A Crushing Tide Rolling to a Sweeping Victory?" City University of Hong Kong, March 2019.

"A Crushing Tide Rolling to a Sweeping Victory? Xi Jinping's Battle with Corruption after Six Years of Struggle," panel on "What Keeps Xi Up at Night: Beijing's Internal and External Challenges," U.S.-China Economic and Security Review Commission, Washington, DC, February 2019.

"Decoding U.S.-China Trade," Great Decisions Lecture series, Atlanta, GA, January-February 2019.

"Xi Jinping's Battle with Corruption," National Committee for US-China Relations, Menlo Park, CA. July 2018.

"Kleptocracy," Department of Political Science, Georgia State University, April 2018.

"US-China Relations," Great Decisions Talks series, Atlanta, GA, February 2018.

"Corruption in China," Center for International Private Business, Washington DC, November 2017.

"Anti-corruption Forever?" Paper presented at conference on "China's Possible Futures," The Stanford China Program of the Walter H. Shorenstein Asia-Pacific Research Center, Stanford University and the Stanford University Center, Peking University, Beijing, November, 2017.

"Roundtable on the 19th Party Congress," Center for Strategic & International Studies (CSIS), Washington DC, November 2017.

"Kleptocracy, Plutocracy, and Corruption," Presentation at the National Endowment for Democracy, workshop on "Sharpening the Conceptual Understanding of Modern Kleptocracy," Washington DC, September 2017.

"The Evolution of China's Anti-Corruption Strategy," Paper presented at the "Workshop on Anti-Corruption in Asia," San Francisco, CA, September 2017.

"Xi Jinping's Anti-Corruption Crackdown: Anti-corruption Forever?" US Department of Justice, Federal Bureau of Investigation, Directorate of Intelligence, Washington DC, May 2017.

"Anti-Corruption Forever?" Paper presented at "China's Possible Futures?" Tenth Year Anniversary Conference, The Stanford China Program of the Walter H. Shorenstein Asia-Pacific Research Center, Stanford University, Stanford, CA, May 2017.

"Xi Jinping's Corruption Crackdown: An Assessment and Prospects," Foreign Correspondents Club of China (FCCC), Beijing, China, April 2017.

"The Use of Case Analysis to Assess Marco-Level Changes in Corruption," Qinghua University, Beijing, China, April 2017.

"Anti-corruption Forever? Xi Jinping's Signature Policy in a Politically Fraught Year," Kissinger Institute on China and the United States, Woodrow Wilson Center for International Scholars, Washington DC, March 2017.

"Corruption, Unrest, and Dissent in China," U.S.-China Economic and Security Review Commission," United States Capital, Washington DC, February 2017.

"Forum on US-China Relations and the New Trump Administration," Kissinger Institute on China and the United States, Woodrow Wilson Center for International Scholars, Washington DC, January 2017.

Panelist, "China's Crony Capitalism: Kleptocracy with Chinese Characteristics," Hudson Institute, Washington DC, December 2016.

"Rubber Stamps and Useless Flowerpots? An Analysis of the September 2016 Liaoning Scandal," European Association for Evolutionary Political Economy Annual Conference, Manchester, UK, November 2016.

"Vote Buying and Plutocracy in China: An Analysis of the September 2016 Liaoning Scandal," Nottingham University, UK, November 2016.

"The Evolution of China's Anti-Corruption Strategy," American Political Science Association Annual Conference, Philadelphia, PA, September 2016.

"Taiwan's 2016 Presidential Election: Changes and Challenges," Emory University, Atlanta, GA, January 2016.

"Xi Jinping's Tiger Hunt: Anti-corruption Campaign or Political Purge?" Utica College, Utica, NY, December 2015.

"The Double Paradox of Corruption in China," Utica College, Utica, NY, December 2015.

"Not in My Backyard: Middle Class Protest in Contemporary China," Workshop on Social Policy Reform in Russia and China, Emory University, Atlanta, GA, November 2015.

"Xi Jinping's Tiger Hunt: Anti-corruption Campaign or Political Purge?" University of Durham, Durham, UK, November 2015.

"Corruption and Popular Protest in China," Conference on "Corruption in Asia" City University of Hong Kong, October 2015.

"Anti-corruption Campaign or Political Purge? Xi Jinping's Tiger Hunt," Chinese Globalization Society, "China Goes Global," Georgia Tech University, Atlanta, GA, October 2015.

"Chinese Foreign Direct Investment in the United States," National Committee on United States-China Relations, 2015 China Town Hall, Louisiana State University, Baton Rouge, LA, October 2015.

"Anti-corruption Campaign or Political Purge? Xi Jinping's Tiger Hunt," American Political Science Association Annual Conference, San Francisco, CA, September, 2015.

"Grassroots Democracy and Corruption in China, Taiwan, and the United States," paper presented at the conference on "Local Governance: Taiwan and China in Comparative Perspective," sponsored by Taiwan Foundation for Democracy (TFD) and hosted by East West Center, Honolulu, HI, August 2015.

"China's Anti-Corruption Campaign," World Forum on China, Co-sponsored by the Carter Center and the Shanghai Academy of Social Sciences, Atlanta, GA, May 2015.

"Corrupt Property Rights in China," European Association of Evolutionary Political Economists, Nicosia, Cyprus, November 2014.

"China's Current Anti-Corruption Campaign," Wilson Center, Kissinger Institute on China and the United States, Washington DC, November 2014 (broadcast on C-SPAN).

"The High-Level Corruption in China: Evidence from the 2012-14 Anti-corruption Campaign," American Association for Chinese Studies, Annual Conference, Washington DC, October 2014.

"The Double Paradox of Corruption and Rapid Growth in China/Hunting Big Tigers," University of Macau, May 2014.

"Double Paradox/Bagging the Big Tiger," University of Georgia, Athens, GA, May 2014.

"China: Making Sense of the New Bribery Crackdown," Dow Jones Global Compliance Symposium, Washington DC, April 2014.

"Double Paradox/Bagging the Big Tiger," Center for Chinese Studies, University of California, Los Angeles, CA, April 2014.

"Roundtable on US-ROC Relations," Taipei Economic & Cultural Office (TECO), Atlanta, GA, April 2014.

"Double Paradox/Bagging the Big Tiger," Chinese University of Hong Kong, Hong Kong, March 2014.

"Double Paradox/Bagging the Big Tiger," Atlanta International Club, Atlanta, GA, March 2014.

"Corruption in Contemporary China," Roundtable sponsored by the U.S. Congress, Congressional Executive Commission on China, Washington DC, November 2013.

"Double Paradox: Rapid Growth and Rising Corruption," Institute for the Study of International Development (ISID), McGill University, Montreal, Canada, October 2013.

"Rat Trading and the New Corruption in China," Academy of International Business, Southeast USA Chapter, 2013 Annual Conference, Georgia Tech University – Scheller College of Business, Atlanta, GA, October 2013.

"Not in My Backyard: Middle Class Protest in Contemporary China." Conference on Middle Class Phenomenon in Emerging Markets, Georgia State University, Atlanta, GA, October 2013.

"The Dark Side of Chinese Business: Private Corruption," American Political Science Association Annual, Chicago, IL, August, 2013.

"Business-to-Business Corruption in China," Symposium on ASIA-USA Partnership Opportunities (SAUPO), Atlanta, GA, April 2013.

"The Deepening of Corruption in China," Asian Studies Program, Georgia State University, Atlanta, GA, April, 2013.

"Double Paradox: Rapid Growth and Rising Corruption," Sigur Center, George Washington University, Washington DC, April 2013.

"The Deepening of Corruption in China," Center for Asian Studies, Georgetown University, Washington DC, April 2013.

"Double Paradox: Rapid Growth and Rising Corruption," Seminar on Cultures of Corruption, Georgetown University, Washington DC, April 2013

"Double Paradox: Rapid Growth and Rising Corruption," Global China Connection, Emory University, Atlanta, GA, March 2013.

"The Deepening of Corruption in China," Association for Asian Studies, San Diego, CA, March 2013.

"Double Paradox: Rapid Growth and Rising Corruption," Asian Studies Program, Georgia State University, GA, Atlanta, February 2013.

"Double Paradox: Rapid Growth and Rising Corruption," US Department of Justice, Federal Bureau of Investigation, Directorate of Intelligence, Washington DC, December 2012.

"Double Paradox: Rapid Growth and Rising Corruption," University of Michigan, Center for Chinese Studies, Ann Arbor, MI, October 2012.

"Mass Incidents, Subversion, and Stability in China," Conference on "The Surprising Role of Human Security in the 21st Century," Great Plains National Security Education Consortium, University of Nebraska-Lincoln, Lincoln, NE, March 2012.

"The Double Paradox of Rapid Growth and Intensifying Corruption in Contemporary China," Texas Tech University, Lubbock, TX, November 2011.

"The Double Paradox of Rapid Growth and Intensifying Corruption in Contemporary China," School of International Studies, Beijing University, Beijing, China, June 2011.

"The Challenge of Commercial Bribery, Collective Corruption, and Criminalized Corruption in Mainland China," Conference on Controlling Corruption in Greater China City University of Hong Kong, June 2011.

"Too Big to Fail: Power Transition and Interdependence in Sino-American Relations," Beijing University, Beijing, China, April 2011.

"Crossing the River by Feeling for the Stones or Carried Across by the Current? The Transformation of the Chinese and Russian Automotive Sectors," Association for Asian Studiesm Honolulu, HI, April 2011.

"Challenges to Anti-Corruption Reform: Two Examples from the United States," Anti-Corruption Workshop, Sponsored by the Hangzhou Municipal Discipline Inspection Commission of the Chinese Communist Party, Hangzhou, China, October 2010.

"Corruption, Local Protectionism, and the Great Recession in China," Conference on China and the Great Recession, Sponsored by the University of Chicago and Renmin University, Beijing, China, July 2010.

"Incompetence, Noise, and Fear in Central-Local Relations in China," School of Public Policy and Administration, Xi'an Jiaotong University, Xi'an, China, May 2010.

"Lamas and Cadres: The Status of Tibet," University of Nebraska Honors Colloquium, Lincoln, NE, January 2010.

"Persistent Corruption and the Limits of Building Clean Government," Conference on Building Clean Government in China, Changsha, China, January 2010.

Pre-talk, E.N. Thompson Forum: Susan Shirk, "China: Fragile Superpower," University of Nebraska-Lincoln, Lincoln, NE, November 2009.

"State Building and Ethnic Conflict in Xinjiang," University of Nebraska Honors Colloquium, Lincoln, NE, October 2009.

Pre-talk, E.N. Thompson Forum: Kaiser Kuo, "Shouting Across the Chasm: Chinese and American Netizens Clash in Cyberspace," University of Nebraska-Lincoln, Lincoln, NE, October 2009.

"Rent Seeking and Liberty in China," Liberty Foundation Conference on China, Scottsdale, AZ, October 2009.

"Enemies of the State: The Evolution of Subversion in post-Mao China," American Political Science Association, Toronto, Canada, August 2009.

"The Double Paradox of Corruption and Rapid Development in Post-Mao China," Hopkins Nanjing Center, Nanjing, China, June 2009.

"China's Rise and American Security," Nebraska Council for Humanities, Capital Forum, Lincoln, NE, February 2008.

"China: Political Overview, Nebraska LEAD Program, Nebraska Wesleyan University, Lincoln, NE, December 2008.

"China Rising," Five lecture series, University of Nebraska-Lincoln, OLLIE program, Lincoln, NE, October-December, 2008.

"The Rise of China," China Interactions Program, Oklahoma City University Meinder School of Business, Oklahoma City, OK, October 2008.

"The Decline of Machine Politics in the Progressive Era: Implications of Anti-corruption Work in China," Conference on Governance Reform in the Progressive Era of USA: Implications for China, Zhongshan University, Guangzhou, China June 2008.

"Local Protectionism and the Marketization of China," Tianjin Economics and Finance University, Tianjin, China, March 2008.

"Corruption in China: Crisis or Constant?" Economist Economic Intelligence Unit, Shanghai, China, November 2007.

"Guilt and Punishment in China's War on Corruption," Conference on Growing Pains: Tensions and Opportunity in China's Transformation, Stanford University, Stanford, CA, October 2007.

"Rents, Mergers, and Acquisitions: Market Expansion and Local Protectionism in the Chinese Automotive and Beer Sectors," Conference on Rent-seeking Politics in China, Leiden University, Leiden, Holland, June 2007.

"Can We Measure Corruption?" Hunan University, Changsha, China, May 2007.

"China's War on Corruption," International Conference on Chinese Studies, Nanjing University, Nanjing, China, May 2007.

"The Double Paradox of Corruption in China," Zhongshan University, Guangzhou, China, May 2007.

14

"Win, Lose, or Draw? China's War on Corruption," Workshop on Toward a Clean Government: Institutional Design and Policy Capacity, City University, Hong Kong, May 2007.

"American Perceptions of China's Rise," Nanjing University, China, March 2007.

"The Politics of the Transition: Grand Strategy or Feeling the Stones to Cross the River?" Conference on Capitalism with Chinese Characteristics: China's Political Economy in Comparative and Theoretical Perspective, Indiana University, Bloomington, IN, May 2006.

with Peter Hatemi, "Power Transitions and Lateral Pressures: China and the United States in the 21st Century," Southwestern Political Science Association, San Antonio, TX, April 2006.

"Strategic Repression and the Blind Eye: Hegemony versus Heterodoxy in China." Association of Chinese Political Studies, San Francisco, CA, July 2005.

"Cutting Our Own Throats: Local Protectionism and Price Wars in China" Association for Asian Studies, Chicago, IL, April 2005.

"Local Protectionism, Institutional Malfeasance, Organized Corruption, and Central-Provincial Relations in China," Conference on Central-Provincial Relations, Washington DC, October 2004.

"Challenging the State: Political Hegemony, Heterodoxy, Conflict, and Repression in China," Universities Services Centre, Chinese University of Hong Kong, Hong Kong, February 2004.

"Taiwan, Terror, and Sino-American Relations in the Wake of 9-11," International Conference on Security in the Asian Pacific Region, Sun Yatsen University, Kaohsiung, Taiwan, 2002.

"Corporate Capitalism in Socialist China." Midwest Conference on Asian Affairs, Lincoln, NE, 2001.

"Reform of the State Sector and the Changing Business Environment in China." Conference on Chinese Business and Culture in Global and Local Context, Academia Sinica, Taipei, Taiwan, 2001.

"Degenerate Cadres and Predatory Institutions: Corruption and Official Malfeasance in China." Midwest Conference on Asian Affairs, Bloomington, IN, 2000.

"Campaign-style Enforcement and Corruption Control in China." Midwest Political Science Association, Chicago, IL, March 2000.

"Reform and Corruption in China." American Political Science Association, Atlanta, GA, August 1999.

"Crony Capitalism, Honest Graft, and Corrupt Development in East Asia." Workshop on Political Business in East Asia, Aalborg University, Denmark, May 1999.

"Sino-American Power Transition and Conflict in East Asia." Korean Association of International Studies Conference on Conflict and Cooperation in Post-Cold War Asia, Seoul, South Korea, November 1998.

"Inadvertent Reform: The Unintended Consequences of Local Protectionism in China." American Political Science Association, Boston, MA, August 1998.

"Wild Cards and Odd Bedfellows: Congress as a Source of Instability in East Asia." International Convention of Asia Scholars, Noordwijkerhout, Holland, June 1998.

"Wild Cards and Odd Bedfellows: Congress as a Source of Instability in East Asia." East Asia Seminar, University of Chicago, IL, 1998.

"Incompetence, Noise, and Fear in Central-Local Relations in China." Workshop on Cadre Monitoring and Reward: Personnel Management and Policy Implementation in the PRC, University of California, San Diego, CA, June 1998.

"Developmental and Degenerative Corruption in Japan, and South Korea." Association for Asian Studies, Washington DC, March 1998.

"Budgets, Extra-budgets, and Small Treasuries: Illegal Monies and the Central-Local Fiscal Balance in China." American Political Science Association, Washington DC, August 1997.

with Valerie Schwebach. "Elections, Partisan Politics, and Interstate Conflict: The 1995-1996 Taiwan Straits Crisis." American Political Science Association, Washington DC, August 1997.

with Valerie Schwebach. "Politics, Strategy, and Two-Level Models in the 1995-1996 Taiwan Straits Crisis." International Studies Association, Toronto, Canada, March 1997.

 with Valerie Schwebach. "Politics, Strategy, and Two-Level Models in the 1995-1996 Taiwan Straits Crisis." Midwest Political Science Association, Chicago, IL March 1997.

"The Abusive State: Reform and the Breakdown of Cadre Discipline in China." Association for Asian Studies, Chicago, IL, March 1997.

"Looters, Rent-scrapers, and Dividend-collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines." American Political Science Association, San Francisco, CA, August 1996.

"Stealing from the Farmers: The Political Consequences of the Misappropriation of Agricultural Purchase Funds in China." Association of Asian Studies, Honolulu, HI, March 1996.

"Has Economic Reform Increased Corruption in China? A Statistical Analysis." Midwest Conference on Asian Affairs, St. Louis, MO, September 1995.

"The Market Road to Post-communist Communism in China." Central Slavic Association, Lincoln, NE, October 1994.

"Buying Free Trade: Political Obstacles to the Eradication of Local Protectionism in China." Association of Asian Studies, Los Angeles, CA, March 1993.

"West Against East: China's Coastal Development Policy as a Source of Inter-regional Conflict." Centre for Asian Studies, Chinese University of Hong Kong, Conference on Policy Implementation in China, Hong Kong, August 1991.

## GRANTS AND AWARDS

**Tenured Scholarly Support Grant**, Georgia State University, Office of the Provost, 2018-2019 ($18,200).

**Research Intensive Semester release from teaching**, Georgia State University, College of arts and Sciences, Fall 2018 ($10,000).

**Woodrow Wilson Center for International Scholars Kissinger Institute on China and the United States Fellowship**, September 2016-May 2017 ($105,000).

**Honors College Digital Literacy Course Development Grant**, Georgia State University, Spring 2016 ($3,000).

**Provost's Faculty Research Fellowship**, Georgia State University, Spring 2015 ($25,000).

**Developing External Educational Partnerships (DEEP) Grant,** "Building Collaborative Faculty Research Networks between Hong Kong and Atlanta," Georgia State University, Spring 2013 ($5,000).

**Senning Fund Grant**, University of Nebraska-Lincoln, Department of Political Science, Summer 2011 ($2,500).

**American International Relations Scholar in Residence at Beijing University Grant**, Spring 2011 ($15,000).

**Gordon White Prize**, China Quarterly Advisory Board, Most Original Article: "The Intensification of Corruption in China, *China Quarterly*, no. 118, December 2005 ($200).

**Extended Education and Outreach Course Development Grant**. University of Nebraska-Lincoln, May 2005 ($1,000).

**Innovative Teaching and Learning Excellence Grant**. University of Nebraska-Lincoln Senior Vice Chancellor's Office, February 2005 ($1,000).

**Congress Fund Grant**. University of Nebraska-Lincoln, Department of Political Science, 2004 ($2,500).

**Grant in Aid for Faculty Research**. University of Nebraska-Lincoln, University Research Council, 2004 ($2,500).

**Travel Grant**. University of Nebraska-Lincoln, Human Rights and Diversity Initiative, 2004 ($1,000).

**Fulbright Research Grant**. Foundation for Scholarly Exchange, Taipei ROC. 2001-2002 ($60,000).

**Certificate of Recognition for Contributions to Students**. Parents Association and the Teaching Council of the University of Nebraska-Lincoln, January 2001.

**Course Development Grant**. University of Nebraska-Lincoln, Human Rights and Human Diversity Initiative, 2001 ($1,000).

**Grant in Aid for Faculty Research**. University of Nebraska-Lincoln, University Research Council, 2001 ($2,500).

**Senning Fund Grant**. University of Nebraska-Lincoln, Department of Political Science, 2001 ($2,500).

**Congress Fund Grant**. University of Nebraska-Lincoln, Department of Political Science, 2000 ($2,500).

**UNL Nisei Project**. Private Donation, Dr. Roger Kobayashi, University of Nebraska-Lincoln, College of Arts and Sciences, Public Discourse and Values Initiative, Human Rights and Diversity Initiative 2000 ($10,000).

**Grant in Aid for Faculty Research**. University of Nebraska-Lincoln, University Research Council, 1999 ($2,500).

**Senning Fund Grant**. University of Nebraska-Lincoln, Department of Political Science, 1999 ($2,500).

**Faculty and Curriculum Development Seminar on Japan**. American Association of Colleges and Universities, 1997-1998 ($2,500).

**Congress Fund Grant**. University of Nebraska-Lincoln, Department of Political Science, 1998 ($2,500).

**Certificate of Recognition for Contributions to Students**. Parents Association and the Teaching Council of the University of Nebraska-Lincoln, January 1997.

**Senning Fund Grant.** University of Nebraska-Lincoln, 1997 ($2,500).

**Grant in Aid for Faculty Research**. University of Nebraska-Lincoln, University Research Council, 1997 ($2,500).

**Summer Research Grant**. University of Nebraska-Lincoln, Department of Political Science, 1996 ($2,500).

**Grant in Aid for Faculty Research**.  University of Nebraska-Lincoln, University Research Council, 1996 ($2,500).

**Summer Faculty Research Fellowship**. University of Nebraska-Lincoln, University Research Council, 1995 ($2,500).

**Grant in Aid for Faculty Research**. University of Nebraska-Lincoln, University Research Council, 1995 ($2,500).

**IGCC Dissertation Fellowship**. University of California, Institute on Global Conflict and Cooperation, 1992-1993 ($16,000).

**Chancellor's Dissertation Fellowship/Laffin Fellowship**. University of California Los Angeles-Office of the Chancellor, 1992-1993 ($16,000).

**Teaching Fellowship**. University of California-Los Angeles, Department of Political Science, 1992-1992 ($16,000).

**Beijing University Dissertation Research Fellowship**. Yenching University Alumni Educational Foundation, 1990-1991 ($10,000).

**Graham Dissertation Fellowship**. University of California-Los Angeles, Department of Political Science, 1990-1991 ($16,000).

**Title VI National Resource Fellowship for Chinese Language Studies** (Mandarin). US Department of Education, 1989-1990 ($8,000).

**Title VI National Resource Fellowship for Chinese Language Studies** (Classical Chinese). US Department of Education, Summer 1989 ($1,800).

**Teaching Fellowship**. University of California, Los Angeles-Department of Political Science, 1988-1990 ($16,000 per year).

**Chinese Language Fellowship.** (Mandarin). Center for Chinese Studies, University of California-Los Angeles, 1988 ($1,800).

**Fellowship**. University of California-Los Angeles, Department of Political Science, 1987-1988 ($6,000).

## DISSERTATION AND THESIS SUPERVISION (2012-present)

### Doctoral Dissertation Committees

Chair: Mustapha Salama, in progress

Chair: Mohammed Hamza Iftikhar, in progress.

Chair: Younis Sarwer, in progress.

Chair: Chen Gong, completed 2022.

Member: Abdelrahman Rashdan, in progress.

Chair: Sing Hua Lee, completed 2022.

Chair: Adnan Rasool, complete 2020.

Member: Clark DeMas, in progress.

Chair: Dexter Lensing, in progress.

Member: Zhou Weile, in progress.

Member: Michael Westberg, completed 2022.

Member: Dariga Abilova: completed 2022.

Member: Mamdouh Shouman, completed 2017.

Member: Laura White, completed 2017.

Chair: Paowen Li, completed 2015.

Member: Nkemjika Kalu (University of Nebraska, Lincoln), completed 2012.

### Masters Theses, Masters in Passing, and Masters Non-Thesis Paper Committees

Member: Jenny Pham, completed 2021.

Chair: Mohammad Hamza Iftikhar, completed 2021.

Chair: Younis Chughtai, completed 2021.

Chair: Liam Ammerman, completed 2021.

Co-chair: Matthew Mottet, completed 2020.

Chair: Umniah Al Bayati, completed 2020.

Chair: Myung Gyun Lim, completed 2019.

Member: Alisa Malkova, completed 2017.

Member: Clark Demas, complete 2017.

Chair: Jiewan Park, completed 2014.

Member: Dexter Lensing, completed 2018.

Member Chen Gong, complete 2019.

Member: William Batty, complete 2018.

Chair: Baeksun Sunny Jan**g**, completed 2016.

Chair: Adnan Rasool, completed 2015.

Chair: Wei Wang, complete 2014.

Member: Stavros Papadopoulos, completed 2015.

**PROFESSIONAL SERVICE**

**Member of the Editorial Board**, *Asian Survey*, 2019-present.

**Member of the Editorial Board**, 廉政学研究 [*Clean-Governance Study*] (journal published by the Social Science Research Institute of the Chinese Academy of Social Sciences), 2019-present.

**Member of the Advisory Board**, the Kleptocracy Initiative, Washington, DC, 2016-present.

**Grant reviewer,** Hong Kong Research Grants Council, 2013-present.

**Member National Screening Committee (Taiwan and Hong Kong)**, Institute of International Education: U.S. Student Fulbright Program, 2009, 2010, and 2013.

**External Examiner**, University of Hong Kong Law School, 2008-2010.

**Member Screening Committee,** Foundation for Scholarly Exchange**,** Taiwan Fulbright Committee Spring 2002.

**Referee***,* National Science Foundation 2010-present.

**Referee**, the Research Grants Council of Hong Kong, 2013-present.

**Program Chair**, Midwest Conference on Asian Affairs, University of Nebraska, Lincoln, NE, October 2001.

**Program Coordinator**, Midwest Japan Seminar, University of Nebraska, Lincoln, Lincoln, NE, 1998.

**Member Editorial Board** *East Asia: An International Quarterly*, 2011-present.

**Referee**

> **Presses:** University of Kentucky Press, Cornell University Press, Oxford University Press, Cambridge University Press, Stanford University Press, Cornell University Press, and Westview Press.

> **Scholarly Journals:** *Asian Survey, China Quarterly, The China Journal, China Economic Review, Issues and Studies*, *China Review, China Information, Comparative Politics, Comparative Political Studies, Crime, Law, and Social Change*; *East Asia: An International Quarterly, Economics of Governance, Governance*, *Problems of Post-Communism*, *Review of International Political Economy*, *American Political Science Review*, and *American Journal of Political Science*.

**University and Departmental Service** (Since 2012)

**Chair College of Arts and Sciences Promotion and Tenure Committee, Social and Behavioral Sciences Area Committee**, 2021-2022.

**Member College of Arts and Sciences Promotion and Tenure Committee, Social and Behavioral Sciences Area Committee**, 2017-2020.

**Member Fulbright Review Committee**, Georgia State University, 2013-2015.

**Member Provost Faculty Research Fellowship Selection Committee**, Georgia State University, 2016.

**Member Institutional Research Board**, Georgia State University, 2013-2014.

**Member College of Arts and Sciences Promotion and Tenure Committee, , Social and Behavioral Sciences Area Committee,** Georgia State University, 2014.

**Member China Task Force**, Georgia State University, 2012-present.

**Member College of Arts and Science's Global Studies Institute Director Search Committee**, Georgia State University, 2014-2015.

**Member Department of Political Science Non-tenure Track Lecturer Public Law Search Committee**, 2021-present.

**Coordinator Department of Political Science Comparative Politics Field,** 2019-present

**Member Department of Political Science Graduate Committee**, Georgia State University, 2012-2016. 2017-present.

**Member Department of Political Science International Relations Search Committee**, Georgia State University, 2013.

**Chair Department of Political Science Comparative Politics Qualifying Examination Committee,** 2012-present.

## OTHER EXPERIENCE

**Expert Witness**, Shane Molyneaux, Immigration Lawyer, Vancouver, BC 2021.

**Expert Witness**, Ferris LLP, Vancouver, BC, 2020

**Expert Witness**, Cooley LLP, Washington DC, 2015.

**Expert Witness**, Davis LLP, Vancouver, BC, 2014.

**Member of the Board**, China Research Center, Atlanta, GA, 2012-present.

**Vice President,** Lincoln Asian Cultural Center, Lincoln, NE, 2010-2011.

**Member of the Board,** Lincoln Asian Cultural Center, Lincoln, NE, 2008-2009.

**Scholar Escort,** National Committee on United States China Relations-United States Congress, Joint Committee on China Relations, Staff Delegation visit to the National People's Congress, Beijing, China, March 2008.

**Contributor**, United National Development Programme, "Asia Pacific Human Rights Development Report on Corruption and Development, 2008."

**Risk Analyst,** Multinational Strategies Inc., 1988-1990.

**Consultant,** FMC Corporation, 1988.

**Operations Analyst,** Air Force Combat Operations, Systems Research and Applications Corp., Arlington, VA, 1986-1987.

**Manpower Analyst,** Naval Fleet Manpower and Training, Akman Associates, Silver Spring MA, 1984-1986.

## MEDIA INTERVIEWS AND CITATIONS

*New York Times, Wall Street Journal, National Public Radio, Time Magazine, Asian Wall Street Journal, Christian Science Monitor, South China Morning Post, Bloomberg, Associated Press, China Radio International, The Atlantic*, *The New Yorker*, *Caixin*, *Mirror News* (Beijing), *The Financial Times*, *Chinese Central Television (CCTV), CNN International, The Harvard Politics* Review, *El Confidencial* (Spain)*, Asia Sentinel, Il Manifesto,* and *The Economist*.

## FIELD WORK AND FOREIGN RESIDENCE

China, Taiwan, Hong Kong, South Korea, Thailand, Cambodia, India, and the Cote d'Ivoire.