DRAFT 6/13/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        - against -

MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
    also known as "Jason Zhu,"

               Defendants.
-------------------------------------------------------X

**VERDICT FORM**

21-CR-265 (S-1) (PKC)

We, the jury, find as follows:

### COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

                                       Not Guilty _____      Guilty _____

As to defendant ZHENG CONGYING:

                                       Not Guilty _____      Guilty _____

As to defendant ZHU YONG:

                                       Not Guilty _____      Guilty _____

DRAFT 6/13/2023

# COUNT TWO
## Acting as an Agent of a Foreign Government Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

        Not Guilty _____      Guilty _____

As to defendant ZHENG CONGYING:

        Not Guilty _____      Guilty _____

As to defendant ZHU YONG:

        Not Guilty _____      Guilty _____

# COUNT THREE
## Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

        Not Guilty _____      Guilty _____

As to defendant ZHENG CONGYING:

        Not Guilty _____      Guilty _____

As to defendant ZHU YONG:

        Not Guilty _____      Guilty _____

DRAFT 6/13/2023

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

          Not Guilty _____        Guilty _____

As to defendant ZHENG CONGYING:

          Not Guilty _____        Guilty _____

As to defendant ZHU YONG:

          Not Guilty _____        Guilty _____

Dated: _____, 2023          _____
   Brooklyn, NY                                  JURY FOREPERSON