UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

          - against -

MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
      also known as "Jason Zhu,"

          Defendants.
------------------------------------------------------X

**VERDICT FORM**

21-CR-265 (S-1) (PKC)

We, the jury, find as follows:

## COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

    Not Guilty  ✓      Guilty _____

As to defendant ZHENG CONGYING:

    Not Guilty  ✓      Guilty _____

As to defendant ZHU YONG:

    Not Guilty _____      Guilty  ✓



COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 21CR265
DATE: 6/15/23

## COUNT TWO
### Acting as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

Not Guilty _____ Guilty ___✓___

As to defendant ZHENG CONGYING:

Not Guilty ___✓___ Guilty _____

As to defendant ZHU YONG:

Not Guilty _____ Guilty ___✓___

## COUNT THREE
### Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

Not Guilty _____ Guilty ___✓___

As to defendant ZHENG CONGYING:

Not Guilty _____ Guilty ___✓___

As to defendant ZHU YONG:

Not Guilty _____ Guilty ___✓___

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

Not Guilty _____  Guilty __✓__

As to defendant ZHENG CONGYING:

Not Guilty _____  Guilty __✓__

As to defendant ZHU YONG:

Not Guilty _____  Guilty __✓__

Dated: __June 20__, 2023
Brooklyn, NY

_____
JURY FOREPERSON