1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    --------------------------------x
                                          21-CR-265(PKC)
3    UNITED STATES OF AMERICA,
                                          United States Courthouse
4              Plaintiff,                 Brooklyn, New York

5              -against-                  June 7, 2023
                                          9:00 a.m.
6    MICHAEL MCMAHON, ET AL.,

7              Defendant.
     --------------------------------x

8
                TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
9              BEFORE THE HONORABLE PAMELA K. CHEN
                 UNITED STATES DISTRICT JUDGE
10                      BEFORE A JURY

11   APPEARANCES

12   For the Government:        UNITED STATES ATTORNEY'S OFFICE
                                Eastern District of New York
13                              271 Cadman Plaza East
                                Brooklyn, New York 11201
14                              BY:  CRAIG HEEREN, AUSA
                                     MEREDITH ARFA, AUSA
15                                   IRISA CHEN, AUSA

16                              DEPARTMENT OF JUSTICE
                                NATIONAL SECURITY DIVISION
17                              950 Pennsylvania Avenue NW
                                Washington, D.C., 20530
18                              BY:  CHRISTINE ANN BONOMO, ESQ.

19
     For Defendant McMahon:     GIBBONS P.C.
20                              One Gateway Center
                                Newark, New Jersey 07102
21                              BY:  LAWRENCE S. LUSTBERG, ESQ.
                                     GENNA AUTUMN CONTI, ESQ.

22

23   Court Reporter:           Georgette K. Betts, RPR, FCRR, CCR
                                Phone:  (718)804-2777
24                              Email:  Georgetteb25@gmail.com
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1    APPEARANCES: (Cont'd.)

2    For Defendant Zheng:        GOLDBERGER & DUBIN P.C.
                                 401 Broadway, Suite 306
3                                New York, New York 10013
                                 BY:  RENEE MELINDA WONG, ESQ.
4

5    For Defendant Zhu:         KEVIN KERVENG TUNG P.C.
                                 136-20 38th Avenue, Suite 3D
6                                Flushing, New York 11354
                                 BY:  KEVIN K. TUNG, ESQ.
7

8

9                        *  *  *  *  *  *  *  *

10            (In open court; Jury not present.)

11            THE COURT:  Good morning.  Have a seat everyone.

12            We're going to go on record now.  Good morning

13   everyone.  A couple of issues.  One is I understand we have an

14   issue, Mr. Tung, with you not -- well, you refusing to pay for

15   the transcript.  You have to pay for the transcript.  This is

16   the same thing I told Mr. Goldberger yesterday.

17            MR. TUNG:  Your Honor, it is actually not what I

18   don't want to pay for the transcript because my client has to

19   pay for the transcript.  He told me he didn't have the money.

20   He does not work.  He didn't have the money, your Honor.

21            THE COURT:  Who is paying your fees?

22            MR. TUNG:  He pay me a flat fee, which will be less

23   than the transcript, your Honor.  But he didn't pay me

24   anything now.  It was for that kind of flat fee.  He's not --

25   I mean, this man is not working, doesn't have money.  And we

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1    didn't order, we didn't order the transcript.

2          THE COURT:  Right, but I require everyone to have it

3    because what happens is, when the jury goes back for their

4    deliberations they will ask for or they often ask for portions

5    of the transcript to be sent back to them.  So the parties

6    have to get the transcript and most of the time they want it

7    on an instantaneous basis so it can be used during closings or

8    for other purposes, but certainly we need it at the time of

9    the jury deliberations so that everyone can get together and

10    decide what should be sent back to them.

11          MR. TUNG:  But --

12          THE COURT:  The only potential solution, I suspect,

13    is your client has to file an affidavit as to his indigence

14    and perhaps I can get CJA funds to pay for his portion of the

15    transcript.

16          Ms. Wong, I don't know if your client is in the same

17    situation.

18          MS. WONG:  Your Honor, my client is in the same

19    situation and if we have the ability -- he's not currently

20    working.  Prior to this trial he was a clerk at a bubble tea

21    establishment.  He simply cannot pay for these transcripts.

22          THE COURT:  Well, who is paying for your fees then?

23          MS. WONG:  Family members.  And, again, this is on a

24    flat fee basis.

25          THE COURT:  All right.  They'll both have to fill

PROCEEDINGS

1  out financial affidavits with the Pretrial Services office and

2  they're going to have to be approved, even though they have

3  retained counsel for CJA funding, and then in which case their

4  share of the transcript, just the cost on the transcript can

5  be paid out of the CJA funds.  All right.  But the court

6  reporters will be paid in full for the transcripts by all

7  parties.

8          The cost is being shared, I gather, amongst four I

9  guess different parties, the government and the three

10  defendants, correct?

11          MR. HEEREN:  That's right, your Honor.

12          THE COURT:  All right.  We'll take care of that.

13          So talk to Ms. Gonzalez to clarify that process.

14  She advises me that the attorneys have to provide the form to

15  their clients to fill out and then submit it to Pretrial

16  Services, Fida, or --

17          THE COURTROOM DEPUTY:  Submit it to you to review to

18  see --

19          THE COURT:  I get the affidavit?

20          THE COURTROOM DEPUTY:  Yes, because they are not

21  getting counsel.

22          THE COURT:  Off the record.

23          (Discussion off the record.)

24          THE COURT:  So that's one issue.

25          The second one has --

PROCEEDINGS

1          MR. HEEREN:  Your Honor, just very practically, I

2    would just note for defense counsel, the financial affidavit

3    can be found on the EDNY website.  They can get it directly

4    themselves.

5          THE COURT:  Thank you.  It's under I think CJA,

6    right?

7          MR. HEEREN:  Yes, it's titled CJA 23 Financial

8    Affidavit.  If they Google it, it's the first thing that pops

9    up.

10          THE COURT:  Thank you.

11          The second issue is one for you to consider how to

12    address and that has to do with Alternate Number One.  He has

13    advised Ms. Gonzalez that he has been diagnosed with gout, I

14    gather in one of his legs.

15          THE COURTROOM DEPUTY:  His right foot.

16          THE COURT:  His right foot.  He suggested that that

17    should be a basis to excuse him from jury service.

18    Ms. Gonzalez appropriately tried to probe him as to why his

19    current condition would justify his being excused from the

20    jury.  He's apparently on medication for it now but, as I

21    think Ms. Gonzalez pointed out to him, he'll have the gout

22    wherever he is, whether it's at home, here in the courthouse

23    or back at work, if he goes back to work, and he hasn't -- and

24    we'd be willing to make an accommodation of letting him sit

25    not in the jury box but in one of the seats right near the

PROCEEDINGS

1    jury box in the event that he needed to elevate his foot.  But

2    thus far he hasn't made any such requests.  It just seems to

3    us that he perhaps wants to use it as an excuse to get off the

4    jury.

5            We can question him, and that would be my

6    preference, during a break outside the presence of other

7    juries, so that his complaints, I guess for lack of a better

8    word, are on the record, but I think unless he says something

9    radically different than what he told Ms. Gonzalez, there is

10   really no basis to excuse him, but obviously you folks can

11   make that judgment for yourselves after you hear from him

12   directly.  So we'll take that up probably during the first

13   break or maybe at the beginning of the lunch break.

14           So we're going to go ahead and get the jury.

15           (Jury enters courtroom.)

16           THE COURT:  Please be seated, everyone.

17           Good morning, ladies and gentlemen of the jury, I

18   hope you had a good night last night.  We are now going to

19   resume the examination of the witness by the government.

20           Mr. Heeren.

21           MR. HEEREN:  Thank you, your Honor.

22           (Witness takes the witness stand.)

23   **HONGRU JIN**, called as a witness, having been previously first

24   duly sworn/affirmed, was examined and testified further as

25   follows:

H. JIN - DIRECT - MR. HEEREN

1    DIRECT EXAMINATION (Continued)

2    BY MR. HEEREN:

3    Q    Good morning, Mr. Jin.  Good morning, ladies and

4    gentlemen.

5    A    Good morning.

6    Q    Mr. Jin, we ended the day yesterday I believe with you

7    looking at and identifying Government's Exhibit 501 which you

8    identified as night vision goggles; is that correct?

9    A    Yes.

10         MR. HEEREN:  And, your Honor, may I publish by

11   passing around the night vision goggles to the jury?

12         THE COURT:  You may.

13         (Exhibit published.)

14         MR. HEEREN:  Can we please show the witness for

15   identification Government's Exhibit 440B.

16         THE COURT:  Just for the witness and the parties.

17   Q    Do you recognize Government's Exhibit 440B?

18   A    I do.

19   Q    What is this?

20   A    It's a receipt from the hotel check-in.

21   Q    For the check-in at what hotel?

22   A    Edison.  It's a Manhattan hotel.

23   Q    How do you recognize it?

24   A    It's with my initial and email address and also a

25   signature.

H. JIN – DIRECT – MR. HEEREN

1          MR. HEEREN:  The government moves to admit

2    Government's Exhibit 440B into evidence.

3          MR. LUSTBERG:  No objection.

4          MS. WONG:  No objection.

5          MR. TUNG:  No objection.

6          THE COURT:  Admitted.  You may publish.

7          (Government Exhibit 440B, was received in evidence.)

8          (Exhibit published.)

9          MR. HEEREN:  Ms. McMahon, if you could please blow

10   up the first half of the exhibit.  That's perfect.  Thank you.

11   Q    So now that the jury can see it, this is a hotel receipt

12   with your initials on it; is that right?

13   A    Yes.

14   Q    And the initials are depicted on the right-hand side of

15   the exhibit where I've circled?

16   A    Yes.

17   Q    And if you look at the top left, the guest name is Lan

18   Tu?

19   A    Yes.

20   Q    And is that Tu Lan's name but in the western style with

21   the family name last?

22   A    Yes.

23   Q    And the arrival date was April 6th, 2017?

24   A    Yes.

25   Q    Where did you say this hotel was?

H. JIN - DIRECT - MR. HEEREN

1   A    In Manhattan, New York.

2   Q    Can you please tell us about how -- tell us about this

3   event, how did you come to bring Tu Lan to the Edison Hotel in

4   Manhattan?

5   A    Well, on April 6 we finished the surveillance job and in

6   the morning I took Tu Lan to shopping, to go to New Jersey

7   shopping center and then when we finished that I was given the

8   address to go to this hotel.

9   Q    Did Tu Lan in fact check in into that hotel?

10

11  A    Yes.

12  Q    After you checked Tu Lan into the Edison Hotel, what, if

13  any, further involvement did you have in this?

14  A    No, not me.

15  Q    What did you do at that point after that?

16  A    After I sent Tu Lan back to the hotel in Manhattan, my

17  job is finished.  I return home.

18  Q    Did you have any further involvement with Tu Lan after

19  that?

20  A    No.

21        MR. HEEREN:  I want to direct your attention back to

22  what's been previously admitted as Government's Exhibit 807F.

23  I believe starting on the bottom of page 13, Ms. McMahon,

24  going on to page 14.  Great.  All right, starting on page 13

25  if you can just blow up the three bubbles so that we can see

H. JIN – DIRECT – MR. HEEREN

1  them?

2  Q    Mr. Jin, do you see these messages were dated April 5th,

3  2017?

4  A    Yes, I see it.

5  Q    And for the record, do you still have Government's

6  Exhibit 807A, the original Chinese language version of these

7  chats to aid your testimony?

8  A    Yes.

9  Q    And so in these messages you say that, I am here.

10        You ask Zhu Feng to return the call when it is

11  convenient for you.

12        And then Zhu Feng asks you to find an opportunity to

13  take several pictures.  Do I have that right?

14  A    Yes.

15  Q    Turning to the next two.  You then send a picture and a

16  message.  What did you send the picture of?

17  A    Photo of the house that's being surveilled.

18        MR. HEEREN:  Ms. McMahon, can you just blow up the

19  picture of the house a little bit bigger.

20  Q    And in this picture fair to say it's dark?

21  A    Yes.

22  Q    What do we see in the portion of the picture at

23  approximately the middle where I've circled?

24  A    Okay, it's a door with a light on and above it there is a

25  window.

H. JIN – DIRECT – MR. HEEREN

1  Q    Was that one of the doors to the home that you were

2  surveilling?

3  A    Yes.

4        MR. HEEREN:  You can close that up.  Then if you can

5  blow up the message.

6  Q    Is this an audio message that you sent to Zhu Feng after

7  you took that picture?

8  A    Yes.

9  Q    And what were you trying to convey to Johnny Zhu at that

10  point?

11  A    I told him that it was very dark.  Also I turn on the

12  flashlight, it still -- the picture still in that effect and

13  cannot see it very clearly, so that's what I told Zhu Feng.

14        MR. HEEREN:  All right, now turning to the next page

15  of the exhibit, page 15 please, Ms. McMahon.  If you just blow

16  up the first two messages on the page for us.

17  Q    So on April 5th, 2017, a little bit before 11 p.m., you

18  text Zhu Feng, The private detective has left.

19        Is that right?

20  A    Yes.

21  Q    What did you mean by that?

22  A    Like I said yesterday, I saw a vehicle at that home, the

23  previous day, so that vehicle already left.

24        MR. HEEREN:  You can take that down now.  You can

25  take the whole exhibit down.

H. JIN - DIRECT - MR. HEEREN

1  Q    I want to play for you a portion of what's been

2  previously admitted as --

3        MR. HEEREN:  One moment, your Honor -- 804.  I'm not

4  sure if it's A or B, the audio recording.  One second.

5        For the record it's 804B, which I believe has been

6  previously admitted into evidence.

7  Q    And what I would like to do, Mr. Jin, I want you to

8  listen to this recording and then I'm going to ask you a few

9  questions.  I'm going to play only a portion of it.

10        (Audio recording played.)

11        (Audio recording stopped.)

12  Q    Mr. Jin, were you able to hear Government's Exhibit 804B?

13  A    Yes, I did.

14  Q    Do you have any knowledge of how that recording came to

15  be?

16  A    I do not.

17  Q    Do you have any knowledge of where it's from or who made

18  it?

19  A    No, I'm not sure.

20  Q    Do you recognize the voices of anyone on that recording?

21  A    I heard that most of the time Zhu Feng was the speaker in

22  the recording.

23  Q    And did you hear another voice as well?

24  A    Yes.

25  Q    Were you able to recognize that person's voice, or no?

H. JIN – CROSS – MR. LUSTBERG

1   A    I think it was Tu Lan.

2            MR. HEEREN:  One second, your Honor.

3            No further questions, your Honor.

4            THE COURT:  Thank you, Mr. Heeren.

5            Cross-examination, Mr. Lustberg.

6            MR. LUSTBERG:  Thank you, your Honor.

7            MR. HEEREN:  We're going to take a moment to switch

8    our interpreters.

9            THE COURT:  Thank you, Ms. Wu.

10           You may inquire, Mr. Lustberg.

11           MR. LUSTBERG:  Thank you, your Honor.

12   CROSS-EXAMINATION

13   BY MR. LUSTBERG:

14   Q    Good morning, Mr. Jin.

15   A    Good morning.

16   Q    You pled guilty to being an agent of the Chinese

17   government, correct?

18   A    Yes.

19   Q    And you knew that you were acting as an agent of the

20   Chinese government because Johnny Zhu, Zhu Feng, told you that

21   you were working for the Chinese government, right?

22   A    Yes.

23   Q    And in fact, you were present and involved in a meeting

24   where the whole surveillance operation was planned at the

25   Embassy Suites, correct?

H. JIN – CROSS – MR. LUSTBERG

1    A    I'm not sure whether I was there for the entire meeting.

2    However, for the audio recording that was played earlier,

3    during that time I was there.

4    Q    And you were there and Johnny Zhu was there and Tu Lan

5    were there, correct?

6    A    Yes.

7    Q    The private investigator was not there, correct?

8    A    That should be the case.

9    Q    Well, when you say that should be the case, what you mean

10   is, that is true, that the private investigator was not there,

11   am I right?

12   A    What I was expressing was, when I was there the private

13   detective was not there; however, when I was not around I'm

14   not sure whether he was there or not.

15   Q    I understand.

16            Now you were told in a text message that this

17   operation was supposed to be carried out secretly, correct?

18   A    Yes.

19   Q    And, for example, you were told that you had to buy SIM

20   cards so that you could use phones that could not be

21   associated with your name; is that right?

22   A    Yes.

23   Q    And you were also told what to say if you were ever

24   caught, that you were supposed to say that you were just a

25   tour guide, right?

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

H. JIN – CROSS – MR. LUSTBERG

1    A    Yes.

2    Q    And, in fact, when you originally were caught, you did

3    exactly that, you told the FBI that you were just acting as a

4    tour guide, right?

5    A    That's what I told the two FBI agents when I was at my

6    home during the first inquiry.

7    Q    And that was, again, what Johnny Zhu had told you to say

8    if you were ever caught, right?

9    A    Yes.

10   Q    And you were also told that you should -- at one point

11   you were told that you should delete all the chats that you

12   had, right?

13   A    Yes.  Zhu Feng, Johnny Zhu, send me a message saying that

14   I should delete all the record of the communications and all

15   the WeChat messages.

16   Q    But just going back to the meeting now at the Embassy

17   Suites, that meeting, during the time that you were there, was

18   about planning the surveillance that would take place,

19   correct?

20   A    Yes.

21   Q    And you were doing that planning with in mind the fact

22   that Johnny Zhu had done surveillance of the same people

23   before, correct?

24   A    That should be the case but I'm not very sure because

25   when he did the surveillance before I was not there.

H. JIN - CROSS - MR. LUSTBERG

1   Q    Okay.

2        MR. LUSTBERG:  I just want to -- to make it easy a

3   little bit easier if we could, Ms. Conti, just call up

4   Exhibit 704A, which is in evidence, page 6.  Page 6, please.

5   Q    I want to read you, Mr. Jin, one section that you were

6   asked about yesterday and ask you what you understood that to

7   mean.

8        Johnny Zhu says:  I tried this angle with Captain Hu

9   last time.  If you don't park on this road, there are trees

10  around his house here, here and here.  If you don't park at

11  this opening, or this opening, or this opening, you will see

12  nothing from anywhere else.  Or if you want to watch from this

13  road you have to park in front of this house.  From this house

14  everything is blocked and you will not see anything.

15       Do you remember Johnny Zhu saying that?

16       THE INTERPRETER:  Counsel, can you please blow it

17  up.

18       THE COURT:  Can you enlarge it for the translator.

19  Thank you.

20  A    I remember.

21  Q    And that indicates, doesn't it, that Johnny Zhu had been

22  there to surveil that residence before, even though you

23  weren't there, right?

24  A    Yes.

25  Q    Okay.  Anyway, at that meeting you learned that there was

H. JIN - CROSS - MR. LUSTBERG

1   also a private investigator who was involved; is that correct?

2   A    Yes, I know that.

3   Q    And as you said before, he was not there at that meeting

4   when you were there, correct?

5   A    Yes.

6   Q    And, in fact, you never met the private investigator, did

7   you?

8   A    As I mentioned yesterday, I saw him at the bakery,

9   however, I did not greet him or do anything else.

10  Q    So you never spoke to him, correct?

11  A    No.

12  Q    But you heard about him at the meeting at the Embassy

13  Suites, correct?

14  A    Yes, indeed.

15  Q    Do you remember -- actually let me just again, to make it

16  a little bit easier, if we could call up again, this is page 3

17  of Exhibit 704A, which is in evidence, page three.

18       Here's my question:  You remember that at that

19  meeting that you heard a reference to Mike and you understood

20  that to be the private investigator, right?

21  A    Yes.

22  Q    And in the middle -- well, for purposes of the jury and

23  counsel, in the middle of the page there is a reference where

24  it says -- Tu Lan says:  Whomever Mike is I'm not going to

25  worry about those stuff.

H. JIN - CROSS - MR. LUSTBERG

1    Do you know what -- what did you understand Tu Lan

2    to mean when she said, whomever Mike is?

3    MR. HEEREN:  Objection, your Honor.

4    THE COURT:  Hang on a second.  Overruled.

5    Let me just say, clarify it a little bit, do you

6    have any understanding of what Tu Lan meant?

7    A    My understanding is this:  At the time when Tu Lan said

8    this, she meant whether it was Mike or other detectives.  Here

9    Mike refers to the private detective, it doesn't really matter

10   to Mike or other detectives.  That is my understanding.

11   Q    I'm sorry, I couldn't hear that.  Just the last -- could

12   you repeat that last sentence.

13   THE INTERPRETER:  I can repeat the whole answer.

14   MR. LUSTBERG:  Thank you.

15   A    My understanding is this:  When Tu Lan said this at the

16   time, whether it was Mike it would not matter, matter to the

17   private detective.  So the Mike here refers to the private

18   detective, so it doesn't matter to Mike or other detectives,

19   it has nothing to do with them.  That's my understanding of

20   this

21   Q    I'm trying to understand.  When Tu Lan says, Whomever

22   Mike is, was it your understanding, if you had an

23   understanding, that she was saying she didn't know who Mike

24   is?

25   A    She knew who Mike was.

H. JIN - CROSS - MR. LUSTBERG

1  Q    Okay.  And when Johnny then says, If you have a talk

2  with -- in the next sentence.  If you have a talk with Mike,

3  Mike Mike will think, Mike will, Mike Mike will then say that

4  it is you who told me to say so and so.  I'm sorry that's

5  Johnny Zhu saying that.  Did you have an understanding of what

6  Johnny Zhu was saying there?

7          MR. HEEREN:  Objection, your Honor.  Could we have a

8  brief sidebar?

9          THE COURT:  Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE

1        (The following occurred at sidebar.)

2        MR. HEEREN:  So, your Honor, my only concern is that

3   it's my recollection that Mr. Jin's testimony on direct was

4   that he didn't understand these messages because they were in

5   a different dialect.  So I think asking him to review the

6   transcript at this point for this portion of the recording and

7   asking him to say what it meant, it's leading to some

8   speculation.  I'm just concerned about it being confusing.

9        THE COURT:  Well, I'm not sure which portions were

10  in dialect.  Are you saying the entire conversation between

11  Tu Lan and Zhu was in dialect?

12       MR. HEEREN:  No, the portions that are -- and it's

13  indicated in the interpreter's note --

14       THE COURT:  Right, I remember.

15       MR. HEEREN:  -- the portions that are underlined in

16  that transcript, and we pointed out on direct that, you know,

17  when we played it alongside it, he says that's Hubei dialect.

18       THE COURT:  Let's go back for a minute.  The first

19  part of the conversation that was asked about, was that

20  underlined or not?

21       MR. HEEREN:  The part -- the first time I objected

22  it was.  I think there was an earlier portion I didn't object

23  to that, that was in Mandarin.

24       THE COURT:  Let me just say this.  I think your

25  objection, though, I think reflects back in some way though to

1082

SIDEBAR CONFERENCE

1    your admission of these as co-conspirator statements, and at

2    the time you made that comment on the record about the

3    underlined portion, I actually had a concern about whether you

4    could offer them as co-conspirator statements, if in fact your

5    argument is that he didn't understand what they were saying.

6    It's hard to argue that something is a co-conspirator

7    statement if the person who through whom they are being

8    offered doesn't actually understand them.  It's almost like

9    not hearing them in some way.

10           But there was no objection at the time.  And now I

11   guess the question becomes, can he comment.  Because

12   normally -- and I think you obviously believe this because you

13   didn't object at first, normally I think it would be fair for

14   the defense to ask about what an alleged co-conspirator

15   believed other co-conspirators meant.

16           MR. HEEREN:  Yes.

17           THE COURT:  I think Mr. Lustberg, unfortunately,

18   you're a little stuck here because in fact you didn't object

19   before, which I thought it was interesting, but that's water

20   under bridge.  Those statements have now come in as

21   co-conspirator statements, but the government I think

22   legitimately can say it's not proper to argue that he should

23   give some comment on it when actually he didn't understand it

24   at the time.  You may want to ask him whether or not -- and

25   now I guess it's a question of playing the Chinese recording,

SIDEBAR CONFERENCE

1  whether he understood any of those or heard any of those

2  statements.

3      MR. LUSTBERG:  Judge, the exact testimony that he

4  gave on direct examination was that he could understand

5  10 percent of this dialect.  I think he's perfectly capable of

6  answering this question saying I didn't understand that, this

7  was a different dialect.

8      THE COURT:  Well, let's do this instead.  I think

9  you need to establish that he recalls hearing the statement

10 first at the time and then at least he could say, yes, I

11 recall them saying something to that effect, because it's

12 going to now be translated for him into Mandarin.  He will at

13 least know what was said, at least the words that were said,

14 and then first you should say, do you recall that being said

15 and if he says no, I didn't, then you can't go any further

16 with asking him about what he thought it meant.

17     MR. LUSTBERG:  Okay.  The only additional question I

18 would ask, if he says he doesn't recall it is, I would say,

19 and the reason you didn't recall it was because it was in some

20 dialect you didn't understand --

21     THE COURT:  Absolutely fine.

22     MR. LUSTBERG:  -- or 10 percent of it.

23     THE COURT:  Sorry, Georgette, that I spoke over the

24 lawyer.

25     MS. WONG:  Your Honor, before we go back, I just

SIDEBAR CONFERENCE

1    wanted to note that Defendant Zheng had made a standing

2    objection for the admission of co-conspirator statements.  I

3    just want to renew that standing objection for the record.

4         THE COURT:  You can, but just for what it's worth,

5    it wasn't on this basis that some of it was in dialect.  The

6    first issue that came up was when the government introduced

7    the exhibit and no one objected at that time or renewed the

8    objection.  So just so it's clear, I dealt with it on paper

9    and I don't recall if you had a standing objection to

10   co-conspirator statements, because I thought the general

11   consensus was, yes, co-conspirator statements are admitted,

12   but the question became -- or admissible, rather, but the

13   question was going to be what the exact statements were that

14   were being offered and I had presumed that people would stand

15   up and object if, after hearing the actual statements or

16   seeing them, you now think they are not co-conspirator

17   statements.

18        So, again, when I heard the government qualify some

19   of what was introduced as co-conspirator statements, I was

20   surprised not to hear an objection, but it's not for me to

21   assume anything and there could be a strategic reason for not

22   objecting, I understand that.  Especially because these are

23   conversations not with the defendant --

24        MR. LUSTBERG:  Correct.

25        THE COURT:  -- so...all I can say is your standing

1085

SIDEBAR CONFERENCE

1    objection doesn't really go to this --

2            MS. WONG:  No, your Honor.

3            THE COURT:  -- and I don't recall actually even an

4    objection in the written submissions in the motions *in limine*,

5    but my memory on that may be wrong.

6            Because I recall only Mr. Lustberg filed anything at

7    all addressing co-conspirator statements.

8            MR. LUSTBERG:  No, I didn't actually --

9            MS. WONG:  Actually I filed, I filed it and I

10   requested a standing objection at our pretrial conference and

11   it will be something we'll be addressing later, I expect, but

12   I just wanted to renew it on the record, or later.  It has

13   nothing to do with this particular issue about dialect.

14           THE COURT:  For what it's worth and to make the

15   record clear, I don't view that, quote/unquote, standing

16   objection to apply specifically to these portions of the

17   conversation, because you didn't articulate that as a basis

18   and so I couldn't really address that then.  I would say that

19   you had to renew that or particularize it if your issue or the

20   ground for it is that it was in a different dialect.  I don't

21   recall that issue ever coming up before, so that's all I'm

22   saying.

23           I understand that you objected before we started the

24   trial, but I don't view that, quote/unquote, standing

25   objection as to apply to the particular basis here, which is

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

SIDEBAR CONFERENCE

1  that part of the conversation was in a different dialect that

2  he only understood 10 percent of.  Okay.  So for what it's

3  worth, I don't view that as having been preserved on this

4  issue.

5           MS. WONG:  Your Honor, it's not for this specific

6  witness, it is something I believe we'll be addressing again

7  towards jury instructions.

8           THE COURT:  Let me just make sure everyone

9  understands, you should object again if, when you hear the

10  actual statements when they are coming in, you believe that

11  somehow there's some other basis or additional basis for

12  objecting to them.  But as a general matter, I found that

13  there was a conspiracy.  Because you alleged a different

14  conspiracy and that, I now remember, was the basis of your

15  argument.  That argument I rejected because I think the

16  government has put forth sufficient evidence of a broad

17  conspiracy involving different folks, but the hub being these

18  individuals or at least Tu Lan and Zhu, but if you have

19  another objection, such as one based on dialect or something

20  like that, you need to make it at the time.

21           MS. WONG:  Understood, your Honor.

22           THE COURT:  Okay, good.  Thanks.

23           MR. HEEREN:  Thank you, your Honor.

24           (End of sidebar conference.)

25           (Continued on the next page.)

H. JIN - CROSS - MR. LUSTBERG

1    CROSS-EXAMINATION (Continued)

2    BY MR. LUSTBERG:

3    Q    I'll withdraw the question and rephrase.

4         So, Mr. Jin, I just read you a portion of the

5    transcript, and any first question is -- and I can do that

6    again, if you wish -- but my question is, the part that I read

7    to you, do you remember hearing that?

8    A    Yes, I remember.

9    Q    And so what did you understand Johnny Zhu to mean, since

10   you recall hearing it, when he said:  If you have a talk with

11   Mike, Mike-Mike will think, Mike will, Mike-Mike will then say

12   that it is you who told me to say so and so.

13        What did you understand that to mean?

14   A    I'm looking at the text right now, but I cannot

15   understand English.  First of all, can I listen to what Johnny

16   actually said, that way I can answer more precisely.

17        MR. LUSTBERG:  I would have to request the

18   government's assistance if they can play that exert, but I'm

19   happy to do that.

20   A    Thank you.

21        MR. LUSTBERG:  It's 7-0 -- let me make sure.  Yes,

22   7:04 a.m.

23        THE COURTROOM DEPUTY:  Thank you.

24        THE COURT:  So, Ms. Chen, what's the audio that

25   you're going to play?

H. JIN - CROSS - MR. LUSTBERG

1        If you can isolate this portion of the conversation

2   in Chinese.

3            MS. CHEN:  It think it's 7:04, Your Honor, beginning

4   at around one minute and 31 seconds.  And we will end at two

5   minutes and five seconds.

6            THE COURT:  All right, go ahead.

7            (Audio played; Audio stopped.)

8   A    Thank you.  I listened to that.

9            After I listened to the audio, I felt that when

10  Johnny Zhu mentioned Mike-Mike, it was because earlier Tu Lan

11  said no matter how Mike was like, it would be best for him to

12  fill the instruction and do so.  So Johnny Zhu said maybe Mike

13  will not do it as instructed.  That's my fault.

14           THE COURT:  That's my fault?

15           THE INTERPRETER:  That's my thought.

16           THE COURT:  F-A-U-L-T.

17           MR. LUSTBERG:  Thought.

18           THE COURT:  Oh, thought, I'm sorry.

19  Q    So your thought was, what you understood, was that there

20  was a concern that Mike would not do what -- he would not

21  follow that direction; is that correct?

22  A    Yes.

23  Q    Okay.  And a little bit later, Tu Lan says this:  He is

24  an American, I don't have any control.

25           Do you remember hearing Tu Lan say that?

H. JIN – CROSS – MR. LUSTBERG

1    A    Yes.

2    Q    And what did you understand Tu Lan to mean when she said

3    that?

4    A    It would be the literal meaning, as in the private

5    detective is going arrive then, he could not be controlled or

6    he cannot be ordered.

7    Q    Just one last thing about this meeting.

8         There's a time when Tu Lan tells Johnny Zhu that

9    Johnny Zhu should tell him, the private investigator, about

10   everything.

11        Do you recall that?

12   A    I don't remember that.

13        Can you please put the English translate on the

14   screen so that I can look at it?

15        MR. LUSTBERG:  Sure.  Sure.  So this is the same

16   exhibit, 704B, which is in evidence page 3.

17        If you can blow up that portion.

18        (Exhibit published.)

19   Q    It says Tu:  Tell him clearly.  I mean, you need to tell

20   him clearly about everything.

21        Do you see that?

22   A    Excuse me, maybe difference between the Chinese and

23   English regarding what she said.  I need to see further up to

24   help me confirm what she was trying to express.  Thank you.

25   Q    Okay, so as you sit here right now, you don't recall that

H. JIN - CROSS - MR. LUSTBERG

1    statement?

2    A    I remember she said that, however, I'm not sure whether

3    she said it in Mandarin or in the Hubei dialect, because the

4    audio was very long, I cannot remember exactly.

5    Q    Well, let me just ask this question.

6         Do you know what Johnny Zhu said to the private

7    investigator?

8    A    Sorry, I don't know.

9    Q    Okay.  Because you never spoke to Johnny Zhu about what

10   he said to the private investigator; is that correct?

11   A    Yes, it was because when Johnny Zhu was talking to the

12   private investigator, at the time I was staying at another

13   table there was some distance, so I don't know what was

14   discussed.

15   Q    And -- so let's actually go to that meeting.

16        When you're talking about sitting at a table that

17   was far away, that was at the Panera Bread in Paramus, New

18   Jersey, correct?

19   A    Yes, it was at a Panera Bread, and it was in New Jersey,

20   but I'm not sure of the location, which town.

21   Q    Okay.  At the Panera Bread, you didn't speak to the

22   private investigator there; did you?

23   A    Yes.

24   Q    You did not?

25   A    I did not have any conversation with the private

H. JIN - CROSS - MR. LUSTBERG

1    detective.

2    Q    Okay.  That Panera Bread, it was a public restaurant,

3    right?

4    A    Yes.

5    Q    And there were a number of people there, right?

6    A    Yes.

7    Q    It was actually around lunchtime, so there were a lot of

8    people getting food to eat for lunch, right?

9    A    Yes.

10   Q    And you testified yesterday that -- about the videos that

11   you saw from the Panera Bread.

12            You remember you testified about videos that were

13   taken at the Panera Bread?

14   A    Panera Bread, yes, I remember.

15   Q    And you testified that those were, your words, were

16   normal videos.

17            Do you remember saying that?

18   A    Yes, I remember.

19   Q    And what you meant is that they are the kinds of videos

20   that are taken at businesses like the Panera Bread, right?

21   A    Yes.

22   Q    You weren't surprised that the Panera Bread -- that there

23   were videos from the Panera Bread; were you?

24   A    I'm not.

25   Q    And the -- other than the one minute or so when Johnny

1092

H. JIN - CROSS - MR. LUSTBERG

1  Zhu went outside to meet the private investigator, the entire

2  time they were there in that public place; is that right?

3  A    Yes.

4  Q    Any way, you sat off to the side from them; is that

5  right?

6              THE INTERPRETER:  Can I have the question again?

7              MR. LUSTBERG:  Yes, I'm sorry.

8  Q    Mr. Jin, you sat at some distance from Johnny Zhu and the

9  private investigator, correct?

10 A    Yes.

11 Q    So you couldn't hear any of their conversation; am I

12 right?

13 A    Yes.

14 Q    Okay.  And after -- withdrawn.

15           I think you testified yesterday that after Johnny

16 Zhu spoke to the private detective, that he did not tell you

17 what they had discussed; is that correct?

18 A    Yes.

19 Q    Okay.  Now, you understood that the private detective was

20 going to do surveillance; am I correct about that?

21 A    Yes.

22 Q    And did you know what else he was doing?  For example,

23 did you know that he was also gathering records about the

24 assets of the people that were being surveilled?

25 A    Sorry, I don't know about that.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

H. JIN – CROSS – MR. LUSTBERG

1   Q    Okay.  But you were doing surveillance, too, at the same

2   time as the private detective; is that correct?

3   A    Yes.

4   Q    And he was not supposed to know that you were doing

5   surveillance at the same time; was he?

6   A    That should not be the case.  I feel that based on the

7   audio recording recorded at the hotel in the previous day, I

8   reminded Johnny Zhu to tell the private detective that I was

9   on another group that was performing a surveillance, and

10  Johnny Zhu at the time promised me to do so.  So I feel that

11  the private detective should not know.

12  Q    So let me ask you this.  You testified yesterday that

13  there came a time during your surveillance when you got bored

14  and you drove around, right?

15  A    Yes.

16  Q    And during that time you passed by the private detective

17  who was doing surveillance, too, correct?

18  A    Yes.

19  Q    And do you remember testifying yesterday that Johnny Zhu

20  then yelled at you?  That was your words.  Because the private

21  detective had seen you doing the surveillance?

22  A    Yes.

23  Q    Okay.  By the way, you testified that you -- some of the

24  surveillance that you did, you did with those nighttime vision

25  binoculars; is that correct?

H. JIN - CROSS - MR. LUSTBERG

1   A    Yes.

2   Q    You have no idea whether the private detective had any

3   such night vision binoculars; do you?

4   A    I don't know.

5   Q    Just a couple other questions.

6        You testified yesterday about assisting Johnny Zhu

7   and Tu Lan to rent a car.

8        Do you remember that?

9   A    Yes.

10  Q    And that was one of the things you did to assist -- in

11  working for the Chinese government, correct?

12  A    Yes.

13  Q    The car that was rented, was that car used in

14  surveillance, in the surveillance of the residence?

15  A    I'm not sure whether Johnny Zhu did surveillance at the

16  residence or not, it was because when I did mine own

17  surveillance I was in my own car.  I'm not sure at that time

18  whether Johnny Zhu was looking at it at the same time.

19  Q    Right.  And your car, what is the color of your car?

20  A    Black.

21  Q    Just one last question.

22       Do you know what town the residence was in that you

23  were surveilling?

24  A    Right now I can only remember it's in New Jersey.  I

25  don't remember which town it was.

JIN - CROSS - MR. TUNG

1   Q    Okay.  So you don't know whether it was in Short Hills or

2   Warren?

3   A    I don't know right now, but at that time I remembered.

4            MR. LUSTBERG:  Good.  Thank you.

5            No further questions, Your Honor.  Thank you.

6            THE COURT:  Thank you, Mr. Lustberg.

7            Ms. Wong?

8            MS. WONG:  No questions for this witness.  Thank

9   you.

10           THE COURT:  All right, Mr. Tung?

11           MR. TUNG:  Thank you.

12  CROSS-EXAMINATION

13  BY MR. TUNG:

14  Q    Sir, could you take a look at the person, I'm asking him

15  to stand up.

16           Did you ever meet this person in your lifetime?

17  A    Maybe I did, but I don't remember I seen him.

18  Q    Did you talk to him before?

19  A    Based on my recollection.

20           THE COURT:  Mr. Tu, you can sit down.

21           MR. TUNG:  Thank you.  One other question.

22           Can we show the witness with Government Exhibit 807F

23  and page 4, please.

24           THE COURT:  I'm going to ask for the government's

25  assistance again.  Thank you.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

JIN – CROSS – MR. TUNG

1    (Exhibit published.)

2  Q    Sir, before you -- sorry, withdrawn.

3        Sir, can you -- we are looking at the same exhibit,

4  right?  You found that page, right?

5        MR. HEEREN:  Your Honor, just for the sake of the

6  record, I do want to note I believe the witness has a Chinese

7  language version.

8        THE COURT:  So is the witness looking at a Chinese

9  language version of these English translations?

10        THE WITNESS:  Yes, I'm looking at the Chinese

11  version.

12        THE COURT:  And that is 807?

13        MR. HEEREN:  A.

14  Q    And according to the date stamp of the communications

15  between you and Johnny Zhu, that's April 1st, 2017, correct?

16  A    Yes.

17  Q    And to your memory, you started to pick up Tu Lan and Zhu

18  Feng, which is Johnny Zhu, from Newark Airport, April 3rd,

19  2017, correct?

20  A    Yes.

21  Q    So that's fair to say that April 3rd, 2017, that is your

22  first day you started to work for the Chinese government,

23  correct?

24  A    According to you're saying, it could be this way.

25  Q    So that's fair to say before you started to work for the

JIN – REDIRECT – MR. HEEREN

1   Chinese government, you were told by the person who associated

2   with at the time Chinese government that you will be working

3   for the Chinese government, correct, according to the

4   conversation that's displayed on the screen?

5   A    Yes.

6           MR. TUNG:  Thank you very much.

7           THE COURT:  Thank you, Mr. Tung.

8           Any redirect?

9           MR. HEEREN:  Yes, Your Honor, very briefly.

10  REDIRECT EXAMINATION

11          MR. HEEREN:  Ms. McMahon, could you please bring up

12  Government Exhibit 704A, at page 3, which has been admitted

13  into evidence.

14          And can you zoom in on the bottom of the page:  Do

15  you understand what I'm say?  Thank you.  Just that one.

16  Okay.

17          (Exhibit published.)

18  BY MR. HEEREN:

19  Q    Mr. Jin, do you recall that defense counsel asked you

20  about Tu Lan saying I don't have any control over the private

21  investigator?

22  A    I remember.

23  Q    And looking at the translation it reads:  I don't have

24  much control, right?

25  A    Yes.

JIN – REDIRECT – MR. HEEREN

 1          MR. HEEREN:  And then if we could close that part

 2    out.  Thank you.  And scroll down.  If you can just blow up:

 3    Tell him clearly, please.

 4    Q    And a bit earlier Tu Lan says:  Tell him clearly, I mean,

 5    you need to tell him clearly about everything.

 6          Did I read that right?

 7    A    Yes.

 8    Q    All right.  You can take that exhibit down.

 9          Do you recall one of defense counsel asking you

10    about the -- when Zhu Feng yelled at you for being seen by the

11    private investigator?

12    A    I remember.

13    Q    And was the issue that during your surveillance that

14    another person doing surveillance saw you?

15    A    Yes.

16    Q    Was the issue also that another person -- well, was there

17    anyone else that they didn't want you to be seen by?

18    A    Yes.

19    Q    Who else did they not want you to be seen by?

20    A    It should be the private detective.

21    Q    Okay.  Was there a concern that the victims would see you

22    also because you were driving around?

23    A    Yes.

24    Q    And you were supposed to be following them to find

25    another location, right?

JIN - REDIRECT - MR. HEEREN

1   A    Yes.

2   Q    And would it have been harder that night to have done so

3   if the victims saw you driving around?

4   A    Yes.

5   Q    Now do you recall you were also asked about how Zhu Feng

6   told that you the Chinese government was in charge of this

7   operation?

8   A    Yes.

9   Q    But you also knew what was -- well, and you were also

10  told what the plan was for the former official, right?

11  A    Yes.

12  Q    What did you understand was -- did they want to do with

13  the Chinese official, former Chinese official?

14  A    They wanted to bring back the former Chinese official

15  back to China.

16  Q    What was going to happen -- what did you understand they

17  wanted to bring him back to China for?

18  A    To bring him back to China so that he will plead guilty.

19       They also wanted him to bring back the corrupted

20  asset back to China together.

21       MR. HEEREN:  One second, Your Honor.

22       THE COURT:  All right.

23       (Pause in the proceedings.)

24       MR. HEEREN:  No further questions, Your Honor.

25       THE COURT:  Thank you, Mr. Heeren.

JIN - REDIRECT - MR. HEEREN

1          Any recross?

2          MR. HEEREN:  No recross, Your Honor.

3          THE COURT:  Mr. Tung?

4          MR. TUNG:  No.

5          THE COURT:  All right, thank you very much.

6          You may step down.  You are excused.

7          (The witness was excused.)

8          THE COURT:  Government, call your next witness.

9          MS. CHEN:  The government calls Kevin Hecht.

10          THE COURT:  Mr. Hecht, let's have you approach the

11  witness stand and remain standing one moment so we can swear

12  you in.

13          (Witness takes the witness stand.)

14  **KEVIN HECHT**, called as a witness, having been first duly

15  sworn/affirmed, was examined and testified as follows:

16          THE COURTROOM DEPUTY:  Thank you.  Have a seat.

17          Please state and spell your name for the record.

18          THE WITNESS:  Kevin A. Hecht.  K-E-V-I-N.  A.

19  H-E-C-H-T.

20          THE COURT:  Mr. Hecht, I'm going to have you pull

21  the microphone closer to you, and speak directly into it,

22  slowly and clearly.

23          All right you may inquire, Ms. Chen.

24          MS. CHEN:  Thank you, Your Honor.

25  DIRECT EXAMINATION

HECHT – DIRECT – MS. CHEN

1  BY MS. CHEN:

2  Q    Do you currently work?

3  A    I do not.

4  Q    Are you retired?

5  A    Yes.

6  Q    And when did you retire?

7  A    I retired in December of 2021.

8  Q    And prior to your retirement, where did you work?

9  A    I was a special agent for the Federal Bureau of

10  Investigation.

11  Q    Is the Federal Bureau of Investigation also known as the

12  FBI?

13  A    Yes.

14  Q    Okay.  When did you start working with the FBI?

15  A    I started in September of 1998.

16  Q    And just briefly, beginning in September 1998, can you

17  walk the jury through your different assignments at the FBI?

18  A    Yes.

19        For approximately 16 weeks, all -- back then, all

20  the special agents attended the FBI academy in Quantico,

21  Virginia for training.

22        At the end of that assignment, you are given your

23  office of employment.  I was sent to the New York office,

24  where I remained my whole career.

25        The first year in New York, generally you get your

1102

HECHT – DIRECT – MS. CHEN

1  feet wet by doing things such as background investigations of

2  federal employees, surveillance, and working in the operations

3  center fielding phone calls and tips from the public.

4          After that first year, you're assigned to your

5  permanent squad, I'll call it, the team.  And my first squad I

6  was assigned to in August of 1999 was a squad that dealt with

7  Chinese foreign counterintelligence, and I worked in that same

8  field my entire career, except for a two-year stint where I

9  was associate division counsel in the FBI, so general counsel

10  office.

11  Q    And regarding that two-year stint, were you acting as an

12  attorney in that position?

13  A    Yes.

14  Q    Do you have a law degree?

15  A    I do.

16  Q    When did you get that law degree?

17  A    I got that in August of 1997.

18  Q    And just very briefly, can you talk a little bit about

19  the training you received in connection with your role at the

20  FBI?

21  A    Sure.

22          We receive continual training in firearms.  Arrest

23  techniques.  Legal training.  Training in how to perform

24  counterintelligence investigations.

25          I also received extensive training in Mandarin

1103

HECHT – DIRECT – MS. CHEN

1    language.  And I participated in some training in order to

2    teach other special agents in investigative techniques, et

3    cetera.

4    Q    In connection with your role as a FBI special agent, did

5    you ever receive any certifications?

6    A    I did.  I was certified as a counterintelligence agent.

7    Q    And what about with respect to any language

8    certifications?

9    A    I was certified as a one plus Mandarin speaker.

10           The FBI rated you based on your proficiency from

11   zero to five.  Five being native speaker.

12   Q    In your role as a special agent, have you ever been

13   involved in interviews of targets or subjects of an

14   investigation?

15   A    Yes.

16   Q    I want to direct your attention now to April 12th of

17   2017, okay?

18   A    Okay.

19   Q    Were you working that day?

20   A    I was.

21   Q    Can you remind the jury what your assignment was back in

22   April 2017?

23   A    I was working China foreign counterintelligence

24   investigations.

25   Q    Where were you that day April 12th?

HECHT - DIRECT - MS. CHEN

1   A    On that day, I was working at Liberty International

2   Airport in Newark, New Jersey.

3   Q    And why were you there?

4   A    There was a subject we were interested in speaking to who

5   was going to be departing a flight from Liberty International

6   Airport.

7   Q    And what was the name of that subject?

8   A    That subject's name was Zhu Feng.

9   Q    That spelled Z-H-U, F-E-N-G?

10  A    Yes.

11  Q    Did that individual about go by any other name that

12  you're aware of?

13  A    I believe he also went by the name of Johnny Zhu.

14  Q    What was the purpose of being there that day in Newark?

15  A    The investigation focused on potential subjects of

16  interest that Mr. Zhu may have been able to provide

17  information on.

18  Q    Did you, in fact, speak with Mr. Zhu that day?

19  A    I did.

20  Q    When you spoke with Mr. Zhu, who else was there?

21  A    Special Agent Chris Bruno, and I believe there were two

22  FBI language translators present in case we needed their

23  services.

24  Q    Okay.  And where was that interview conducted?

25  A    The Customs and Border Protection has a number of

HECHT – DIRECT – MS. CHEN

1    interview rooms at international airports they use to speak

2    with subjects they may be interested in talking to privately,

3    so we used a room provided by Customs and Border Protection.

4    Q    Okay.

5          MS. CHEN:  May I publish, just to the witness and

6    counsel, using the ELMO, what has been premarked for

7    identification as Government Exhibit 708.

8          (Exhibit published to the witness.)

9          THE COURT:  Yes.

10         And just to give the jury an idea, we're going to

11   take a break in just a couple of minutes, about 11:30 .

12         Go ahead.

13   Q    Special Agent Hecht, do you recognize what you're seeing

14   in front of you?

15   A    Yes.  This is, I believe, a hard drive containing a video

16   recording that I reviewed on May 18th, 2023.

17   Q    And how can you tell that?

18   A    I initialed it on the label affixed to the drive.

19   Q    And does this drive contain a true and accurate copy of

20   the video recording of your April 12th, 2017 interview with

21   Zhu Feng?

22   A    Yes, it does.

23         MS. CHEN:  Your Honor, the government offers into

24   evidence Exhibit 708.

25         MR. LUSTBERG:  Your Honor, can we have a sidebar?

PROCEEDINGS

1    THE COURT:  Let's do this then, let's take our

2  morning break, and we'll have this discussion off the record.

3    So, ladies and gentlemen, remember do not talk about

4  the case.  Don't do any research.  Keep an open mind.

5    We'll start again at quarter of noon.

6    THE COURTROOM DEPUTY:  All rise.

7    (Jury exits the courtroom.)

8    THE COURT:  Agent, I ask you to step down, and I'm

9  going to ask you to leave the courtroom.

10    Have a seat, everyone.  Hold on one second.  Wait

11  until the witness is gone.

12    MR. LUSTBERG:  Your Honor, on further -- actually, I

13  don't have an objection.  I thought -- something was in my

14  head, but I will -- and I apologize, and I'm sorry we made us

15  take the break a few minutes earlier.

16    THE COURT:  Oh, my gosh, can't get that minute back.

17  No, that's totally fine.

18    MR. LUSTBERG:  I'm sorry about that.

19    THE COURT:  Is there any objection from Ms. Wong?

20    MS. WONG:  No, Your Honor.

21    MR. TUNG:  No objection.

22    THE COURT:  Okay.  So when we go back on the record,

23  I'll admit the exhibit, and then I presume you're going to

24  played the audio.  It's in English with the translator, right?

25    MS. CHEN:  It's in English.

1107

PROCEEDINGS

1      THE COURT:  Okay, terrific.

2      So you folks have 15 minutes.

3      Thanks, everybody.

4      (A recess was taken at 11:31 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1108

PROCEEDINGS

1    (Continuing.)

2              (Judge PAMELA K. CHEN enters the courtroom.)

3              MS. CHEN:  Your Honor, should I get witness?

4              THE COURT:  Yes, please do.

5              (The witness resumes the stand.)

6              THE COURT:  Welcome back, Agent Hecht.  We're just

7    going to get the jury.  You can have a seat until then.  They

8    should be here any minute.

9              THE COURTROOM DEPUTY:  All rise.

10             (Jury enters the courtroom.)

11             THE COURT:  Please be seated, everyone.

12             Welcome back, ladies and gentlemen.

13             Government Exhibit 708 is admitted.

14             (Government Exhibit 708, was received in evidence.)

15             THE COURT:  Did you want to publish it?

16             MS. CHEN:  No, Your Honor.  May we publish

17   Government Exhibit 708B, which, again, is 708 with the

18   transcript added as subtitles for assistance for the jury.

19             THE COURT:  Okay.  So ladies and gentlemen, as I

20   reminded you with respect to an earlier videotape, the

21   subtitles are merely offered as an aid to your listening to

22   the videotape.  But obviously, your hearing governs.

23             All right.  Go ahead.

24             MS. CHEN:  And if we could go to minute -- one

25   minute and eight seconds in.  Actually, sorry.  A little bit

HECHT – DIRECT – MS. CHEN

1   back.  One minute five seconds in.

2   DIRECT EXAMINATION (Continued)

3   BY MS. CHEN:

4   Q    Special Agent Hecht, have you reviewed this video before?

5   A    I have.

6   Q    And have you confirmed that prior to one minute and five

7   seconds, no individuals appear in the video and no audio is on

8   the video?

9   A    That's correct.

10  Q    Okay.

11          MS. CHEN:  If we could play it now.

12          (Video recording played.)(Video recording stopped.)

13          THE COURT:  Maybe just a little less loud, because

14  it's distorted.  A little softer.

15          MR. HEEREN:  We're going to back it up a little bit.

16          THE COURT:  You can start from the beginning, just

17  maybe lower the volume a tad.

18          (Video recording played.)

19          MS. CHEN:  We could stop there.

20          (Video recording stopped.)

21  Q    And Special Agent Hecht, have you reviewed the remainder

22  of this video?

23  A    I have.

24  Q    And have you confirmed there is no additional individuals

25  appearing or any audio on the rest of this video?

HECHT – DIRECT – MS. CHEN

1    A    There's none.

2    Q    On April 12, 2017, did you –– did the FBI take into its

3    possession, night vision goggles from Zhu Feng?

4    A    Yes.  After receiving consent, the FBI did take

5    possession of those goggles.

6         MS. CHEN:  And may we publish what is in evidence

7    already as Government Exhibit 501A.

8         (Exhibit published.)

9    Q    Do you recognize this, Special Agent Hecht?

10   A    I do.

11   Q    What is this?

12   A    These are the night vision goggles that the FBI took

13   possession of on April 12th, 2017, and various accessories

14   that came with the goggles.

15        MS. CHEN:  Can we go to Page 4 of this exhibit.

16   Q    And what is this, Special Agent Hecht?

17   A    This is –– well, this is the actual goggles, opened, with

18   the batteries showing in the goggles.

19        MS. CHEN:  And can we zoom in on the batteries in

20   this photo.

21   Q    Do you recognize any language on that –– on those

22   batteries?

23   A    Yes.  The language on the batteries is Chinese

24   characters.

25   Q    Special Agent Hecht, are you familiar with the use of

HECHT - DIRECT - MS. CHEN

1    night vision goggles?

2    A    I am.

3    Q    Has the FBI ever used night vision goggles in connection

4    with surveillance?

5    A    Yes.

6    Q    Are you aware of different types of night vision goggles?

7    A    I'm aware of two types.  One uses -- it magnifying

8    ambient light that's already present in the environment so you

9    can see better, and there's also goggles that use infrared

10   technology that will track heat signatures of objects,

11   warmblooded animals, people will show up as a brighter

12   orange-red color in the infrared spectrum.

13        MS. CHEN:  May I publish on the ELMO, actually, and

14   show what is in evidence as Government Exhibit 501.

15        (Exhibit published.)

16   Q    Special Agent, do you see where my pen is pointing to in

17   IR?

18   A    Yes.

19   Q    What, if anything, does that mean to you?

20   A    To me it means that once that button is depressed, the

21   goggles will use infrared technology to view subjects.

22   Q    Other than April 12th, 2017, have you seen Zhu Feng

23   again?

24   A    No.

25   Q    And other than that interview of Zhu Feng, were you

HECHT – CROSS – MS. WONG

1    involved in this investigation at all?

2    A    I was not.

3              MS. CHEN:  Okay.  May I have one second, Your Honor?

4    Q    Just to confirm, Special Agent Hecht, what I've just

5    shown you here, Exhibit 501, that is, in fact, the night

6    vision goggles you seized on April 12, 2017?

7    A    Yes.

8              MS. CHEN:  No further questions, Your Honor.

9              THE COURT:  Thank you, Ms. Chen.

10             Cross-examination?

11             MR. LUSTERBERG:  No questions, Your Honor.

12             THE COURT:  Ms. Wong?

13             MS. WONG:  Yes.

14   CROSS-EXAMINATION

15   BY MS. WONG:

16   Q    Special Agent Hecht, I heard during the video that you

17   were going to be very cognizant of the timing of Zhu Feng's

18   flight.

19             Is that correct?

20             MS. CHEN:  Objection.

21             Beyond the scope.

22             MR. GOLDBERGER:  That's what was said.

23             THE COURT:  Overruled.

24   A    Yes.

25   Q    To the best of your knowledge, did Mr. Johnny Zhu make

HECHT – CROSS – MS. WONG

1   his flight?

2   A     Yes, he did.

3              MS. WONG:  No further questions.

4              THE COURT:  Thank you.

5              Mr. Tung?

6              MR. TUNG:  No questions.

7              THE COURT:  Thank you.  Any redirect?

8              MS. CHEN:  No, Your Honor.

9              THE COURT:  All right.  Thank you very much.  You

10  may step down.

11             (The witness was excused.)

12             THE COURT:  Government, call your next witness.

13             MR. HEEREN:  Your Honor, the Government calls Jeff

14  Tarkin to the stand, T-A-R-K-I-N.

15             THE COURT:  Mr. Tarkin, if you'll come up here and

16  approach the witness stand and remain standing for one moment

17  so we can swear you in.

18             (The witness enters the stand.)

19             THE COURTROOM DEPUTY:  Please raise your right hand.

20             (The witness was sworn and/or affirmed in by the

21  courtroom deputy.)

22             THE WITNESS:  I do.

23             THE COURTROOM DEPUTY:  Have a seat.

24             The microphone moves, okay.  Speak directly into the

25  microphone.

TARKIN - DIRECT - MR. HEEREN

1          Please state and spell your name, for the record.

2          THE WITNESS:  Jeffrey Tarkin, J-E-F-F-R-E-Y,

3     T-A-R-K-I-N.

4          MR. HEEREN:  May I inquire, Your Honor?

5          THE COURT:  You may.

6     **JEFFREY TARKIN**, called as a witness called by the Government,

7     having been first duly sworn/affirmed, was examined and

8     testified as follows:

9     DIRECT EXAMINATION

10    BY MR. HEEREN:

11    Q    Good afternoon, Mr. Tarkin.

12    A    Good afternoon.

13    Q    Where do you work?

14    A    I work at the U.S. Attorney's Office.

15    Q    And what is your role or title?

16    A    I'm a contract investigator.

17    Q    Okay.  And what does that mean?

18    A    I work for a private company that has a contract with the

19    U.S. Attorney's Office, and I'm a civilian investigator in the

20    National Security and Cyber Crimes Section.

21    Q    How long have you been with the U.S. Attorney's Office?

22    A    Just over three years.

23    Q    Before that, what did you do?

24    A    I was a special agent with the Federal Bureau of

25    Investigation.

TARKIN - DIRECT - MR. HEEREN

1    Q    For how long?

2    A    Just over 20 years.

3    Q    Have you reviewed documents related to your expected

4    testimony today?

5    A    I have.

6    Q    Have you had any -- apart from that, have you had any

7    other involvement in the investigation or prosecution of this

8    matter?

9    A    No.

10          MR. HEEREN:  I want to first read into the record,

11   what's been admitted as Government's Exhibit 202 at paragraph

12   four, please.

13          And it reads:  Government Exhibit 405 is a true and

14   accurate copy of records obtained from Hilton Hotels and

15   Resorts, and pursuant to that stipulation, the Government

16   moves to admit Government Exhibit 405.

17          THE COURT:  Any objection?

18          MR. LUSTERBERG:  I'm sorry, Your Honor.  No

19   objection.

20          MS. WONG:  No objection.

21          MR. TUNG:  No objection.

22          THE COURT:  Okay.  405 is admitted.  You may

23   publish.

24          (Government Exhibit 405, was received in evidence.)

25          MR. HEEREN:  Can we please publish Government

TARKIN - DIRECT - MR. HEEREN

1   Exhibit 405, Ms. McMahon.

2          (Exhibit published.)

3   Q    And Mr. Tarkin, directing your attention to the top

4   portion of the page -- which I'm going to ask Ms. McMahon to

5   blow up.  That's perfect.

6          Do you see a name and address in the left-hand side

7   of this document?

8   A    Yes.

9   Q    And does this document appear to be a folio or receipt

10  from Embassy Suites by Hilton?

11  A    Appears to be.

12  Q    So directing your attention to the name and address,

13  could you please read into the record the name.

14  A    It's Ji Hu.

15  Q    And how is that spelled?

16  A    J-I, and H-U.

17  Q    And is the address 95 International Boulevard?

18  A    Yes.

19  Q    Okay.  And just looking now at -- do you see the arrival

20  date?

21  A    I do.

22  Q    What is the arrival date that's listed here?

23  A    October 30, 2016, 12:00 o'clock p.m.

24  Q    And what was the departure date?

25  A    November 5, 2016, at 6:47 a.m.

TARKIN - DIRECT - MR. HEEREN

1          MR. HEEREN:  I'd like to now turn to what's been

2     previously admitted as Government's Exhibit 3068.

3          Okay.  Ms. McMahon, if we could just please show the

4     top.  Yup.

5     Q    Mr. Tarkin, what's the e-mail address this reflects

6     is -- withdrawn.

7          What e-mail address is listed in the "from" field?

8     A    EricYan75@YAHOO.COM.

9     Q    And who is the e-mail to, according to the document, what

10    e-mail address?

11    A    Mike@McMahonInvestigativeGroup.com.

12    Q    Going forward, if I refer to the e-mail address

13    EricYan75@YAHOO.COM as the Eric Yan e-mail address, will you

14    understand what I'm talking about?

15    A    Yes.

16    Q    And if I refer to the Mike@McMahonInvestigativeGroup.com

17    e-mail as the McMahon e-mail address, will you understand what

18    I'm talking about?

19    A    Yes.

20    Q    Okay.  So I want to direct your attention to the

21    bottom-most e-mail on this e-mail thread.

22          MR. LUSTERBERG:  And Ms. McMahon, if you can close

23    the call out and show us the bottom-most e-mail.

24    Q    Could you please read -- who is that e-mail from?

25    A    EricYan75@YAHOO.COM.

1118

TARKIN - DIRECT - MR. HEEREN

1  Q    Could you just please read that e-mail into the record.

2  A    Mike, Xu Jin's father will visit him from China this

3  Saturday.  We just want to recommend you trace him to find

4  Xu Jin's address.  I will live at Liu Yan's house, 335 Long

5  Hill Drive, Short Hills, New Jersey, 07078.  My friend in New

6  York will meet you to give the money in cash and tell you the

7  time Xu's father arrive at the house.

8          Do you agree to accept this job or not.  Waiting for

9  your reply.  Eric.

10 Q    Can we just scroll up to the next e-mail.

11         And is this a response from the McMahon e-mail

12 account?

13 A    Yes.

14 Q    What's the response?

15 A    Yes.  I will accept this job.  Thanks.  Mike.

16         MR. HEEREN:  And then just one more e-mail, the next

17 one up, please.

18 Q    And is this an e-mail back from the Eric Yan e-mail

19 account?

20 A    Yes.

21 Q    Ask what's the response?

22 A    Okay.  When we get the details, I will send you a mobile

23 message.

24 Q    Okay.  Directing your attention to what's been previously

25 admitted as Government's Exhibit 4019B, starting at Page 194.

AVERY N. ARMSTRONG, RPR, NYRCR
OFFICIAL COURT REPORTER

TARKIN - DIRECT - MR. HEEREN

1      MR. HEEREN:  And Ms. McMahon, if you could please

2  blow up, first, when you get to it, the participants.  Okay.

3  Q    Who are the participants reflected in Government's

4  Exhibit 419B?

5  A    Mike McMahon and Eric Gallowitz.

6  Q    And do you see a phone number above Mike McMahon and an

7  e-mail address before Eric Gallowitz?

8  A    Yes.

9  Q    And I want direct your attention just before that --

10  excuse me, I want to direct your attention now to the

11  conversation blow it, in green.

12      Does this appear to be a chat message between those

13  two participants?

14  A    Yes.

15  Q    Okay.  And does this appear to be a message from the

16  individual listed as the owner, Eric Gallowitz?

17  A    Yes.

18  Q    Could you please read -- I want to read through these,

19  from 194 through 199.  If you could please read the green

20  chats, and I'll read the blue ones.

21      Can you do that for me?

22  A    Yes.

23  Q    And actually before we do that, if we look down at the

24  bottom right corner, it's a bit hard to see, but do you see a

25  date and time of this communication?

TARKIN - DIRECT - MR. HEEREN

1   A    Yes.

2   Q    And what is the date and time?

3   A    March 30, 2017.  It has 9:16:19 a.m. in UTC Time.

4   Q    Mr. Tarkin, could you please read that chat into the

5   record, and I'll read the blue, and we'll go back and forth.

6   A    Any confirmation and/or details on Saturday.

7   Q    Now, to Page 95, please.

8        Again, at March 30th, 2017, 9:17 a.m.

9        No, not yet.  Waiting to hear back.  I sent him an

10  e-mail yesterday.

11       And then the next message, please.

12  A    Okay.  Please let me know as soon as possible.  Did he

13  give you a retainer?

14  Q    Okay.  Next message, please.

15       Meeting his friend by the subject's home the day of.

16       Next message please.

17  A    Okay.  Let me know.

18  Q    And then last message is the next one, please.

19       This message is on a new day, March 31st at

20  11:52a.m.

21       Never heard back from Asian.  I guess we're off for

22  now unless he contacts me later.

23       MR. HEEREN:  Okay.  Turning back to Government

24  Exhibit 3068 which has previously been admitted.  And if you

25  could blow up the top two e-mails, please.

TARKIN – DIRECT – MR. HEEREN

1   Q    And Mr. Tarkin, do you see the e-mail in this thread that

2   begins March 30th, 2017?

3   A    Yes.

4   Q    Does that appear to be from the McMahon e-mail account?

5   A    Yes.

6   Q    Could you please read that into the record.

7   A    Let me know if we working Saturday.  I need to plan for

8   this.  Mike.

9   Q    And then what is the response to that e-mail?

10  A    Not Saturday.  My friend will call from Monday to

11  Tuesday.

12  Q    And what date was that last e-mail sent?

13  A    March 31, 2017.

14  Q    Okay.

15          MR. HEEREN:  I want to turn know to what's been

16  admitted as Government Exhibit 405.

17          I'm turning to Page 12 of the exhibit, please.  If

18  you could please blow up the first -- the header area.  Thank

19  you.  Okay.

20  Q    Do you see what appears to be a series of dates on the

21  right-hand side of this exhibit?

22  A    Yes.  There are two dates.

23  Q    And when we looked 405 earlier, do you recall that those

24  dates for the other part of the exhibit reflected the check-in

25  and checkout dates?

TARKIN - DIRECT - MR. HEEREN

1    A    Yes.

2    Q    Okay.  What is the top date of the two?

3    A    April 3rd, 2017, 7:49 p.m.

4    Q    Okay.  And what was the checkout date?

5    A    April 6, 2017.  At 8:22 a.m.

6    Q    Okay.  And do you see what appears to be on the left

7    hand, a name?

8    A    I do.

9    Q    And can you please read the name into the record or spell

10   it if you aren't able to read it?

11   A    Lan, L-A-N, Tuo, T-U-O.

12   Q    And just directing your attention back to the first page

13   of Government's Exhibit 405.

14           MR. HEEREN:  And if we could just blow up the top

15   third of the page -- the whole top third, actually.

16           That's good.

17   Q    I had you previously read the address of the individual

18   on the left earlier, right?

19   A    Correct.

20   Q    And then could you please read the address listed here on

21   the right, top right-hand side associated with Embassy Suites?

22   A    95 Glimcher Realty Way, Elizabeth, New Jersey.

23   Q    Okay.

24           MR. HEEREN:  Turning back to Page 14 of Government

25   Exhibit 405.  Same exhibit, please.

TARKIN – DIRECT – MR. HEEREN

1          And if you could just blow up the top portion again,

2    please, Ms. McMahon.   Thank you.

3    Q    Do you again see what appears to be a check-in and

4    checkout date on the right side?

5    A    Yes.

6    Q    Could you please read those dates and times into the

7    record.

8    A    April 5, 2017, at 8:47 p.m. and April 6, 2017, at

9    9:17 a.m.

10   Q    And could you please read the name associated with this

11   record on the left-hand side.

12   A    It's L-I and then M-I-N-J-U-N.

13          MR. HEEREN:   And then turning one page further.   And

14   if you just blow up the top portion including the table.

15   Q    Does this appear to be a record associated with the same

16   person whose name you just spelled into the record Minjun Li?

17   A    Yes.

18   Q    And do you see where it says last hotel on the right-hand

19   side of the page under, other information?

20   A    Yes.

21   Q    Could you just read that into the record, please.

22   A    Embassy Suites by Hilton Elizabeth Newark Airport.

23          MR. HEEREN:   Okay.   You can close that up,

24   Ms. McMahon.

25          Turning to Government's Exhibit -- excuse me.   I

TARKIN – DIRECT – MR. HEEREN

1  don't believe we've admitted it yet, so I'm going to offer to

2  admit Government's Exhibit 410, pursuant to an existing

3  stipulation.  That has been admitted.

4              MR. LUSTERBERG:  No objection.

5              MS. WONG:  No objection.

6              MR. TUNG:  No objection.

7              THE COURT:  All right.  You may –– that's admitted.

8  You may publish.

9              MR. HEEREN:  Sorry, I meant 4010.  So 4-0-1-0.  So I

10 think we should ask again.  That's a different exhibit.

11             MR. LUSTERBERG:  Are we seeing it?

12             MR. HEEREN:  Sorry.  That was the wrong exhibit.  So

13 let's first show 4010.

14             THE COURT:  Okay.  Just to the witness right now and

15 the parties.

16             Do you want to ask him any questions about it?

17             MR. HEEREN:  No, Your Honor.  I just want to move to

18 admit it pursuant to stipulation.

19             THE COURT:  Oh, all right.  Any objection?

20             MR. LUSTERBERG:  No objection.

21             MS. WONG:  No objection.

22             MR. TUNG:  No objection.

23             THE COURT:  4010 is admitted.  You may publish.

24             MR. HEEREN:  Thank you, Your Honor.

25             (Government Exhibit 4010, was received in evidence.)

TARKIN – DIRECT – MR. HEEREN

1       (Exhibit published.)

2   Q    First, looking at the first page of this exhibit,

3   Mr. Tarkin, what does this appear to be to you?

4   A    A text messaging.

5   Q    Say it again?

6   A    Text messaging.

7   Q    And do you see what appears to be a name associated with

8   this text message at the top?

9   A    Yes.

10  Q    What is the name at the top?

11  A    Eric's friend from China.

12  Q    Okay.  And what is the date of the first text message in

13  this chain that was sent?

14  A    April 4, 2017, 8:47 a.m.

15  Q    Okay.  And could you please read into the record, the

16  chats on the right-hand side until, "okay," and I'll read the

17  chats on the left-hand side.

18  A    Yes.  Panera Bread 770 Route 17 Paramus, New Jersey

19  07652.

20  Q    Got it.  Thanks -- or THX.  2:00 p.m.  See you when I see

21  you, my friend.

22  A    Okay.

23  Q    Mike, I'm already -- I'm here already.  Just want to let

24  you know.  Take your -- UR -- time, please -- P-L-Z.  No rush.

25  Call me when you get here please -- P-L-Z.

TARKIN - DIRECT - MR. HEEREN

1    A    Okay.  Here.  Parking.

2    Q    All right.  I want to direct your attention now to what's

3    been admitted as Government's Exhibit 4019B at Page 208.

4                (Exhibit published.)

5                MR. HEEREN:  And if we could just blow up the

6    participants in the text message.

7    Q    Is this, again -- are the participants, again, Mike

8    McMahon and Eric Gallowitz, according to the documents?

9    A    Yes.

10    Q    Okay.

11                MR. HEEREN:  Can we just show the text message,

12    please.

13    Q    And what's the date associated with this text message?

14    A    April 4, 2017.

15    Q    And again, the message in green appears to be from the

16    owner, Eric Gallowitz?

17    A    Yes.

18    Q    Can you read the green messages, and I'll read the blue

19    ones, going from Page 208 to 29.  And Mr. Tarkin, if you

20    notice that the date changes, can you please say so when

21    you're reading it.

22    A    Okay.

23    Q    Please go ahead and start.

24    A    Don't forget to send me details for tomorrow.

25    Q    Yes.

TARKIN - DIRECT - MR. HEEREN

1        MR. HEEREN:  And then an attachment is sent.  If we

2   could please go to the next page.  And if you could please --

3   if it's possible to turn that image.

4        Thank you.  And the image reflects, 335 Long Hill

5   Drive, Short Hills, New Jersey, 07078, with a blue circle

6   around it.

7        Okay.  To the next message, please.

8   A    10-4.

9   Q    Okay.

10       MR. HEEREN:  Next message, please.

11       Next message appears to be an attachment.  If you

12  could turn that.  Yeah.  And the next page appears to be a

13  larger version of that same image that was sent.

14       Okay.  And the next page.

15  A    Yes.

16  Q    Okay.

17       MR. HEEREN:  Next page, please.

18  A    Call local PD.  Let them know we are out there.

19  Q    Okay.

20       MR. HEEREN:  Keep going, please, to 219.

21  Q    Yes.  For sure.  Plate number and your vehicle type.

22  A    EPD5239 Ford Silver.

23  Q    Okay.

24       MR. HEEREN:  Now, if I could please -- I now move to

25  admit -- well, now marked for identification and showed to the

1128

TARKIN - DIRECT - MR. HEEREN

1   witness and defense counsel only, Government's Exhibit 4011.

2           THE COURT:  Any objection to the admission of 4011?

3           MR. LUSTERBERG:  No, Your Honor.

4           MS. WONG:  No, Your Honor.

5           THE COURT:  Admitted.  You may publish.

6           (Government Exhibit 4011, was received in evidence.)

7           (Exhibit published.)

8   Q    Okay.  Just -- and does this -- I want to scroll through

9   the first two pages.  Okay.  Going back.

10          Does this appear to be a series of chat messages?

11  A    Yes.

12  Q    Who is -- who are the chat messages to, according to

13  Exhibit 4011?

14  A    Mike Kelly.

15  Q    Okay.  So going back to the first page.

16          What date is this message sent?

17  A    April 4, 2017.

18  Q    And what time?

19  A    4:34 p.m.

20  Q    Do the two images you see here, do they appear to be the

21  same images we just saw sent in the prior text messages?

22  A    Yes.

23  Q    Okay.  Now, turning to the next page.

24          And can you just read the right-hand side underneath

25  the image and I'll read the left-hand side of this page.

TARKIN – DIRECT – MR. HEEREN

1   A    8:00 a.m. start.

2   Q    Got it.

3   A    What's your plate number and vehicle type and color?  I

4   need to call local PD.

5   Q    2016 black jeep Cherokee.  Will get you plate later.

6          MR. HEEREN:  Now, can we please go to what was

7   previously admitted as Government's Exhibit 3069.

8          Can we please blow up –– thank you.

9   Q    Who is this message from and sent to, Mr. Tarkin?

10  A    The EricYan75@YAHOO.COM, to

11  Mike@McMahonInvestigativeGroup.com.

12  Q    And what date and time was this sent?

13  A    April 4, 2017, 11:19:22 p.m.

14  Q    What's the subject?

15  A    Photo.

16  Q    Okay.  And do there appear to be two attachments to this

17  e-mail?

18  A    Yes.

19  Q    Okay.

20          MR. HEEREN:  And just turning to what's been

21  previously admitted as Government's Exhibit 370.  And then

22  371.

23  Q    Are those the attachments to that e-mail?

24          THE COURTROOM DEPUTY:  I'm sorry, that's 3070 and

25  3701 ––

TARKIN – DIRECT – MR. HEEREN

1      MR. HEEREN:  All right.  My apologies.  3070 and

2  3071, both of which have previously been admitted.

3  Q    Mr. Tarkin, are those the attachments to the e-mail we

4  just looked at?

5  A    They appear to be.

6      MR. LUSTERBERG:  I want to turn to Government's

7  Exhibit -- what's been previously admitted as Government's

8  Exhibit 3072.

9      And just looking at the header part first, please.

10 Q    Does this appear to be an e-mail that was sent the next

11 day on April 5th, 2017?

12 A    Yes.

13 Q    Okay.  And who is this e-mail from?

14 A    MikeMcMahonInvestigativeGroup.com.

15 Q    And that's Mike@McMahonInvestigativeGroup.com?

16 A    Yes.

17 Q    Okay.  And who is this e-mail sent to?

18 A    EricYan75@YAHOO.COM.  Fancysaga@YAHOO.COM.

19 Q    So that's two different e-mail addresses?

20 A    Correct.

21 Q    When was this sent -- I'm sorry, I think I asked you that

22 already.  Withdrawn.

23     What's the subject?

24 A    Invoice from McMahon Investigative Group.

25 Q    Okay.

TARKIN - DIRECT - MR. HEEREN

1          MR. HEEREN:  And Ms. McMahon, if you could just open

2     up the subject of the e-mail or the body of the e-mail.

3     Q    Can you just read the contents of the e-mail.

4     A    Your invoice is attached and includes payment-due

5     information.  Please let us know if you have any questions.

6     Thank you for your business.  Sincerely Michael McMahon.

7     McMahon Investigative Group.  McMahon Investigative Group

8     again and the address.

9          MR. HEEREN:  Can we please turn to what's been

10    admitted as Government's Exhibit 3073.

11    Q    Does this appear to be the attachment to that e-mail that

12    you just looked at?

13    A    Yes, it appears to be.

14         MR. HEEREN:  Can you please zoom in on the "bill to"

15    box.

16    Q    Can you just read what it says in the "bill to" box.

17    A    Eric Yan and J. Zhu, Z-H-U.

18    Q    Thank you.

19         MR. HEEREN:  And can you blow up the date of the

20    invoice and the item description section.

21    Q    Can you please tell us what the date of the invoice is?

22    A    April 4, 2017.

23    Q    And what is the -- what is listed under, "item"?

24    A    Investigative work.

25    Q    And what's the description, if any, listed?

TARKIN - DIRECT - MR. HEEREN

1    A    Met with Mr. Zhu, Z-H-U, in Paramus, New Jersey, and

2    received a retainer fee of 5,000 cash.  Case of Jin Xu, J-I-N,

3    X-U.

4    Q    Okay.

5              MR. HEEREN:  I'm going to turn to now to what's been

6    previously admitted as Government's Exhibit 4010, 4-0-1-0 at

7    Page 846.  Sorry, 847.

8              THE COURT:  It's in evidence?

9              MR. HEEREN:  Thank you.  Yes.

10             And can we show 4010 side by side with 3072.

11             Can we please blow up the header of 3072.  And the

12   chat where it says, in 4010, My e-mail is.

13   Q    Mr. Tarkin, is the e-mail address -- one of the e-mail

14   addresses in 3072 that was sent that e-mail, is that the same

15   e-mail address as listed in Government's Exhibit 4010?

16   A    Yes.

17   Q    Okay.  And that's fancysaga@YAHOO.COM?

18   A    Yes.

19   Q    Okay.

20             MR. HEEREN:  Thank you.  You can close those up.

21             (Continued on the following page.)

22

23

24

25

TARKIN - DIRECT - MR. HEEREN

1    DIRECT EXAMINATION (Continued)

2    BY MR. HEEREN:

3    Q    And then showing you Government's Exhibit, what's been

4    previously admitted as Government's Exhibit 814.

5            If you can blow up row one, Ms. McMahon.

6            Do you see in the second row, second column where it

7    says username?

8    A    Yes.

9    Q    What is the username?

10   A    Fancysaga@yahoo.com.

11   Q    Do you see the notes section there is a value after

12   source file?

13   A    Yes.

14   Q    Can you just read the first two words before the slash

15   after source file?

16   A    Johnny's iPhone.

17   Q    Thank you.

18           Turning to Government's Exhibit 317, 317 which has

19   been previously admitted.

20           If we could please blow up the section around

21   8:53 a.m. and keep going down until around 11:25.  That's fine

22   too, right there.

23           Mr. Tarkin, do you see this chart?

24   A    Yes.

25   Q    What do you understand, generally, this chart to be?

TARKIN - DIRECT - MR. HEEREN

1   A     These are call records pertaining to a phone belonging to

2   Zhu Z-H-U, Feng F-E-N-G with a phone number (917)348-5950.

3   Q     For the sake of clarity, did you have any involvement in

4   preparing this chart?

5   A     No.

6   Q     So is your knowledge limited to what you're reviewing

7   here?

8   A     Yes.

9   Q     What is the date reflected for all of these phone calls?

10  A     April 5, 2017.

11  Q     Do you see the first two rows reflects two outgoing phone

12  calls from the Zhu Feng phone?

13  A     Yes.

14  Q     What times were those made?

15  A     The first one is at 8:53:27 a.m. and the second one was

16  9 o'clock 30 a.m.

17  Q     Who are those calls sent -- made to, according to the

18  chart?

19  A     They were both outgoing calls to Tu Lan, T-U L-A-N.

20  Q     Then the next entry, what time is the next entry, the

21  third one down?

22  A     10:21:22 a.m.

23  Q     So that's approximately an hour and 20 minutes after the

24  preceding phone call on the chart?

25  A     Yes.

TARKIN - DIRECT - MR. HEEREN

1   Q    Who is that phone call from and to?

2   A    It's also from Zhu Feng, Z-H-U F-E-N-G to McMahon.

3   (914)450-9169.

4   Q    And then are there series of additional calls

5   approximately -- well, excuse me, is there a call five minutes

6   after the call to McMahon?

7   A    Yes.

8   Q    Who is that call to?

9   A    Tu Lan.  (917)348-9230.

10          MR. HEEREN:  I now want to show the witness and

11   defense counsel only what's been marked for identification as

12   Government's Exhibit 401.  If you can scroll to the next page

13   please.

14          The government would move to admit Exhibit 401

15   pursuant to stipulation.

16          MR. LUSTBERG:  No objection.

17          MS. WONG:  No objection.

18          MR. TUNG:  No objection.

19          THE COURT:  Admitted.  You may publish.

20          (Government Exhibit 401, was received in evidence.)

21          (Exhibit published.)

22          MR. HEEREN:  If we can stay on this page please,

23   Ms. McMahon, as we publish.  Before we blow up it.

24   Q    Mr. Tarkin, does this appear to be an Alamo car receipt?

25   A    Yes.

TARKIN - DIRECT - MR. HEEREN

1    Q    Directing your attention to the top left corner do you

2    see what appears to be a person's name directly under the box

3    labeled R-A?

4    A    Yes.

5    Q    Could you please read the name into the record or spell

6    it?

7    A    F-E-N-G, Z-H-U.

8    Q    What's the address associated with it?

9    A    College Point, New York 11356.

10   Q    And what's the rental location, according to the record?

11   A    Newark International Airport.

12   Q    What date was this car rented?

13   A    April 5, 2017.

14   Q    And approximately what time?

15   A    12:21 p.m.

16            MR. HEEREN:  Can you pull out a little bit or close

17   the call out.  Could you blow up the return date please and

18   return location.

19   Q    According to this record, when was this car returned?

20   A    Returned on April 12, 2017.  At 12:30 p.m.

21   Q    All right.  Turning to what has been previously

22   admitted -- turning back to what has been previously admitted

23   as Government's Exhibit 317, please.  I want to direct your

24   attention to the rows beginning at 139 and ending with six --

25   ending to the bottom of the page.  Thank you.

TARKIN - DIRECT - MR. HEEREN

1          Are these all calls made on April 5th, 2017?

2    A    Yes.

3    Q    And do these calls begin at 1:39 p.m.?

4    A    Yes.

5    Q    And that's -- I can show it to you if I need to refresh

6    your recollection, but is that approximately an hour after the

7    car rental records you just looked at?

8    A    Yes.

9    Q    And who is the first call -- well, looking at the first

10   six calls on the chart, who are those calls between according

11   to the chart?

12   A    Z-H-U F-E-N-G and Tu Lan.  T-U-L-A-N.

13   Q    Does that appear to be, again, according to the chart,

14   two different numbers associated with Zhu Feng which you

15   spelled Z-H-U F-E-N-G?

16   A    Yes.

17   Q    You see one is in purple and one is in yellow?

18   A    Yes.

19   Q    After those series of calls -- well, when do those series

20   of calls end in the chart?

21   A    At 4:33 p.m.

22   Q    And then what's the next call in the entry log at

23   4:33:30 p.m. between?

24   A    It's between McMahon (914)450-9169 and Kelly at

25   (516)666-0445.

TARKIN - DIRECT - MR. HEEREN

1    Q    And now the next set of phone calls begins at what time?

2    A    4:36 p.m.

3    Q    And then looking towards the very end, what time do these

4    series of calls end on this page?

5    A    6:20 p.m.

6    Q    And can you indicate the first three, who are those calls

7    between?

8    A    It is Zhu Feng and Tu Lan.

9    Q    Then the next two are between who?

10   A    Tu Lan and Hongru Jin, H-O-N-G-R-U J-I-N.

11   Q    Then what's the next call between?

12   A    Zhu Feng and Hongru Jin.

13   Q    And the last three calls, who are those between?

14   A    Zhu Feng and Tu Lan.

15   Q    Can we go to the next page, please.  You can actually

16   close it up for now.

17          I want to direct your attention now to what was

18   previously admitted as Government's Exhibit 4010 at pages 848

19   to 849.  Can we just blow up the first message on the page

20   after.  Okay, thanks.

21          What time was this message sent?

22   A    6:58 p.m.

23   Q    And is that approximately 30 to 40 minutes after the last

24   of those series of phone calls that you just read into the

25   record?

TARKIN - DIRECT - MR. HEEREN

1    A    Yes.

2    Q    Can you just read what the message says.

3    A    I just got the package ETA 7:40 p.m.

4    Q    Now I'd -- you can close the call out, please.

5         I'd like to read the remainder of these chats from

6    this page and the next page.  Beginning with "okay" and can

7    you read the green side and I'll read the gray chats.

8    A    Okay, question mark.

9    Q    Before I read the next chart, when was that question mark

10   text sent?

11   A    April 5, 2017 at 8:43 p.m.

12   Q    So about an hour and 43 minutes later in the evening?

13   A    Yes.

14   Q    How is going?

15   A    Quiet so far.  Did you drive by us.

16   Q    No, I didn't.  I'm not there at all after I drop Xu.

17        I got a guy driving Toyota Sienna, that's my guy.

18   He's watching for me.  If that's him ignore it.

19   A    Okay.  I saw him drive past me.

20   Q    You can stop there.

21        I want to direct your attention now to Government's

22   Exhibit 405.  If we can go to page -- go to about page 16, two

23   back please.  If you can please blow up the top part.  Thank

24   you.

25        Direct your attention to Government's Exhibit 405,

TARKIN - DIRECT - MR. HEEREN

1  who is this record associated with again?  Looking at the top

2  left corner.

3  A    Li Minjun, M-I-N-J-U-N.

4  Q    What was the time of check-in, according to this record,

5  date and time according to this record?

6  A    April 5, 2017 at 8:47 p.m.

7           MR. HEEREN:  Now turning back to Government's

8  Exhibit 317, which has been previously admitted, and direct

9  your attention to page 2, at row -- the row for 8:49 and

10 8:53 p.m.  About right here.

11          Can you actually expand it to the message just above

12 it too.  Sorry.  Perfect, thank you.  Little bit further down,

13 please?

14          THE COURT:  This is going to be the last question

15 before our lunch break.

16          MR. HEEREN:  Yes, your Honor.

17 Q    Great.  Do you see a phone call at April 5th, 2017 at

18 8:49 p.m.?

19 A    Yes.

20 Q    And who is that message from and to?

21 A    This is from -- excuse me.  This is from McMahon

22 (914)450-9169 to Zhu Feng (917)348-5950.

23          MR. HEEREN:  Just going side by side -- this will be

24 the very last question, I'll be done, your Honor, right before

25 break.

TARKIN – DIRECT – MR. HEEREN

1          THE COURT:  All right.

2          MR. HEEREN:  Side by side with Government's

3    Exhibit 4010 at page 848.

4    Q    Do you see the time that those chat messages start on the

5    second half of the page?

6    A    8:43 p.m.

7    Q    So was that phone call shortly after the time that those

8    text messages started?

9    A    Yes.

10         THE COURT:  All right.  Thank you very much,

11   Mr. Heeren.

12         Ladies and gentlemen, it's about 1 o'clock, we'll

13   take our lunch break now until 2 p.m.

14         Please don't talk about the case, don't do any

15   research, keep an open mind, and have a wonderful lunch.

16         THE COURTROOM DEPUTY:  All rise.

17         (Jury exits courtroom.)

18         THE COURT:  Mr. Tarkin, you can step down.

19         (The witness stepped down.)

20         THE COURT:  Everyone else, you're free to go until

21   2 p.m.  I do have a couple of criminal matters, just short

22   status during the lunch break.

23         (Luncheon recess.)

24

25

PROCEEDINGS

1              A F T E R N O O N   S E S S I O N

2                       (2:10 p.m.)

3              THE COURTROOM DEPUTY:  All rise.

4              (Jury enters courtroom.)

5              THE COURT:  Please be seated everyone.

6              Welcome back, ladies and gentlemen, I hope you had a

7    good lunch.

8              Now we all have observed the haze has gotten worse

9    since we've been in Court.  We have these HEPA filters, two of

10   them, that have been turned on in the courtroom.  I realize

11   there is a smell certainly from the haze and Ms. Gonzalez is

12   obviously handing out face masks.  If, at any point, anyone

13   feels some kind of adverse affect just raise your hand, for

14   example, dizzy or anything else, just let us know.

15             We're going to resume the examination of the witness

16   by the government.

17             Mr. Heeren, go ahead.

18             MR. HEEREN:  Thank you, your Honor.

19   DIRECT EXAMINATION(Continued)

20   BY MR. HEEREN:

21   Q    Good afternoon, Mr. Tarkin.

22   A    Good afternoon.

23             MR. HEEREN:  Good afternoon, ladies and gentlemen.

24   If I could please publish what's been previously admitted as

25   Government's Exhibit 4010, 4-0-1-0, and going to page 849.

TARKIN - DIRECT - MR. HEEREN

1   Q    Mr. Tarkin, is this chat messages with Eric's friend from

2   China?

3   A    Yes.

4   Q    Could you please read -- excuse me, do you see the date

5   about halfway down the page, the date and time?

6   A    Yes, April 5th, 2017, 10:35 p.m.

7   Q    Could you please read the chats with me that follow that

8   date and time until we get to the end of page 851 and if you

9   could please read the green chats and I'll read the white

10  chats.

11  A    Lights are almost out.

12  Q    Dismiss if light goes off.

13  A    Okay.

14  Q    Is there any clue?

15  A    No clue.  I can see in the kitchen, I saw two women

16  walking around.

17  Q    Do you see the old man?

18  A    Yes.  He was sitting at the kitchen table.

19  Q    Would you be able to shoot a picture on the old guy?

20  Eric wants it.

21  A    Too dark.

22       MR. HEEREN:  I'm sorry, can you please go back,

23  Ms. McMahon, just blow up the image for one second, the two

24  images that straddle across the two pages.  Thank you.

25  Q    Does that appear to depict an image that was sent in the

TARKIN – DIRECT – MR. HEEREN

1   chat message Mr. Tarkin?

2   A    Yes.

3   Q    You can close that up.

4        Could you please start again at, too dark?

5   A    Too dark.

6   Q    Got it thanks, or THX.

7   A    Lights are all off now.  I don't think the subject will

8   show up tonight.

9   Q    K.  Dismiss.  We do TMR.

10  A    Okay.  I'll be here at 8 a.m.  Bad weather a lot of rain.

11  Q    Sorry, SRY, Mike, I was driving.  I have discuss with

12  Eric, you start monitor at 9 a.m. TMR.

13       MR. HEEREN:  We can stop there.

14       Can we please turn to -- can we publish what's been

15  previously admitted as Government's Exhibit 4019B starting at

16  page 229.

17       And could you show the participants please.

18  Q    Are the participants in 4019 Mike McMahon and Eric

19  Gallowitz, according to the exhibit?

20  A    Yes.

21       MR. HEEREN:  Could you please blow up that first

22  chat.  I'd like to show this side by side with Government's

23  Exhibit 4010, and if you can go to page 849 of 4010.  Could

24  you blow up the time and date.  Thank you.

25  Q    So do these messages on the left in Government's

TARKIN - DIRECT - MR. HEEREN

1   Exhibit 4019B appear to have taken place a few minutes after

2   the chat messages you just read in --

3   A    Yes.

4   Q    -- Government's Exhibit --

5   A    Sorry.

6   Q    -- in Government's Exhibit 4010?

7   A    Yes.

8            MR. HEEREN:  Let's go to 4019B.  You can close out

9   the side by side.

10           If you could please just blow up the chat itself.

11  Q    Mr. Tarkin, we're going to read from page 229, or the

12  chats beginning on page 229 to page 241.  I will read the blue

13  chats, if you can read the green chats.

14           Is that okay?

15  A    Yes.

16  Q    All right.  April 5th, 2017 at 10:43 p.m.  I hang back a

17  bit.

18           Okay.  Have a safe trip.

19  A    You are staying?

20  Q    Yes, light just came on.

21           And before we close that just to orient people

22  again, who does the exhibit depict this message is from?

23  A    Mike McMahon.

24  Q    Now we can go to the next message.

25           Upstairs.

1146

TARKIN - DIRECT - MR. HEEREN

1  A     Okay, I will standby.

2  Q     That car his friend is driving keeps driving by.

3  A     Dump.

4  Q     Ass.

5  A     Dumb.

6        You trust them?

7  Q     Sorry, I didn't hear that.  Can you say that again?

8        THE COURT:  You trust them.

9        MR. HEEREN:  Thank you, your Honor.

10 Q     No.

11       MR. HEEREN:  We can stop there.

12       I'd like to now publish for the jury, Government's

13 Exhibit 406 -- I'm sorry, before we do that.  I'd like to show

14 to the witness and defense counsel Government's Exhibit 406.

15       And the government would move to admit Government's

16 Exhibit 406 pursuant to stipulation.

17       MR. LUSTBERG:  No objection.

18       MS. WONG:  No objection.

19       MR. TUNG:  No objection.

20       THE COURT:  Admitted.  You may publish.

21       (Government Exhibit 406, was received in evidence.)

22       THE COURT:  Isn't that the one you want?

23       MR. HEEREN:  Yes, your Honor.

24       THE COURT:  Go ahead.

25       MR. HEEREN:  If you could please blow up the top

TARKIN – DIRECT – MR. HEEREN

1   third of the page.

2           (Exhibit published.)

3   Q    Does this appear to be a hotel receipt, Mr. Tarkin?

4   A    Yes.

5   Q    Direct your attention to the address information in the

6   top left corner, do you see address information there?

7   A    Yes, it's the ESA Elizabeth Newark Airport.

8   Q    What's the street that that's on?

9   A    It's on 45 Glimcher Realty Way.

10  Q    Do you see the information below that relating to that

11  appears to associate a person to this receipt?

12  A    Yes.

13  Q    Could you just read that information into the record.

14  A    It's receipt number 188324.  The name is Z-H-U S-E-N-G.

15  5854 229th Street, Oakland Gardens, New York 11364.

16          MR. HEEREN:  If we could just show this side by side

17  with what's been previously admitted as Government's

18  Exhibit 815.  If we can blow up the fourth row.  Thank you.

19  Q    Can you see that there's an address associated with

20  Government's Exhibit 815 in the fourth column?

21  A    Yes.

22  Q    Does that appear to be substantially the same address --

23  well, does that appear to be the same city and state?

24  A    Yes.

25  Q    Does it appear to be the same street?

TARKIN - DIRECT - MR. HEEREN

1    A    Yes.

2    Q    And is there any differences in the house or residence

3    number?

4    A    No.

5    Q    Is one 5854 and one 5844?

6    A    Yes.

7    Q    Is the name -- do you see a name on the bottom one for

8    815?

9    A    Feng Zhu, F-E-N-G Z-H-U.

10         MR. HEEREN:  You can close the two up and go back to

11   Government's Exhibit 406.

12   Q    What was the arrival and departure date of the person,

13   according to this record?

14   A    April 5, 2017, departure April 6, 2017.

15   Q    I want to direct your attention now to Government's

16   Exhibit 4010 at pages 852.  Are these text messages in 4010

17   associated with Eric's friend in China?

18   A    Yes.

19   Q    What time is the time listed just above where it says,

20   Morning, Mike?

21   A    April 6, 2017, 9:04 a.m.

22   Q    I'd like you to read this with me until we get to

23   page 856.  I'll read the left-hand side, if you can read the

24   right-hand side.

25         Good morning, Mike.  PLZ let me know any status if

TARKIN - DIRECT - MR. HEEREN

1   possible today.

2   A    Okay.

3   Q    Then does there appear to be a picture sent?

4   A    Yes.

5            MR. HEEREN:  Could you please blow that up,

6   Ms. McMahon, just that first picture please.

7            (Exhibit published.)

8            MR. HEEREN:  You can close that out.

9   Q    Based on the fact that it's on the right-hand side, does

10  that appear to be message sent from the user on the right-hand

11  side?

12  A    Yes.

13  Q    Scrolling down.  Is that a second image that was sent

14  from the user -- from one of the chat participants?

15  A    Yes.

16  Q    What does that appear to depict?

17  A    A New Jersey license plate P73-DNG.

18  Q    Continuing to read.

19           Thanks.  What's the car model?

20  A    Women driving a MEBE picked her up.

21  Q    A women pick a women?

22  A    Yes.

23  Q    Then going on to the next page.

24           Okay.  Pay attention on the old guy and hit the

25  jackpot from him.

TARKIN - DIRECT - MR. HEEREN

1   A    Yes.

2   Q    Thanks, MC GJ.

3        The two women left?

4   A    Okay, she's back.  She just got dropped off.

5   Q    Okay.  Please run the plate info, if possible.

6   A    Yes, can't run it until I get home.

7   Q    If we can go to the next page.  Does that appear to be

8   the same message at the top of this next page as well?

9   A    Yes.

10  Q    Continuing after that, all right, thanks.  Eric suggest

11  she might be Xu's wife.  That's what he says from pic.

12  A    Yes, she is, I remember her.

13  Q    Keep an eye on her.  She might leave with the old guy.

14  Because that's her husband father.

15  A    Yes.

16  Q    This might be the best chance to track where they live.

17  Thanks, again.

18       Continuing to the next page.

19  A    She just left alone driving her Mercedes-Benz SUV.

20  Q    Track her.  Are you following her?

21  A    Yes.

22  Q    We need every information from her.  Where she stop and

23  who she meets.  THX, GJ.

24  A    Yes.  She's at fitness center.

25  Q    Okay.  Keep an eye on her.  We believe she will lead us

TARKIN - DIRECT - MR. HEEREN

1  to her residence.  Take a pic for every spot she stop if

2  possible.

3  A    Of course.

4  Q    THX.

5  A    She's back home.

6  Q    To where, 335 Short Hills Drive?

7  A    Yes.

8  Q    Did you see her sister who is the owner of the house?

9  A    No.  She was by herself.

10  Q    Strange.  Where the car park at.  BTW, did you put GPS on

11  her car?

12  A    No, did not use GPS.

13  Q    Okay.  We might confused of who she is.  Cuz her sister

14  lives here.  Let's keep watching.  Thanks.  MC.

15  A    Okay.

16  Q    We just had meeting.  We are not sure who is the lady.

17  Either Liu Fang or her sister Liu Yan.  But if it is Liu Yan,

18  her activity is normal because she live here and she is a

19  housewife.

20         Then just --

21  A    Okay.

22         MR. HEEREN:  We can stop there.

23         I'd like to briefly direct your attention back to

24  the image on page 852.  Can we place this side by side with

25  what has previously been admitted as Government's

TARKIN - DIRECT - MR. HEEREN

1  Exhibit 811C, and can you go down another page to page 4

2  please.  One more page, please.  Thank you.  Could you please

3  blow up the chat and the picture, please -- actually before

4  you do that.

5  Q    Mr. Tarkin, can you please read to us the names of the

6  users depicted, according to Exhibit 811C?

7  A    Tu Tu, T-U T-U and Endlessjohnny.

8  Q    Thank you.  Which of these users does this message appear

9  to be coming from?

10  A    Endlessjohnny.

11  Q    Could you please blow up -- excuse me, before you blow up

12  the message, do you see the two pictures?

13  A    Yes.

14  Q    What do you notice about the picture in Government's

15  Exhibit 811C and Government's Exhibit 4010?

16  A    They're the same.

17       MR. HEEREN:  Would you please blow up the chat

18  message please, Ms. McMahon.

19  Q    Could you just read that into the record Mr. Tarkin?

20  A    Okay, Mike has some leads.  I am having a three-way call

21  with them.  I will look it up for you later.

22       MR. HEEREN:  You can close these both up.

23       I want to direct your attention now to what's been

24  previously admitted as Government's Exhibit 4011, 4-0-1-1, at

25  page 913.  Scrolling down to the bottom of that first page

TARKIN - DIRECT - MR. HEEREN

1   or -- actually, Ms. McMahon, if you could call out the bottom

2   of the page including the date.  If you can make it a little

3   bit lower, I'm going to ask a question about under the whole

4   chat.  Make the call out a little bit lower please.  Thank

5   you.

6   Q    Who does this chat message appear to be with, according

7   to Government's Exhibit 4011?

8   A    Mike Kelly.

9   Q    And does this appear to show an image that was sent

10  during this chat message?

11  A    Yes, it does.

12  Q    Approximately what time and date was this image sent?

13  A    April 6th, 2017 at 9:36 a.m.

14  Q    Does that appear to be the same picture that we saw in

15  the two prior exhibits?

16  A    Yes, it does.

17  Q    Scrolling down to the next page.  Does this also appear

18  to be the same two images that we saw in Government's

19  Exhibit 4010?

20  A    Yes.

21  Q    Scrolling down further.  What time-- keep going to

22  page 959.  Thank you.  What date and time do these next series

23  of messages appear to have been sent?

24  A    April 6th, 2017, 1:06 p.m.

25  Q    What is depicted in the image that appears to have been

TARKIN - DIRECT - MR. HEEREN

1   sent immediately below, immediately below that date?

2   A    A New Jersey license plate YNB-58G.

3   Q    I'd like you to read the next chat, please.

4   A    He's being very cautious.  He parked a few houses away

5   and waited for the garage door to open.

6   Q    Going to the next page, please.  What appears to be

7   depicted on this page?

8   A    Two pictures.  One of a Mercedes-Benz with New Jersey

9   license plate YNB-58G, and the second picture is two SUVs, one

10  a dark gray and the other one a lighter gray or silver.

11  Q    Can we scroll down to the next page, please.  So looking

12  at the first image, what was depicted here?

13  A    It's the same two SUVs, one darker gray and one a

14  lighter, light gray.

15  Q    This was sent from one user to another --

16  A    Yes.

17  Q    -- in this chat according to the exhibit?

18  A    Yes.

19         MR. HEEREN:  Next image, please.  Could you please

20  call out the bottom.

21  Q    Do you see a person depicted in the middle here with

22  the -- well, withdrawn.  Do you see the name Xu Jin in the

23  image that was sent?

24  A    Yes.

25  Q    Am I placing a line by that name and a photograph

                    TARKIN - DIRECT - MR. HEEREN

1    associated with this name and some other information

2    associated with that name?

3    A    Yes.

4    Q    And without stating the information, what types of

5    information -- actually withdrawn.  Moving on to the next

6    page, and does that appear to be the same image again?

7    A    Yes.

8    Q    What's the text message after that?

9    A    Which one?

10   Q    When is the next set of text messages sent, according to

11   the exhibit?

12   A    April 6th, 2017 at 3:44 p.m.

13            MR. HEEREN:  Can you please scroll down,

14   Ms. McMahon.  Could you please blow up the first picture.

15   Q    Does this appear to be a photo that was sent from one

16   user to the other?

17   A    Yes.

18   Q    What appears to be depicted in this photo?

19   A    Appears to be a male driving the vehicle.

20   Q    Turning to the next picture.  Is this another photograph

21   that was sent from one user to the next?

22   A    Yes.

23   Q    What appears to be depicted in this photo?

24   A    Appears to be a male with a hat and glasses driving a

25   dark colored SUV.

1156

TARKIN – DIRECT – MR. HEEREN

1    Q    And if you look at the picture, does this appear to be a

2    picture taken from inside of one vehicle?

3    A    Yes.

4    Q    You can see the door lock on the middle right-hand side

5    of the picture?

6    A    Yes.

7    Q    Okay.

8            MR. HEEREN:  Can we just scroll through the next

9    several pictures, Ms. McMahon.  If you just blow up this next

10   picture please.

11   Q    Just to save time, does this also appear to depict a

12   picture of that same man only closer up?

13   A    Yes.

14   Q    Okay.  And do the next two also appear to depict that

15   same man in a further closeup?

16   A    Yes.

17   Q    Scrolling down to the next page.  Does that final picture

18   that we see here appear to, again, be the same man?

19   A    Yes.

20           MR. HEEREN:  You can close that call out,

21   Ms. McMahon.

22   Q    What time do the next two -- what time did the first of

23   the next two chat messages -- withdrawn.  What date and time

24   do you see above the next two chat messages?

25   A    April 6th, 2017, 9:37 p.m.

TARKIN – DIRECT – MR. HEEREN

1  Q    Could you read the one on the right, I'll read the one on

2  the left?

3  A    Good job today, Mike.

4  Q    Worked out well.  Thanks.

5        I'd like to show what's been marked for

6  identification as Government's Exhibit 805A for the witness

7  and counsel only.  If we can just scroll down from the top of

8  the page to the bottom of the page.  And Mr. Tarkin, I'm happy

9  to show you any other pages.  Can you tell us, have you had an

10 opportunity to previously review Government's Exhibit 805A?

11 A    Yes.

12 Q    Generally speaking, what is Government's Exhibit 805A?

13 A    It's a Cellebrite extraction of text messages.

14 Q    If you can just blow up the participants, please.  What

15 are the names of the participants reflected in the report?

16 A    Michael McMahon and Johnny Zhu, Z-H-U.

17 Q    Now I'd like to show you Government's Exhibit 805B for

18 identification only.  Again, have you had an opportunity to

19 previously review Government's Exhibit 805B?

20 A    Yes.

21 Q    Is Government's Exhibit 805B a reformatted version of

22 Government's Exhibit 805A?

23 A    Yes.

24 Q    Have you reviewed the content of 805B?

25 A    Yes.

TARKIN - DIRECT - MR. HEEREN

1    Q    Is the content of the exhibit, Exhibit 805B, the same as

2    the content of Government's Exhibit 805A?

3    A    Yes.

4    Q    Is there any changes in terms of formatting with regard

5    to the date or time?

6    A    The time has been changed from UTC to Eastern Standard

7    Time.

8              MR. HEEREN:  Your Honor, the government moves to

9    admit Government's Exhibit 805B into evidence.

10             MR. LUSTBERG:  No objection.

11             MS. WONG:  No objection.

12             MR. TUNG:  No objection.

13             THE COURT:  Admitted.  You may publish.

14             (Government Exhibit 805B, was received in evidence.)

15             (Exhibit published.)

16   Q    Now that the jury can see it, can you please tell us who

17   are the two participants reflected in Government's

18   Exhibit 805B and starting with the participant on the

19   left-hand side?

20   A    Michael McMahon and Johnny Zhu.

21   Q    Sorry, just to be clear, Mr. Tarkin, does it read

22   McMahon, Michael?

23   A    It does.

24   Q    What's the phone number associated with that name?

25   A    (914)450-9169.

Tarkin - Direct - Heeren

1    (Continuing.)

2    BY MR. HEEREN:

3    Q    And what's the email address associated with Johnny Zhu?

4    A    Endlessjohnny@gmail.com.

5    Q    Sir, I'd like to read these chats beginning on this

6    page and --

7            MR. HEEREN:  One second, Your Honor.

8    Q    -- ending on page 3.

9            Could you please read the text messages from Johnny

10   Zhu, and I will read the text messages from McMahon Michael.

11   A    Are you following her?

12   Q    Yes.

13   A    We need every information from her, where she stop and

14   who she meets.  Thanks GJ.

15   Q    Before we continue on, I forgot to ask you:

16           What was the date and time of the first of these

17   text messages that you read?

18   A    April 6, 2017, 10:26 a.m.

19   Q    Thank you.

20           So now beginning again with McMahon Michael at

21   April 6, 2017, 10:28 a.m.:

22           Yes.  She's at fitness center.

23   A    Okay.  Keep an eye on her.  We believe she will lead us

24   to her residence.  Take a pic for every spot she stop if

25   possible.

Tarkin – Direct – Heeren

1    Q    Of course.

2    A    Thanks; THX.

3    Q    Now, I'm not going to read this next part in, but now

4    that we've been oriented, do these appear to be some of the

5    same messages you just read a minute or two ago?

6    A    Yes.

7    Q    Okay.  So now scrolling further ahead, we're going to

8    start where it reads, the date reads April 6, 2017, at

9    12:57 p.m.  And I'll again read McMahon Michael if you read

10   Johnny Zhu.  And do you see where I'm starting, where it says,

11   I'm assuming?

12   A    Yes.

13   Q    And then we'll read to the end of the page.

14            I'm assuming you would like to continue surveillance

15   on Friday, as well.  And Saturday?

16   A    Yes, Friday is a must.  IDK about Saturday, but I will

17   speak with Eric and make decision because we have intel told

18   us Zhu is coming to pick up his father TNT, TMR.

19            MR. HEEREN:  Now could we please put up, side by

20   side, Government's Exhibit 317.

21            (Exhibit published.)

22            MR. HEEREN:  And if we could please call out, on

23   page 3, the entry at 1:03 p.m.  And then if you could also

24   blow up the top-most of the last three messages on the

25   left-hand side.

Tarkin - Direct - Heeren

1    Q    So what time was the message in Government's Exhibit

2    805-B sent at that we're seeing here?

3    A    12:58 p.m.

4    Q    And on what date?

5    A    April 6, 2017.

6    A    And then looking at the entry that we've highlighted in

7    Government's Exhibit 317, can you please tell us, what time

8    was that phone call made, and date?

9    A    1:03 p.m. on April 6, 2017.

10   Q    So that's five minutes later?

11   A    Yes.

12   Q    And who is the call to and from?

13   A    It's an incoming call from McMahon, 9144509169, to Zhu

14   Feng, 9173485950.

15   A    And I can show you the header, but is the duration

16   2 minutes and 38 seconds, according to Government's

17   Exhibit 317?

18   A    Yes.

19   Q    All right.

20         MR. HEEREN:  You can close the side by side.

21         I'm going to Government's Exhibit 805-B, which is in

22   evidence, at page 4.

23   Q    Could you please read the right side of 805-B, and I'll

24   read the left side of just this page, Mr. Tarkin?

25   A    Yes.

Tarkin - Direct - Heeren

1      April 6, 2017, 1: 18 p.m.  MC, can you send some pic

2   of subject?

3   Q    It happened so fast.  Could only take photos of his

4   vehicle.  I saw his face and think it's him.

5   A    That's okay.  I understand.  Send me the pic of the car

6   and model.  They are waiting.  MC, did you see the gray

7   Mercedes GL at yard.

8   Q    Yes.

9   A    I just drove by.  Is that the car he drove in?

10  Q    He's on RT 78.

11  A    Got it.  Toward west or east?  Just track him down.  Keep

12  me update when you are available.

13  Q    West.

14       Okay.  Before we close it out, Mr. Tarkin, what time

15  did these messages start at again?

16  A    1:18 p.m.

17  Q    And what time do these messages end?

18  A    3:00 p.m.

19  Q    Okay.  Now I want to direct your attention to what's been

20  previously marked for identification only as Government's

21  Exhibit 4018.

22       MR. HEEREN:  We would move to admit Government's

23  Exhibit 4018 pursuant to stipulation.

24       MR. LUSTBERG:  No objection.

25       MS. WONG:  No objection.

Tarkin - Direct - Heeren

1    MR. TUNG:  No objection.

2    THE COURT:  Admitted.

3    (Government Exhibit 4018, was received in evidence.)

4    THE COURT:  You may publish.

5    (Exhibit published.)

6  Q   Do you see Government's Exhibit 4018, Mr. Tarkin?

7  A   Yes.

8  Q   Who is this from, according to 4018?

9  A   Mike McMahon, McMahon74@aol.com.

10 Q   And who is this to?

11 A   Mike@mcmahoninvestigativegroup.com.

12 Q   What's the subject?

13 A   China Most Wanted.

14 Q   What day and time this was sent?

15 A   April 6, 2017, at 1:59 p.m.

16 Q   And so is this sent in between the text messages you just

17 read about taking photos of a vehicle and trying to see

18 somebody's face?

19 A   Yes.

20 Q   Okay.  And what is included in this email?  What do you

21 see in the body of it?

22 A   A URL address.

23 Q   And in the www-dot portion, what is the URL?  You don't

24 need to read the whole thing.

25 A   It's Chinadaily.com.

Tarkin - Direct - Heeren

1    Q    Mr. Tarkin, have you tried to access that URL?

2    A    Yes.

3    Q    And does something come up when you go on to that URL?

4    A    Yes.

5             MR. HEEREN:  I'd like to show what's marked for

6    identification only as Government's Exhibit 434.  Witness and

7    counsel only, please.

8    Q    Do you see Government's Exhibit 434?

9    A    Yes.

10   Q    What is depicted in Government's Exhibit 434?

11   A    It's the China Daily article that was in the URL address

12   on the previous email.

13            MR. HEEREN:  The Government moves to admit

14   Government's Exhibit 434 into evidence.

15            MR. LUSTBERG:  No objection.

16            MS. WONG:  No objection.

17            MR. TUNG:  No objection.

18            THE COURT:  Admitted.

19            (Government Exhibit 434, was received in evidence.)

20            THE COURT:  You may publish.

21            (Exhibit published.)

22            MR. HEEREN:  And if we could please just blow up the

23   header.

24   Q    And, Mr. Tarkin, could you please just read the

25   sub-header into the record, where it begins, It's Called

Tarkin - Direct - Heeren

1   Operation SKYNET--

2   A    It's called Operation SKYNET.  Amid the nation's

3   intensifying anti-graft campaign, arrest warrants were issued

4   by Interpol China for former state employees and others

5   suspected of a wide range of corrupt practices.  China Daily

6   was authorized by the Chinese justice authorities to publish

7   the information below.

8             MR. HEEREN:  Could we go back to Government's

9   Exhibit 4011, at page 918.

10  Q    Do you see the image at the top of page 918 that was sent

11  in Government's Exhibit 4011?

12  A    Yes.

13  Q    Does that appear to be a portion of the same article that

14  we just looked at and has been admitted as Government's

15  Exhibit 434?

16  A    Yes.

17            MR. HEEREN:  We can take that down.

18            And then going to Government's Exhibit 4019-B, at

19  page 122, previously admitted.

20            (Exhibit published.)

21  Q    Now, again, just first can we look at the participants?

22  Mr. Tarkin, who are the participants in this message, in this

23  chat thread?

24  A    Mike McMahon, 9144509169, and Eric Gallowitz and

25  egallowitz@stuyvesantinvestigative.com.

Tarkin – Direct – Heeren

1    MR. HEEREN:  You can close that up, Ms. McMahon.

2    If you can blow up the chat message here.

3    Q    And do you see, there's two dates here on this chat

4    message.  Do you see the two dates that I marked on the

5    screen?

6    A    Yes.

7    Q    What date was this message sent?

8    A    October 5, 2016.

9    Q    So that's about six months prior to the messages we were

10   just looking at?

11   A    Yes.

12   Q    Does this chat appear to reflect the sending of an

13   attachment?

14   A    Yes, it does.

15   MR. HEEREN:  Can we go to the next page of the

16   exhibit, please.  And blow that up, please.

17   Q    Does that attachment appear to reflect the same article

18   that's been admitted as Government's Exhibit 434?

19   A    Yes.

20   MR. HEEREN:  You can take that down.

21   Now could you please put up, side by side,

22   Government's Exhibit 4018 and Government's Exhibit 3017.

23   Sorry, 317.  You can close 3017.  My mistake.

24   (Exhibit published.)

25   And can we just please blow up the header in 4018,

Kristi Cruz, RPR, RMR
Official Court Reporter

Tarkin – Direct – Heeren

1     please.

2     Q     Just to reorient ourselves, when was the China Most

3     Wanted email sent?

4     A     April 6, 2017, at 1:59 p.m.

5     Q     Okay.

6          MR. HEEREN:  Ms. McMahon, could you please call out

7     in Government's Exhibit 317 the phone call on 4/6/17 at

8     2:11 p.m.

9          And for the record, it's Government's Exhibit 317

10    that we're looking at side by side with Government's

11    Exhibit 4018.

12    Q     So do you see the phone call that's called out from

13    Exhibit 317?

14    A     Yes.

15    Q     Was that call made approximately 12 minutes after that

16    email was sent?

17    A     Yes.

18    Q     And who was that phone call between?

19    A     It was an incoming call from McMahon, 9144509169, to Zhu

20    Feng at 9173485950.

21    Q     And how long was that phone call, according to the chart?

22    A     3 minutes and 20 seconds.

23          MR. HEEREN:  You can close up both exhibits, and

24    then please reopen Government's Exhibit 317, which has been

25    previously admitted.

Tarkin - Direct - Heeren

1    (Exhibit published.)

2         MR. HEEREN:  And then if you could please call out

3    the calls April 6, 2017, beginning at 3 p.m., to the end of

4    the page.

5    Q    So starting at 3 p.m., the first entry, can you please

6    tell us who makes a call here?

7    A    On April 6, 2017, at 3:00 p.m., Zhu Feng, using

8    9173485950, makes an outgoing call to Tu Lan at 9173489230.

9    Q    And how long is that call for?

10   A    Nineteen seconds.

11   Q    And then approximately two minutes later, who is there a

12   call between?

13   A    It was an incoming call from McMahon, 9144509169, to Zhu

14   Feng, 9173485950.

15   Q    And how long is that call?

16   A    2 minutes and 5 seconds.

17   Q    And then are there two more calls between Zhu Feng and Tu

18   Lan?

19   A    Yes.

20   Q    And after that, who are there two calls between?

21   A    Between McMahon and Kelly.

22   Q    And the first of those two calls, is that at the same

23   time as the -- withdrawn.

24        Is the first phone call between McMahon and Kelly at

25   the same time as the phone call between -- the second phone

Tarkin – Direct – Heeren

1  call between Zhu Feng and Tu Lan?

2  A    Yes.

3          THE COURT:  Mr. Heeren, could we have a sidebar for

4  a moment with lawyers?

5          (Sidebar.)

6          (Continued on next page.)

Sidebar

1          (Sidebar conference held outside the presence of the

2   jury.)

3          THE COURT:  We have been getting reports from

4   various services about the worsening haze outside, and it says

5   over the next five hours the conditions are supposed to

6   worsen.  They closed the clerk's office in both courthouses at

7   3 p.m.

8          I think in fairness to the jury, we should let them

9   get home earlier rather than later.  I am going to excuse them

10  and explain that because of what are being reported as the

11  worsening conditions, we want them to get home.  I have a

12  slight concern for tomorrow.  I don't know how things are

13  going to be, but we still expect them to come in at 9:30.  I

14  fear maybe we may get some folks who say they're, I don't

15  know, worried about it, but I hope not.

16         And then as soon as I excuse them, I just want to

17  talk with you folks a little bit about what comes next.  Okay?

18         Did you want to say something?

19         MR. HEEREN:  If there is going to be an issue on the

20  courthouse's end about starting at 9:30, is there --

21         THE COURT:  There's no issue about the courthouse

22  starting.  In other words, we will be here.  My concern,

23  really, is that we may get jurors who call us.  The fact that

24  the clerk's office closed doesn't mean we couldn't continue.

25  We could.  It's basically those who aren't needed in

Sidebar

1    courtrooms can go home.  But I think it is an indication that

2    the courthouse is worried about the safety of our staff, and

3    I, correspondingly, am a little worried about keeping them

4    here.  Quite honestly, it might make people a little annoyed

5    if they find out, when they get home, that there had been all

6    these reports about the increase and the worsening conditions.

7    They've been very cooperative so far.

8              So I want to let them go and make sure they know

9    we're concerned about their health, and I want to talk to you

10   folks a little bit after about trying to move this along.

11             MR. HEEREN:  Yes, Your Honor.

12             (Sidebar ends.)

13             (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings

1              (In open court; jury present.)

2              THE COURT:  So, ladies and gentlemen, we have been

3    receiving some reports about the conditions outside, and our

4    understanding, though obviously no one knows for sure, is that

5    the conditions are likely to get a little worse as time goes

6    on.  So I'd prefer that we let you all go home now, because I

7    know that some of you have some distance to travel.

8              So we're in agreement now that we're going to let

9    you leave now in hopes that you can get home and obviously

10   stay home, stay inside, and stay safe.  But we will resume

11   tomorrow morning at 9:30, hoping, of course, or assuming that

12   the conditions will have gotten better and hopefully the smoke

13   will have cleared some.

14             So have a great night, everyone.  Stay safe.  Get

15   home quickly.  Don't talk about the case, don't do any

16   research, and keep an open mind.  We'll see you tomorrow

17   morning at 9:30.

18             THE COURTROOM DEPUTY:  All rise.

19             (Jury exits.)

20             THE COURT:  You can step down.  Thank you very much.

21             (Witness exits the stand.)

22             THE COURT:  Have a seat, everyone.

23             So let me say this:  For what it's worth, my sense

24   of the jury is that they're very dedicated to seeing the case

25   through, so I don't anticipate that jurors will try to get out

Proceedings

1  of coming back tomorrow or use the smoke as any excuse.

2           But I do want to make an observation, especially in

3  the context that we find ourselves in, which is the

4  conditions, atmospheric conditions are somewhat unpredictable.

5  We, unfortunately, can assume there may be some degree of this

6  smoke with us for several days.

7           And just so you all understand, the report we're

8  getting is that the conditions are supposed to worsen over the

9  next five hours.  I didn't want to say that to the jury.  I

10  don't want to cause them to panic.  But it seems to me keeping

11  them here for another two and a half hours would seem unfair

12  and put them in a worse situation, perhaps unnecessarily.

13  Like I said, I think it is important for the jury to know that

14  we are concerned about their health, just to sort of maintain

15  the good will that I think we have so far with the jury.

16           But I want to suggest to the Government that it

17  seems to me some of the evidence that's coming in through

18  these witnesses were simply reading exhibits into the record,

19  may not be necessary.  Because remember, you have all the

20  admitted exhibits to refer to during argument and show during

21  argument when the jury will actually be able to put it all

22  together based on your argument.  I think right now,

23  especially given that the jury is somewhat nervous, I think,

24  about how long they're in this courtroom, it may be wise to

25  try to short circuit some of that and just save it for

Proceedings

1  argument, because this witness is not adding anything that you

2  couldn't argue based on just reading the exhibits.

3       And so my concern is that we have spent a fair

4  amount of time with mere, I don't even know what to call them,

5  publishing witnesses who are simply reading records into

6  evidence, and that doesn't make any sense to me because the

7  documents are already in evidence.

8       So that's just a suggestion.  Obviously I am not

9  going to tell the Government how to put on its case.  But

10  given my concern about finishing the trial on time and the

11  strange weather or atmospheric conditions we find ourselves in

12  and my concern that that may shorten some of our days or may

13  preclude some trial days altogether, depending on how bad it

14  is, I just urge the Government to consider how to shorten the

15  presentation of evidence when it comes to things like this

16  that I don't think need to be read into the record.

17       MR. HEEREN:  We understand, and of course we will

18  look to tighten things up, Your Honor.

19       I would just note for the Court that this portion of

20  the circumstances in this case involve the actual surveillance

21  of the victims by a coordinated group of people, and it's

22  relatively complex to tell that story, and it's a series of

23  different individuals all communicating by different methods,

24  some of which more surreptitious than others.  While of course

25  we understand and will make appropriate arguments in closing,

Proceedings

1   we're also mindful of not wanting to or likely having the

2   ability to, you know, spend all of that time trying to go

3   through that meticulously.

4           So we will tighten it up, but I just wanted to

5   caution for the Court that it is important for us to make

6   clear who is saying what to who during this compressed period

7   of time.

8           And I would just note, I think it will move faster

9   in the second half because it's just a few -- it's less

10  exhibits.  It's only a handful of chats to move back and forth

11  through.

12          THE COURT:  But consider this:  You have that

13  opportunity now without having a witness read them to the

14  jury.  You just simply show them that during your argument and

15  say, here's the chat, follow the story, as opposed to simply

16  having this witness read in what you're going to re-present to

17  them during closing.

18          Some things have to be presented through a witness,

19  obviously, to get them in and to make sense of them.  This is

20  simply reading in what I assume you are going to show them

21  again in closing and read to them just in the way this witness

22  is reading them.

23          All I'm saying is it feels like there is some

24  repetition here that may not be necessary, and if there is any

25  way to cut it out so that we could ensure that we finish next

Proceedings

1    week, that would be great.

2              MR. HEEREN:  I'm fairly confident we're going to

3    finish next week, Your Honor.  And I would just note, I don't

4    think we're going to do a repeat of that in closing.  I think

5    that would take many hours, and we don't want to do that, if

6    we went through all those records, if you think about this

7    plus the October time period publication of emails, as well.

8    We don't want to be doing all those all over again, and I

9    think we need to do it at least once so the jurors see what

10   we've admitted.  We've been trying to be as efficient as we

11   can be with it.

12             But we entirely understand the Court's concerns.

13   We're going to work on tightening it up.

14             THE COURT:  Okay.  It is obviously your decision on

15   how to try the case.

16             When you say you're going to finish next week, bear

17   in mind that there is going to be a defense case, at least as

18   we have been alerted.  So that is going to consume a couple

19   days, I believe, as well.  So just factor that in.

20             So, folks, we'll see you tomorrow at 9:30.  We

21   obviously have to have a charge conference.  It will probably

22   not happen until early next week at this point, but we will

23   circulate a draft of the instructions this week.

24             MR. HEEREN:  And the parties should be here at 9:00

25   still, right, Your Honor?

Proceedings

1            THE COURT:  Yes, I think so.  I don't want to relax

2    on that because issues always come up, and if the jury gets

3    here at 9:30, we've got to start as soon as they get here.

4            MR. HEEREN:  That's our preference, Your Honor.

5            THE COURT:  So we'll see you folks at 9:00 tomorrow.

6            Yes, Mr. Lustberg?

7            MR. LUSTBERG:  Very quickly, at some point we were

8    talking about Alternate Juror Number 1's gout problem, and I

9    just didn't know whether we were going to deal with that at

10   some point.

11           THE COURT:  Yes.  I mean, I was intending to today,

12   although he hasn't mentioned it again, and as far as we know

13   right now, he is coming.  It may have just been a feint, if

14   you will, to try to see if we would let him off.  I don't

15   know.

16           MR. LUSTBERG:  I'm fine with that.  I just wanted to

17   make it --

18           THE COURT:  I considered that.  Since we're letting

19   them go early, the issue is at least in abeyance for the

20   moment, or held in abeyance for the moment.

21           So we will see you tomorrow.  Get home safe,

22   everybody.

23           MR. LUSTBERG:  You too, Judge.

24           MR. HEEREN:  Thank you, Judge.  You too.

25           (Whereupon, the trial adjourned at 3:15 p.m.)

1                        I N D E X

2   WITNESS                                PAGE

3   **HONGRU JIN**

4   DIRECT EXAMINATION     BY MR. HEEREN    1068

5   CROSS-EXAMINATION      BY MR. LUSTBERG  1074

6   CROSS-EXAMINATION      BY MR. TUNG      1095

7   REDIRECT EXAMINATION   BY MR. HEEREN    1097

8
    **KEVIN HECHT**
9
    DIRECT EXAMINATION     BY MS. CHEN      1101
10
    CROSS-EXAMINATION      BY MS. WONG      1112
11

12  **JEFFREY TARKIN**

13  DIRECT EXAMINATION     BY MR. HEEREN    1114

14                      E X H I B I T S

15  GOVERNMENT                             PAGE

16  440B                                   1069

17  708                                    1108

18  405                                    1115

19  4010                                   1124

20  4011                                   1128

21  401                                    1135

22  406                                    1146

23  805B                                   1158

24  4018                                   1163

25  434                                    1164

**MR. GOLDBERGER: [1]**
1112/22
**MR. HEEREN: [119]**
**MR. LUSTBERG: [27]**  1069/3
1074/6 1074/11 1077/2 1079/14
1083/3 1083/17 1083/22 1084/24
1085/8 1087/17 1087/21 1088/17
1089/15 1092/7 1095/4 1105/25
1106/12 1106/18 1135/16
1146/17 1158/10 1162/24
1164/15 1177/7 1177/16 1177/23
**MR. LUSTERBERG: [8]**
1112/11 1115/18 1117/22 1124/4
1124/11 1124/20 1128/3 1130/6
**MR. TUNG: [18]**  1063/17
1063/22 1064/11 1069/5 1095/11
1095/21 1097/6 1100/4 1106/21
1113/6 1115/21 1124/6 1124/22
1135/18 1146/19 1158/12 1163/1
1164/17
**MS. CHEN: [19]**  1088/3 1100/9
1100/24 1105/5 1105/23 1106/25
1108/3 1108/16 1108/24 1109/11
1109/19 1110/6 1110/15 1110/19
1111/13 1112/3 1112/8 1112/20
1113/8
**MS. WONG: [21]**  1064/18
1064/23 1069/4 1083/25 1085/2
1085/9 1086/5 1086/21 1095/8
1106/20 1112/13 1113/3 1115/20
1124/5 1124/21 1128/4 1135/17
1146/18 1158/11 1162/25
1164/16
**THE COURT: [115]**  1063/11
1063/21 1064/2 1064/12 1064/22
1064/25 1065/12 1065/19
1065/22 1065/24 1066/5 1066/10
1066/16 1067/16 1068/12
1068/16 1069/16 1074/4 1074/9
1077/18 1079/4 1080/9 1081/9
1081/14 1081/18 1081/24
1082/17 1083/8 1083/21 1083/23
1084/4 1084/25 1085/3 1085/14
1086/8 1086/22 1087/24 1088/6
1088/14 1088/16 1088/18 1095/6
1095/10 1095/20 1095/24 1096/8
1096/12 1097/7 1099/22 1099/25
1100/3 1100/5 1100/8 1100/10
1100/20 1105/9 1106/1 1106/8
1106/16 1106/19 1106/22 1107/1
1108/4 1108/6 1108/11 1108/15

1108/19 1109/13 1109/16 1112/9
1112/12 1112/23 1113/4 1113/7
1113/9 1113/12 1113/15 1114/5
1115/17 1115/22 1124/7 1124/14
1124/19 1124/23 1128/2 1128/5
1132/8 1135/19 1140/14 1141/1
1141/10 1141/18 1141/20 1142/5
1146/8 1146/20 1146/22 1146/24
1158/13 1163/2 1163/4 1164/18
1164/20 1169/3 1170/3 1170/21
1172/2 1172/20 1172/22 1175/12
1176/14 1177/1 1177/5 1177/11
1177/18
**THE COURTROOM**
**DEPUTY: [13]**  1065/17 1065/20
1066/15 1087/23 1100/16 1106/6
1108/9 1113/19 1113/23 1129/24
1141/16 1142/3 1172/18
**THE INTERPRETER: [4]**
1077/16 1079/13 1088/15 1092/6
**THE WITNESS: [4]**  1096/10
1100/18 1113/22 1114/2

**-**
**--------------------------------x [2]**
1062/2 1062/7
**-against [1]**  1062/5

**0**
**0445 [1]**  1137/25
**07078 [2]**  1118/5 1127/5
**07102 [1]**  1062/20
**07652 [1]**  1125/19

**1**
**1 o'clock [1]**  1141/12
**1's [1]**  1177/8
**10 percent [3]**  1083/5 1083/22
1086/2
**10-4 [1]**  1127/8
**10013 [1]**  1063/3
**10:21:22 a.m [1]**  1134/22
**10:26 a.m [1]**  1159/18
**10:28 a.m [1]**  1159/21
**10:35 p.m [1]**  1143/6
**10:43 p.m [1]**  1145/16
**11 p.m [1]**  1072/17
**11201 [1]**  1062/13
**11354 [1]**  1063/6
**11356 [1]**  1136/9
**11364 [1]**  1147/15
**11:19:22 p.m [1]**  1129/13
**11:25 [1]**  1133/21

**11:30 [1]**  1105/11
**11:31 [1]**  1107/4
**11:52a.m [1]**  1120/20
**12 [5]**  1110/2 1112/6 1121/17
1136/20 1167/15
**122 [1]**  1165/19
**12:00 o'clock [1]**  1116/23
**12:21 p.m [1]**  1136/15
**12:30 [1]**  1136/20
**12:57 p.m [1]**  1160/9
**12:58 p.m [1]**  1161/3
**12th [5]**  1103/16 1103/25
1105/20 1110/13 1111/22
**13 [2]**  1070/23 1070/24
**136-20 [1]**  1063/5
**139 [1]**  1136/24
**14 [2]**  1070/24 1122/24
**15 [2]**  1072/15 1107/2
**16 [2]**  1101/19 1139/22
**17 [2]**  1125/18 1167/7
**18 p.m [1]**  1162/1
**188324 [1]**  1147/14
**18th [1]**  1105/16
**194 [2]**  1118/25 1119/19
**199 [1]**  1119/19
**1997 [1]**  1102/17
**1998 [2]**  1101/15 1101/16
**1999 [1]**  1102/6
**1:03 [1]**  1161/9
**1:03 p.m [1]**  1160/23
**1:06 p.m [1]**  1153/24
**1:18 p.m [1]**  1162/16
**1:39 p.m [1]**  1137/3
**1:59 p.m [2]**  1163/15 1167/4
**1st [1]**  1096/15

**2**
**2 minutes [1]**  1161/16
**2 p.m [1]**  1141/21
**20 [4]**  1063/5 1115/2 1134/23
1167/22
**2016 [4]**  1116/23 1116/25 1129/5
1166/8
**2017 [53]**  1069/23 1071/3
1072/17 1096/15 1096/19
1096/21 1103/17 1103/22
1105/20 1110/2 1110/13 1111/22
1112/6 1120/3 1120/8 1121/2
1121/13 1122/3 1122/5 1123/8
1123/8 1125/14 1126/14 1128/17
1129/13 1130/11 1131/22
1134/10 1136/13 1136/20 1137/1

**2**

**2017... [22]** 1139/11 1140/6
1140/17 1143/6 1145/16 1148/14
1148/14 1148/21 1153/13
1153/24 1155/12 1156/25
1159/18 1159/21 1160/8 1161/5
1161/9 1162/1 1163/15 1167/4
1168/3 1168/7
**202 [1]** 1115/11
**2021 [1]** 1101/7
**2023 [2]** 1062/5 1105/16
**20530 [1]** 1062/17
**208 [2]** 1126/3 1126/19
**21-CR-265 [1]** 1062/2
**219 [1]** 1127/20
**229 [3]** 1144/16 1145/11 1145/12
**229th [1]** 1147/15
**23 [1]** 1066/7
**241 [1]** 1145/12
**265 [1]** 1062/2
**271 [1]** 1062/13
**2777 [1]** 1062/23
**29 [1]** 1126/19
**2:00 p.m [1]** 1125/20
**2:10 [1]** 1142/2
**2:11 p.m [1]** 1167/8

**3**

**3 p.m [3]** 1168/3 1168/5 1170/7
**30 [3]** 1116/23 1120/3 1138/23
**30 a.m [1]** 1134/16
**3017 [2]** 1166/22 1166/23
**306 [1]** 1063/2
**3068 [2]** 1117/2 1120/24
**3069 [1]** 1129/7
**3070 [2]** 1129/24 1130/1
**3071 [1]** 1130/2
**3072 [4]** 1130/8 1132/10 1132/11
1132/14
**3073 [1]** 1131/10
**30th [2]** 1120/8 1121/2
**31 [2]** 1088/4 1121/13
**317 [12]** 1133/18 1133/18
1136/23 1140/8 1160/20 1161/7
1161/17 1166/23 1167/7 1167/9
1167/13 1167/24
**31st [1]** 1120/19
**335 [3]** 1118/4 1127/4 1151/6
**348-5950 [2]** 1134/2 1140/22
**348-9230 [1]** 1135/9
**370 [1]** 1129/21
**3701 [1]** 1129/25

**371 [1]** 1129/22
**38 seconds [1]** 1161/16
**38th [1]** 1063/5
**3:00 p.m [2]** 1162/18 1168/7
**3:15 [1]** 1177/25
**3:44 p.m [1]** 1155/12
**3D [1]** 1063/5
**3rd [3]** 1096/18 1096/21 1122/3

**4**

**4-0-1-0 [3]** 1124/9 1132/6
1142/25
**4-0-1-1 [1]** 1152/24
**4/6/17 [1]** 1167/7
**40 [1]** 1138/23
**401 [5]** 1063/2 1135/12 1135/14
1135/20 1178/21
**4010 [19]** 1124/9 1124/13
1124/23 1124/25 1132/6 1132/10
1132/12 1132/15 1138/18 1141/3
1142/25 1144/23 1144/23 1145/6
1148/16 1148/16 1152/15
1153/19 1178/19
**4011 [9]** 1128/1 1128/2 1128/6
1128/13 1152/24 1153/7 1165/9
1165/11 1178/20
**4018 [9]** 1162/21 1162/23 1163/3
1163/6 1163/8 1166/22 1166/25
1167/11 1178/24
**4019 [1]** 1144/18
**4019B [5]** 1118/25 1126/3
1144/15 1145/1 1145/8
**405 [12]** 1115/13 1115/16
1115/22 1115/24 1116/1 1121/16
1121/23 1122/13 1122/25
1139/22 1139/25 1178/18
**406 [6]** 1146/13 1146/14 1146/16
1146/21 1148/11 1178/22
**410 [1]** 1124/2
**419B [1]** 1119/4
**43 [1]** 1139/12
**434 [8]** 1164/6 1164/8 1164/10
1164/14 1164/19 1165/15
1166/18 1178/25
**440B [5]** 1068/15 1068/17 1069/2
1069/7 1178/16
**45 [1]** 1147/9
**450-9169 [4]** 1135/3 1137/24
1140/22 1158/25
**4:33 p.m [1]** 1137/21
**4:33:30 p.m [1]** 1137/23
**4:34 p.m [1]** 1128/19

**4:36 p.m [1]** 1138/2

**5**

**5,000 [1]** 1132/2
**501 [3]** 1068/7 1111/14 1112/5
**501A [1]** 1110/7
**516 [1]** 1137/25
**5844 [1]** 1148/5
**5854 [2]** 1147/15 1148/5
**58G [2]** 1154/2 1154/9
**5950 [2]** 1134/2 1140/22
**5th [7]** 1071/2 1072/17 1130/11
1137/1 1140/17 1143/6 1145/16

**6**

**666-0445 [1]** 1137/25
**6:20 p.m [1]** 1138/5
**6:47 a.m [1]** 1116/25
**6:58 p.m [1]** 1138/22
**6th [5]** 1069/23 1153/13 1153/24
1155/12 1156/25

**7**

**7-0 [1]** 1087/21
**704A [3]** 1077/4 1078/17 1097/12
**704B [1]** 1089/16
**708 [6]** 1105/7 1105/24 1108/13
1108/14 1108/17 1178/17
**708B [1]** 1108/17
**718 [1]** 1062/23
**770 [1]** 1125/18
**78 [1]** 1162/10
**7:04 [1]** 1088/3
**7:04 a.m [1]** 1087/22
**7:40 p.m [1]** 1139/3
**7:49 p.m [1]** 1122/3

**8**

**8 a.m [1]** 1144/10
**804 [1]** 1073/3
**804-2777 [1]** 1062/23
**804B [2]** 1073/5 1073/12
**805-B [2]** 1161/2 1161/23
**805A [5]** 1157/6 1157/10 1157/12
1157/22 1158/2
**805B [9]** 1157/17 1157/19
1157/21 1157/24 1158/1 1158/9
1158/14 1158/18 1178/23
**807 [1]** 1096/12
**807A [1]** 1071/6
**807F [2]** 1070/22 1095/22
**811C [3]** 1152/1 1152/6 1152/15
**814 [1]** 1133/4

**8**

**815 [3]** 1147/18 1147/20 1148/8
**846 [1]** 1132/7
**847 [1]** 1132/7
**848 [2]** 1138/18 1141/3
**849 [3]** 1138/19 1142/25 1144/23
**851 [1]** 1143/8
**852 [2]** 1148/16 1151/24
**856 [1]** 1148/23
**8:00 a.m [1]** 1129/1
**8:22 a.m [1]** 1122/5
**8:43 p.m [2]** 1139/11 1141/6
**8:47 a.m [1]** 1125/14
**8:47 p.m [2]** 1123/8 1140/6
**8:49 [1]** 1140/9
**8:49 p.m [1]** 1140/18
**8:53 a.m [1]** 1133/21
**8:53 p.m [1]** 1140/10
**8:53:27 a.m [1]** 1134/15

**9**

**9 a.m [1]** 1144/12
**9 o'clock [1]** 1134/16
**913 [1]** 1152/25
**914 [4]** 1135/3 1137/24 1140/22 1158/25
**9144509169 [4]** 1161/13 1165/24 1167/19 1168/13
**9169 [4]** 1135/3 1137/24 1140/22 1158/25
**917 [3]** 1134/2 1135/9 1140/22
**9173485950 [4]** 1161/14 1167/20 1168/8 1168/14
**9173489230 [1]** 1168/8
**918 [2]** 1165/9 1165/10
**9230 [1]** 1135/9
**95 [3]** 1116/17 1120/7 1122/22
**950 [1]** 1062/17
**959 [1]** 1153/22
**9:00 [3]** 1062/5 1176/24 1177/5
**9:04 a.m [1]** 1148/21
**9:16:19 a.m [1]** 1120/3
**9:17 a.m [2]** 1120/8 1123/9
**9:30 [6]** 1170/13 1170/20 1172/11 1172/17 1176/20 1177/3
**9:36 a.m [1]** 1153/13
**9:37 p.m [1]** 1156/25

**A**

**a.m [20]** 1062/5 1087/22 1107/4 1116/25 1120/3 1120/8 1122/5 1123/9 1125/14 1129/1 1133/21

1134/15 1134/16 1134/22 1144/10 1144/12 1148/21 1153/13 1159/18 1159/21
**abeyance [2]** 1177/19 1177/20
**ability [2]** 1064/19 1175/2
**able [6]** 1073/12 1073/25 1104/16 1122/10 1143/19 1173/21
**above [5]** 1071/24 1119/6 1140/11 1140/19 1156/24
**Absolutely [1]** 1083/21
**academy [1]** 1101/20
**accept [2]** 1118/8 1118/15
**access [1]** 1164/1
**accessories [1]** 1110/13
**accommodation [1]** 1066/24
**according [22]** 1096/14 1096/24 1097/3 1117/9 1126/8 1128/12 1134/17 1136/10 1136/19 1137/10 1137/13 1140/4 1140/5 1144/19 1148/13 1152/6 1153/6 1154/17 1155/10 1161/16 1163/8 1167/21
**account [3]** 1118/12 1118/19 1121/4
**accurate [2]** 1105/19 1115/14
**across [1]** 1143/24
**acting [3]** 1074/19 1076/3 1102/11
**activity [1]** 1151/18
**actual [4]** 1084/15 1086/10 1110/17 1174/20
**added [1]** 1108/18
**adding [1]** 1174/1
**additional [4]** 1083/17 1086/11 1109/24 1135/4
**address [28]** 1066/12 1068/24 1070/8 1085/18 1116/6 1116/12 1116/17 1117/5 1117/7 1117/10 1117/12 1117/13 1117/17 1118/4 1119/7 1122/17 1122/20 1131/8 1132/13 1132/15 1136/8 1147/5 1147/6 1147/19 1147/22 1159/3 1163/22 1164/11
**addresses [2]** 1130/19 1132/14
**addressing [3]** 1085/7 1085/11 1086/6
**adjourned [1]** 1177/25
**admissible [1]** 1084/12
**admission [3]** 1082/1 1084/2 1128/2
**admit [11]** 1069/1 1106/23 1115/16 1124/2 1124/18 1127/25

1135/14 1146/15 1158/9 1162/22 1164/13
**admitted [47]** 1069/6 1070/22 1073/2 1073/6 1084/11 1097/12 1108/13 1115/11 1115/22 1117/2 1118/25 1120/24 1121/16 1124/1 1124/3 1124/7 1124/23 1126/3 1128/5 1129/7 1129/21 1130/2 1130/7 1131/10 1132/6 1133/4 1133/19 1135/19 1136/22 1136/22 1138/18 1140/8 1142/24 1144/15 1146/20 1147/17 1151/25 1152/24 1158/13 1163/2 1164/18 1165/14 1165/19 1166/18 1167/25 1173/20 1176/10
**adverse [1]** 1142/13
**advised [1]** 1066/13
**advises [1]** 1065/14
**affect [1]** 1142/13
**affidavit [4]** 1064/13 1065/19 1066/2 1066/8
**affidavits [1]** 1065/1
**affirmed [4]** 1067/24 1100/15 1113/20 1114/7
**affixed [1]** 1105/18
**after [28]** 1067/11 1070/12 1070/15 1070/16 1070/18 1072/6 1084/15 1088/9 1092/14 1092/15 1102/4 1110/4 1133/11 1133/15 1134/23 1135/6 1137/6 1137/19 1138/20 1138/23 1139/16 1141/7 1145/1 1150/10 1155/8 1167/15 1168/20 1171/10
**afternoon [5]** 1114/11 1114/12 1142/21 1142/22 1142/23
**against [1]** 1062/5
**agent [19]** 1074/16 1074/19 1101/9 1103/4 1103/6 1103/12 1104/21 1105/13 1106/8 1108/6 1109/4 1109/21 1110/9 1110/16 1110/25 1111/16 1112/4 1112/16 1114/24
**Agent Hecht [1]** 1108/6
**agents [3]** 1076/5 1101/20 1103/2
**ago [1]** 1160/5
**agree [1]** 1118/8
**agreement [1]** 1172/8
**ahead [8]** 1067/14 1088/6 1105/12 1108/23 1126/23 1142/17 1146/24 1160/7
**aid [2]** 1071/7 1108/21

## A

**aided [1]** 1062/25
**Airport [6]** 1096/18 1104/2 1104/6 1123/22 1136/11 1147/7
**airports [1]** 1105/1
**AL [1]** 1062/6
**Alamo [1]** 1135/24
**alerted [1]** 1176/18
**alleged [2]** 1082/14 1086/13
**almost [2]** 1082/8 1143/11
**alone [1]** 1150/19
**alongside [1]** 1081/17
**Alternate [2]** 1066/12 1177/8
**altogether [1]** 1174/13
**always [1]** 1177/2
**am [10]** 1071/9 1075/11 1092/11 1092/20 1111/2 1152/20 1154/25 1170/9 1171/3 1174/8
**ambient [1]** 1111/8
**AMERICA [1]** 1062/3
**American [1]** 1088/24
**Amid [1]** 1165/2
**amongst [1]** 1065/8
**amount [1]** 1174/4
**angle [1]** 1077/8
**animals [1]** 1111/11
**ANN [1]** 1062/18
**annoyed [1]** 1171/4
**another [11]** 1073/23 1086/19 1090/12 1093/9 1098/14 1098/16 1098/25 1152/1 1154/15 1155/20 1173/11
**answer [2]** 1079/13 1087/16
**answering [1]** 1083/6
**anti [1]** 1165/3
**anti-graft [1]** 1165/3
**anticipate [1]** 1172/25
**Anyway [1]** 1077/25
**aol.com [1]** 1163/9
**apart [1]** 1115/6
**apologies [1]** 1130/1
**apologize [1]** 1106/14
**apparently [1]** 1066/20
**appear [41]** 1109/7 1116/9 1119/12 1119/15 1121/4 1123/15 1125/3 1128/10 1128/20 1129/16 1130/5 1130/10 1131/11 1135/24 1137/13 1143/25 1145/1 1147/3 1147/22 1147/23 1147/25 1149/3 1149/10 1149/16 1150/7 1152/8 1153/6 1153/9 1153/14 1153/17 1153/23 1155/6 1155/15 1156/1

1156/11 1156/14 1156/18 1160/4 1165/13 1166/12 1166/17
**APPEARANCES [2]** 1062/11 1062/25
**appearing [1]** 1109/25
**appears [17]** 1116/11 1121/20 1122/6 1123/3 1125/7 1126/15 1127/11 1127/12 1131/13 1136/2 1147/11 1153/25 1154/6 1155/18 1155/19 1155/23 1155/24
**apply [2]** 1085/16 1085/25
**approach [2]** 1100/10 1113/16
**appropriate [1]** 1174/25
**appropriately [1]** 1066/18
**approved [1]** 1065/2
**approximately [10]** 1071/23 1101/19 1134/23 1135/5 1136/14 1137/6 1138/23 1153/12 1167/15 1168/11
**April [51]** 1069/23 1070/5 1071/2 1072/17 1096/15 1096/18 1096/21 1103/16 1103/22 1103/25 1105/20 1110/2 1110/13 1111/22 1112/6 1122/3 1122/5 1123/8 1123/8 1125/14 1126/14 1128/17 1129/13 1130/11 1131/22 1134/10 1136/13 1136/20 1137/1 1139/11 1140/6 1140/17 1143/6 1145/16 1148/14 1148/14 1148/21 1153/13 1153/24 1155/12 1156/25 1159/18 1159/21 1160/8 1161/5 1161/9 1162/1 1163/15 1167/4 1168/3 1168/7
**April 12 [2]** 1110/2 1136/20
**April 12th [5]** 1103/16 1103/25 1105/20 1110/13 1111/22
**April 1st [1]** 1096/15
**April 2017 [1]** 1103/22
**April 3rd [3]** 1096/18 1096/21 1122/3
**April 4 [5]** 1125/14 1126/14 1128/17 1129/13 1131/22
**April 5 [6]** 1123/8 1134/10 1136/13 1139/11 1140/6 1148/14
**April 5th [7]** 1071/2 1072/17 1130/11 1137/1 1140/17 1143/6 1145/16
**April 6 [15]** 1070/5 1122/5 1123/8 1148/14 1148/21 1159/18 1159/21 1160/8 1161/5 1161/9 1162/1 1163/15 1167/4 1168/3

1168/7
**April 6th [5]** 1069/23 1153/13 1153/24 1155/12 1156/25
**area [1]** 1121/18
**ARFA [1]** 1062/14
**argue [3]** 1082/6 1082/22 1174/2
**argument [8]** 1082/5 1086/15 1086/15 1173/20 1173/21 1173/22 1174/1 1175/14
**arguments [1]** 1174/25
**around [12]** 1068/11 1075/13 1077/10 1088/4 1091/7 1093/14 1098/22 1099/3 1127/6 1133/20 1133/21 1143/16
**arrest [2]** 1102/22 1165/3
**arrival [4]** 1069/23 1116/19 1116/22 1148/12
**arrive [2]** 1089/5 1118/7
**article [3]** 1164/11 1165/13 1166/17
**articulate [1]** 1085/17
**Asian [1]** 1120/21
**Ass [1]** 1146/4
**asset [1]** 1099/20
**assets [1]** 1092/24
**assigned [2]** 1102/4 1102/6
**assignment [2]** 1101/22 1103/21
**assignments [1]** 1101/17
**assist [1]** 1094/10
**assistance [3]** 1087/18 1095/25 1108/18
**assisting [1]** 1094/6
**associate [2]** 1102/9 1147/11
**associated [16]** 1075/21 1097/1 1122/21 1123/10 1123/15 1125/7 1126/13 1136/8 1137/14 1140/1 1147/19 1148/17 1155/1 1155/2 1158/24 1159/3
**assume [3]** 1084/21 1173/5 1175/20
**assuming [3]** 1160/11 1160/14 1172/11
**atmospheric [2]** 1173/4 1174/11
**attached [1]** 1131/4
**attachment [5]** 1127/1 1127/11 1131/11 1166/13 1166/17
**attachments [3]** 1129/16 1129/23 1130/3
**attended [1]** 1101/20
**attention [22]** 1070/21 1103/16 1116/3 1116/12 1117/20 1118/24 1119/9 1119/10 1122/12 1126/2

## A

**attention... [12]**  1136/1 1136/24 1138/17 1139/21 1139/25 1140/9 1147/5 1148/15 1149/24 1151/23 1152/23 1162/19
**attorney [1]**  1102/12
**ATTORNEY'S [4]**  1062/12 1114/14 1114/19 1114/21
**attorneys [1]**  1065/14
**audio [14]**  1072/6 1073/4 1073/10 1073/11 1075/2 1087/24 1088/7 1088/7 1088/9 1090/4 1093/7 1106/24 1109/7 1109/25
**August [2]**  1102/6 1102/17
**AUSA [3]**  1062/14 1062/14 1062/15
**authorities [1]**  1165/6
**authorized [1]**  1165/6
**AUTUMN [1]**  1062/21
**available [1]**  1162/12
**Avenue [2]**  1062/17 1063/5
**aware [3]**  1104/12 1111/6 1111/7
**away [2]**  1090/17 1154/4

## B

**back [47]**  1064/3 1064/5 1064/10 1066/23 1066/23 1070/16 1070/21 1076/16 1081/18 1081/25 1083/25 1099/14 1099/15 1099/17 1099/18 1099/19 1099/20 1101/19 1103/21 1106/16 1106/22 1108/6 1108/12 1109/1 1109/15 1118/18 1120/5 1120/9 1120/21 1120/23 1122/12 1122/24 1128/9 1128/15 1136/22 1139/23 1140/7 1142/6 1143/22 1145/16 1148/10 1150/4 1151/5 1151/23 1165/8 1173/1 1175/10
**background [1]**  1102/1
**bad [2]**  1144/10 1174/13
**bakery [1]**  1078/8
**based [7]**  1086/19 1093/6 1095/19 1103/10 1149/9 1173/22 1174/2
**basically [1]**  1170/25
**basis [10]**  1064/7 1064/24 1066/17 1067/10 1084/5 1085/17 1085/25 1086/11 1086/11 1086/14
**batteries [4]**  1110/18 1110/19 1110/22 1110/23

**bear [1]**  1176/16
**became [1]**  1084/12
**becomes [1]**  1082/11
**begin [1]**  1137/3
**beginning [10]**  1067/13 1088/3 1101/16 1109/16 1136/24 1139/6 1145/12 1159/5 1159/20 1168/3
**begins [3]**  1121/2 1138/1 1164/25
**belonging [1]**  1134/1
**below [4]**  1147/10 1154/1 1154/1 1165/7
**Benz [2]**  1150/19 1154/8
**best [3]**  1088/11 1112/25 1150/16
**better [3]**  1067/7 1111/9 1172/12
**Betts [1]**  1062/23
**between [20]**  1081/10 1089/22 1096/15 1119/12 1137/10 1137/23 1137/24 1138/7 1138/9 1138/11 1138/13 1163/16 1167/18 1168/12 1168/17 1168/20 1168/21 1168/24 1168/25 1169/1
**bigger [1]**  1071/19
**bill [2]**  1131/14 1131/16
**binoculars [2]**  1093/25 1094/3
**bit [18]**  1071/19 1072/17 1077/3 1078/16 1079/5 1088/23 1098/4 1102/18 1108/25 1109/15 1119/24 1136/16 1140/12 1145/17 1153/3 1153/4 1170/17 1171/10
**black [2]**  1094/20 1129/5
**blocked [1]**  1077/14
**blow [45]**  1069/9 1070/25 1071/18 1072/5 1072/15 1077/16 1089/17 1098/2 1116/5 1119/2 1119/11 1120/25 1121/18 1122/14 1123/1 1123/14 1126/5 1129/8 1131/19 1132/11 1133/5 1133/20 1135/23 1136/17 1138/19 1139/23 1143/23 1144/21 1144/24 1145/10 1146/25 1147/18 1149/5 1152/3 1152/11 1152/11 1152/17 1155/14 1156/9 1157/14 1160/24 1164/22 1166/2 1166/16 1166/25
**blue [5]**  1119/20 1120/5 1126/18 1127/5 1145/12
**body [2]**  1131/2 1163/21
**BONOMO [1]**  1062/18
**Border [2]**  1104/25 1105/3
**bored [1]**  1093/13

**bottom [11]**  1070/23 1097/14 1117/21 1117/23 1119/24 1136/25 1148/7 1152/25 1153/1 1154/20 1157/8
**bottom-most [2]**  1117/21 1117/23
**Boulevard [1]**  1116/17
**box [5]**  1066/25 1067/1 1131/15 1131/16 1136/2
**Bread [11]**  1090/17 1090/19 1090/21 1091/2 1091/11 1091/13 1091/14 1091/20 1091/22 1091/23 1125/18
**break [10]**  1067/6 1067/13 1067/13 1105/11 1106/2 1106/15 1140/15 1140/25 1141/13 1141/22
**bridge [1]**  1082/20
**brief [1]**  1080/8
**briefly [4]**  1097/9 1101/16 1102/18 1151/23
**brighter [1]**  1111/11
**bring [6]**  1070/3 1097/11 1099/14 1099/17 1099/18 1099/19
**broad [1]**  1086/16
**Broadway [1]**  1063/2
**Brooklyn [2]**  1062/4 1062/13
**Bruno [1]**  1104/21
**BTW [1]**  1151/10
**bubble [1]**  1064/20
**bubbles [1]**  1070/25
**Bureau [3]**  1101/9 1101/11 1114/24
**business [1]**  1131/6
**businesses [1]**  1091/20
**button [1]**  1111/20
**buy [1]**  1075/19

## C

**Cadman [1]**  1062/13
**call [52]**  1071/10 1077/3 1078/16 1100/8 1102/5 1113/12 1117/23 1121/10 1125/25 1127/18 1129/4 1134/1 1134/24 1135/1 1135/5 1135/6 1135/8 1136/17 1137/9 1137/22 1138/11 1139/4 1140/17 1141/7 1152/20 1153/1 1153/4 1154/20 1156/20 1160/22 1161/8 1161/12 1161/13 1167/6 1167/7 1167/12 1167/15 1167/18 1167/19 1167/21 1168/2 1168/6

**C**

**call... [10]** 1168/8 1168/9 1168/12 1168/13 1168/15 1168/24 1168/25 1169/1 1170/23 1174/4
**called [7]** 1067/23 1100/14 1114/6 1114/6 1164/25 1165/2 1167/12
**calls [23]** 1100/9 1102/3 1113/13 1134/9 1134/12 1134/17 1134/19 1135/4 1137/1 1137/3 1137/10 1137/10 1137/19 1137/20 1138/1 1138/4 1138/6 1138/13 1138/24 1168/3 1168/17 1168/20 1168/22
**campaign [1]** 1165/3
**cannot [5]** 1064/21 1072/13 1087/14 1089/6 1090/4
**capable [1]** 1083/5
**Captain [1]** 1077/8
**car [16]** 1094/7 1094/13 1094/13 1094/17 1094/19 1094/19 1135/24 1136/12 1136/19 1137/7 1146/2 1149/19 1151/10 1151/11 1162/5 1162/9
**cards [1]** 1075/20
**care [1]** 1065/12
**career [2]** 1101/24 1102/8
**carried [1]** 1075/17
**case [15]** 1065/3 1075/8 1075/9 1076/24 1093/6 1104/22 1106/4 1132/2 1141/14 1172/15 1172/24 1174/9 1174/20 1176/15 1176/17
**cash [2]** 1118/6 1132/2
**caught [3]** 1075/24 1076/2 1076/8
**cause [2]** 1062/8 1173/10
**caution [1]** 1175/5
**cautious [1]** 1154/4
**CCR [1]** 1062/23
**Cellebrite [1]** 1157/13
**center [5]** 1062/20 1070/7 1102/3 1150/24 1159/22
**certainly [2]** 1064/8 1142/11
**certifications [2]** 1103/5 1103/8
**certified [2]** 1103/6 1103/9
**cetera [1]** 1103/3
**chain [1]** 1125/13
**chance [1]** 1150/16
**changed [1]** 1158/6
**changes [2]** 1126/20 1158/4
**characters [1]** 1110/24
**charge [2]** 1099/6 1176/21
**chart [11]** 1133/23 1133/25

1134/4 1134/18 1134/24 1137/10 1137/11 1137/13 1137/20 1139/9 1167/21
**chat [26]** 1119/12 1120/4 1128/10 1128/12 1132/12 1141/4 1143/1 1144/1 1144/22 1145/2 1145/10 1149/14 1152/3 1152/17 1153/4 1153/6 1153/10 1154/3 1154/17 1156/23 1156/24 1165/23 1166/2 1166/3 1166/12 1175/15
**chats [15]** 1071/7 1076/11 1119/20 1125/16 1125/17 1139/5 1139/7 1143/7 1143/9 1143/10 1145/12 1145/13 1145/13 1159/5 1175/10
**check [6]** 1068/20 1068/21 1070/9 1121/24 1123/3 1140/4
**check-in [5]** 1068/20 1068/21 1121/24 1123/3 1140/4
**checked [1]** 1070/12
**checkout [3]** 1121/25 1122/4 1123/4
**CHEN [7]** 1062/9 1062/15 1087/24 1100/23 1108/2 1112/9 1178/9
**Cherokee [1]** 1129/5
**China [14]** 1099/15 1099/17 1099/18 1099/20 1103/23 1118/2 1125/11 1143/2 1148/17 1163/13 1164/11 1165/4 1165/5 1167/2
**Chinadaily.com [1]** 1163/25
**Chinese [22]** 1071/6 1074/16 1074/20 1074/21 1082/25 1088/2 1089/22 1094/11 1096/6 1096/8 1096/10 1096/22 1097/1 1097/2 1097/3 1099/6 1099/13 1099/13 1099/14 1102/7 1110/23 1165/6
**Chris [1]** 1104/21
**CHRISTINE [1]** 1062/18
**circle [1]** 1127/5
**circled [2]** 1069/15 1071/23
**circuit [1]** 1173/25
**circulate [1]** 1176/23
**circumstances [1]** 1174/20
**city [1]** 1147/23
**civilian [1]** 1114/19
**CJA [5]** 1064/14 1065/3 1065/5 1066/5 1066/7
**clarify [2]** 1065/13 1079/5
**clarity [1]** 1134/3
**clear [4]** 1084/8 1085/15 1158/21

1175/6
**cleared [1]** 1172/13
**clearly [7]** 1072/13 1089/19 1089/20 1098/3 1098/4 1098/5 1100/22
**clerk [1]** 1064/20
**clerk's [2]** 1170/6 1170/24
**client [4]** 1063/18 1064/13 1064/16 1064/18
**clients [1]** 1065/15
**close [20]** 1072/4 1098/1 1117/22 1123/23 1132/20 1136/16 1138/16 1139/4 1144/3 1145/8 1145/21 1148/10 1149/8 1152/22 1156/20 1161/20 1162/14 1166/1 1166/23 1167/23
**closed [2]** 1170/6 1170/24
**closer [2]** 1100/21 1156/12
**closeup [1]** 1156/15
**closing [4]** 1174/25 1175/17 1175/21 1176/4
**closings [1]** 1064/7
**clue [2]** 1143/14 1143/15
**co [12]** 1082/1 1082/4 1082/6 1082/14 1082/15 1082/21 1084/2 1084/10 1084/11 1084/16 1084/19 1085/7
**co-conspirator [11]** 1082/1 1082/4 1082/6 1082/14 1082/21 1084/2 1084/10 1084/11 1084/16 1084/19 1085/7
**co-conspirators [1]** 1082/15
**cognizant [1]** 1112/17
**College [1]** 1136/9
**color [3]** 1094/19 1111/12 1129/3
**colored [1]** 1155/25
**column [2]** 1133/6 1147/20
**coming [7]** 1085/21 1086/10 1152/9 1160/18 1173/1 1173/17 1177/12
**comment [3]** 1082/2 1082/11 1082/23
**communicating [1]** 1174/23
**communication [1]** 1119/25
**communications [2]** 1076/14 1096/14
**company [1]** 1114/18
**complaints [1]** 1067/7
**complex [1]** 1174/22
**compressed [1]** 1175/6
**computer [1]** 1062/25
**computer-aided [1]** 1062/25

**C**

**concern [9]**  1081/2 1082/3 1088/20 1098/21 1170/12 1170/22 1174/3 1174/10 1174/12
**concerned [3]**  1081/8 1171/9 1173/14
**concerns [1]**  1176/12
**condition [1]**  1066/19
**conditions [10]**  1170/5 1170/11 1171/6 1172/3 1172/5 1172/12 1173/4 1173/4 1173/8 1174/11
**conducted [1]**  1104/24
**conference [4]**  1085/10 1086/24 1170/1 1176/21
**confident [1]**  1176/2
**confirm [2]**  1089/24 1112/4
**confirmation [1]**  1120/6
**confirmed [2]**  1109/6 1109/24
**confused [1]**  1151/13
**confusing [1]**  1081/8
**connection [3]**  1102/19 1103/4 1111/3
**consensus [1]**  1084/11
**consent [1]**  1110/4
**consider [3]**  1066/11 1174/14 1175/12
**considered [1]**  1177/18
**conspiracy [3]**  1086/13 1086/15 1086/17
**conspirator [11]**  1082/1 1082/4 1082/6 1082/14 1082/21 1084/2 1084/10 1084/11 1084/16 1084/19 1085/7
**conspirators [1]**  1082/15
**consume [1]**  1176/18
**Cont'd [1]**  1063/1
**contacts [1]**  1120/22
**contain [1]**  1105/19
**containing [1]**  1105/15
**content [2]**  1157/24 1158/1 1158/2
**contents [1]**  1131/3
**context [1]**  1173/3
**CONTI [2]**  1062/21 1077/3
**continual [1]**  1102/22
**continue [3]**  1159/15 1160/14 1170/24
**Continued [9]**  1068/1 1086/25 1087/1 1109/2 1132/21 1133/1 1142/19 1169/6 1171/13
**Continuing [5]**  1108/1 1149/18 1150/10 1150/18 1159/1

**contract [2]**  1114/16 1114/18
**control [3]**  1088/24 1097/20 1097/24
**controlled [1]**  1089/5
**convenient [1]**  1071/11
**conversation [9]**  1081/10 1081/19 1085/17 1086/1 1088/1 1090/25 1092/11 1097/4 1119/11
**conversations [1]**  1084/23
**convey [1]**  1072/9
**cooperative [1]**  1171/7
**coordinated [1]**  1174/21
**copy [2]**  1105/19 1115/14
**corner [4]**  1119/24 1136/1 1140/2 1147/6
**correct [32]**  1065/10 1068/8 1074/17 1074/25 1075/5 1075/7 1075/17 1076/19 1076/23 1078/1 1078/4 1078/10 1078/13 1084/24 1088/21 1090/10 1090/18 1092/9 1092/17 1092/20 1093/2 1093/17 1093/25 1094/11 1096/15 1096/19 1096/23 1097/3 1109/9 1112/19 1122/19 1130/20
**correspondingly [1]**  1171/3
**corrupt [1]**  1165/5
**corrupted [1]**  1099/19
**cost [2]**  1065/4 1065/8
**counsel [15]**  1065/3 1065/21 1066/2 1077/16 1078/23 1097/19 1098/9 1102/9 1102/9 1105/6 1128/1 1135/11 1146/14 1157/7 1164/7
**counterintelligence [4]**  1102/7 1102/24 1103/6 1103/23
**couple [5]**  1063/13 1094/5 1105/11 1141/21 1176/18
**course [5]**  1151/3 1160/1 1172/11 1174/17 1174/24
**court [8]**  1062/1 1062/23 1063/10 1065/5 1142/9 1172/1 1174/19 1175/5
**Court's [1]**  1176/12
**courthouse [4]**  1062/3 1066/22 1170/21 1171/2
**courthouse's [1]**  1170/20
**courthouses [1]**  1170/6
**courtroom [10]**  1067/15 1106/7 1106/9 1108/2 1108/10 1113/21 1141/17 1142/4 1142/10 1173/24
**courtrooms [1]**  1171/1
**CR [1]**  1062/2

**CRAIG [1]**  1062/14
**Crimes [1]**  1114/20
**criminal [2]**  1062/8 1141/21
**Cross [6]**  1074/5 1074/12 1087/1 1095/12 1112/10 1112/14
**Cross-examination [6]**  1074/5 1074/12 1087/1 1095/12 1112/10 1112/14
**current [1]**  1066/19
**currently [2]**  1064/19 1101/2
**Customs [2]**  1104/25 1105/3
**cut [1]**  1175/25
**Cuz [1]**  1151/13
**Cyber [1]**  1114/20

**D**

**D.C [1]**  1062/17
**Daily [2]**  1164/11 1165/5
**dark [7]**  1071/20 1072/11 1143/21 1144/4 1144/5 1154/10 1155/25
**darker [1]**  1154/13
**date [38]**  1069/23 1096/14 1116/20 1116/22 1116/24 1119/25 1120/2 1121/12 1122/2 1122/4 1123/4 1125/12 1126/13 1126/20 1128/16 1129/12 1131/19 1131/21 1134/9 1136/12 1136/17 1140/5 1143/4 1143/5 1143/8 1144/24 1148/12 1153/2 1153/12 1153/22 1154/1 1156/23 1158/5 1159/16 1160/8 1161/4 1161/8 1166/7
**dated [1]**  1071/2
**dates [7]**  1121/20 1121/22 1121/24 1121/25 1123/6 1166/3 1166/4
**day [13]**  1068/6 1072/23 1093/7 1096/22 1103/19 1103/25 1104/1 1104/14 1104/18 1120/15 1120/19 1130/11 1163/14
**days [4]**  1173/6 1174/12 1174/13 1176/19
**deal [1]**  1177/9
**dealt [2]**  1084/8 1102/6
**December [1]**  1101/7
**decide [1]**  1064/10
**decision [2]**  1160/17 1176/14
**dedicated [1]**  1172/24
**defendant [6]**  1062/7 1062/19 1063/2 1063/5 1084/1 1084/23
**defendants [1]**  1065/10

8

# D

**defense [8]** 1066/2 1082/14 1097/19 1098/9 1128/1 1135/11 1146/14 1176/17
**degree [3]** 1102/14 1102/16 1173/5
**delete [2]** 1076/11 1076/14
**deliberations [2]** 1064/4 1064/9
**departing [1]** 1104/5
**DEPARTMENT [1]** 1062/16
**departure [3]** 1116/24 1148/12 1148/14
**depending [1]** 1174/13
**depict [5]** 1143/25 1145/22 1149/16 1156/11 1156/14
**depicted [9]** 1069/14 1152/6 1153/25 1154/7 1154/12 1154/21 1155/18 1155/23 1164/10
**depressed [1]** 1111/20
**deputy [1]** 1113/21
**description [2]** 1131/20 1131/25
**details [3]** 1118/22 1120/6 1126/24
**detective [16]** 1072/18 1075/13 1079/9 1079/17 1079/18 1089/5 1091/1 1092/16 1092/19 1093/2 1093/8 1093/11 1093/16 1093/21 1094/2 1098/20
**detectives [3]** 1079/8 1079/10 1079/18
**diagnosed [1]** 1066/13
**dialect [13]** 1081/5 1081/10 1081/11 1081/17 1083/5 1083/7 1083/20 1084/5 1085/13 1085/20 1086/1 1086/19 1090/3
**difference [1]** 1089/22
**differences [1]** 1148/2
**different [15]** 1065/9 1067/9 1081/5 1083/7 1085/20 1086/1 1086/13 1086/17 1101/17 1111/6 1124/10 1130/19 1137/14 1174/23 1174/23
**direct [25]** 1068/1 1070/21 1081/3 1081/16 1083/4 1100/25 1103/16 1109/2 1114/9 1117/20 1119/9 1119/10 1126/2 1132/22 1136/23 1138/17 1139/21 1139/25 1140/8 1142/19 1147/5 1148/15 1151/23 1152/23 1162/19
**directing [5]** 1116/3 1116/12 1118/24 1122/12 1136/1

**direction [1]** 1088/21
**directly [5]** 1066/3 1067/12 1100/21 1113/24 1136/2
**discuss [1]** 1144/11
**discussed [2]** 1090/14 1092/17
**discussion [2]** 1065/23 1106/2
**Dismiss [2]** 1143/12 1144/9
**displayed [1]** 1097/4
**distance [3]** 1090/13 1092/8 1172/7
**distorted [1]** 1109/14
**DISTRICT [4]** 1062/1 1062/1 1062/9 1062/12
**division [2]** 1062/16 1102/9
**dizzy [1]** 1142/14
**DNG [1]** 1149/17
**document [3]** 1116/7 1116/9 1117/9
**documents [3]** 1115/3 1126/8 1174/7
**done [3]** 1076/22 1099/2 1140/24
**door [3]** 1071/24 1154/5 1156/4
**doors [1]** 1072/1
**dot [1]** 1163/23
**down [28]** 1072/24 1072/25 1095/20 1098/2 1098/8 1100/6 1106/8 1113/10 1119/23 1133/21 1134/21 1140/12 1141/18 1141/19 1143/5 1149/13 1152/1 1152/25 1153/17 1153/21 1154/11 1155/13 1156/17 1157/7 1162/11 1165/17 1166/20 1172/20
**draft [1]** 1176/23
**drive [8]** 1105/15 1105/18 1105/19 1118/5 1127/5 1139/15 1139/19 1151/6
**driving [10]** 1098/22 1099/3 1139/17 1144/11 1146/2 1146/2 1149/20 1150/19 1155/19 1155/24
**drop [1]** 1139/16
**dropped [1]** 1150/4
**drove [3]** 1093/14 1162/9 1162/9
**DUBIN [1]** 1063/2
**due [1]** 1131/4
**duly [3]** 1067/24 1100/14 1114/7
**Dumb [1]** 1146/5
**Dump [1]** 1146/3
**duration [1]** 1161/15
**during [17]** 1064/7 1067/6 1067/12 1075/3 1076/6 1076/17

1093/13 1093/16 1098/13 1112/16 1141/22 1153/10 1173/20 1173/20 1175/6 1175/14 1175/17

# E

**e-mail [40]** 1117/5 1117/7 1117/9 1117/10 1117/12 1117/13 1117/17 1117/17 1117/21 1117/21 1117/23 1117/24 1118/1 1118/10 1118/11 1118/16 1118/18 1118/18 1119/7 1120/10 1121/1 1121/4 1121/9 1121/12 1129/17 1129/23 1130/3 1130/10 1130/13 1130/17 1130/19 1131/2 1131/2 1131/3 1131/11 1132/12 1132/13 1132/13 1132/14 1132/15
**e-mails [1]** 1120/25
**early [2]** 1176/22 1177/19
**easier [2]** 1077/3 1078/16
**east [2]** 1062/13 1162/11
**EASTERN [3]** 1062/1 1062/12 1158/6
**easy [1]** 1077/2
**eat [1]** 1091/8
**Edison [3]** 1068/22 1070/3 1070/12
**EDNY [1]** 1066/3
**effect [2]** 1072/12 1083/11
**efficient [1]** 1176/10
**egallowitz [1]** 1165/25
**eight [1]** 1108/25
**Either [1]** 1151/17
**elevate [1]** 1067/1
**Elizabeth [3]** 1122/22 1123/22 1147/7
**ELMO [2]** 1105/6 1111/13
**email [7]** 1062/24 1068/24 1159/3 1163/20 1164/12 1167/3 1167/16
**emails [1]** 1176/7
**Embassy [6]** 1074/25 1076/16 1078/12 1116/10 1122/21 1123/22
**employees [2]** 1102/2 1165/4
**employment [1]** 1101/23
**end [11]** 1086/24 1088/4 1101/22 1137/20 1138/3 1138/4 1143/8 1160/13 1162/17 1168/3 1170/20
**ended [1]** 1068/6
**ending [3]** 1136/24 1136/25

**E**

**ending... [1]** 1159/8
**Endlessjohnny [3]** 1152/7 1152/10 1159/4
**ends [1]** 1171/12
**English [6]** 1087/15 1089/13 1089/23 1096/9 1106/24 1106/25
**enlarge [1]** 1077/18
**ensure [1]** 1175/25
**enters [5]** 1067/15 1108/2 1108/10 1113/18 1142/4
**entire [4]** 1075/1 1081/10 1092/1 1102/8
**entirely [1]** 1176/12
**entry [6]** 1134/20 1134/20 1137/22 1160/23 1161/6 1168/5
**environment [1]** 1111/8
**EPD5239 [1]** 1127/22
**Eric [15]** 1117/13 1118/9 1118/18 1119/5 1119/7 1119/16 1126/8 1126/16 1131/17 1143/20 1144/12 1144/18 1150/10 1160/17 1165/24
**Eric Gallowitz [5]** 1119/5 1119/7 1119/16 1126/8 1126/16
**Eric Yan [3]** 1117/13 1118/18 1131/17
**Eric's [3]** 1125/11 1143/1 1148/17
**EricYan75 [5]** 1117/8 1117/13 1117/25 1129/10 1130/18
**ESA [1]** 1147/7
**especially [3]** 1084/22 1173/2 1173/23
**ESQ [5]** 1062/18 1062/21 1062/21 1063/3 1063/6
**establish [1]** 1083/9
**establishment [1]** 1064/21
**et [2]** 1062/6 1103/2
**ETA [1]** 1139/3
**evening [1]** 1139/12
**event [2]** 1067/1 1070/3
**everything [4]** 1077/14 1089/10 1089/20 1098/5
**evidence [28]** 1069/2 1069/7 1073/6 1077/4 1078/17 1086/16 1089/16 1097/13 1105/24 1108/14 1110/6 1111/14 1115/24 1124/25 1128/6 1132/8 1135/20 1146/21 1158/9 1158/14 1161/22 1163/3 1164/14 1164/19 1173/17 1174/6 1174/7 1174/15

**exact [2]** 1085/3 1084/13
**exactly [2]** 1076/3 1090/4
**examination [16]** 1067/19 1068/1 1074/5 1074/12 1083/4 1087/1 1095/12 1097/10 1100/25 1109/2 1112/10 1112/14 1114/9 1133/1 1142/15 1142/19
**examined [3]** 1067/24 1100/15 1114/7
**example [3]** 1075/19 1092/22 1142/14
**except [1]** 1102/8
**excuse [13]** 1066/17 1067/3 1067/10 1089/22 1119/10 1123/25 1135/5 1140/21 1143/4 1152/11 1170/9 1170/16 1173/1
**excused [4]** 1066/19 1100/6 1100/7 1113/11
**exert [1]** 1087/18
**exhibit [162]**
**Exhibit 202 [1]** 1115/14
**Exhibit 3017 [1]** 1166/22
**Exhibit 3068 [2]** 1117/2 1120/24
**Exhibit 3069 [1]** 1129/7
**Exhibit 3072 [1]** 1130/8
**Exhibit 3073 [1]** 1131/10
**Exhibit 317 [7]** 1133/18 1136/23 1140/8 1160/20 1161/7 1161/17 1167/13
**Exhibit 370 [1]** 1129/21
**Exhibit 401 [2]** 1135/12 1135/14
**Exhibit 4010 [10]** 1132/6 1132/15 1138/18 1141/3 1142/25 1144/23 1145/6 1148/16 1152/15 1153/19
**Exhibit 4011 [5]** 1128/1 1152/24 1153/7 1165/9 1165/11
**Exhibit 4018 [5]** 1162/21 1162/23 1163/6 1166/22 1167/11
**Exhibit 4019-B [1]** 1165/18
**Exhibit 4019B [4]** 1118/25 1126/3 1144/15 1145/1
**Exhibit 405 [8]** 1115/13 1115/16 1116/1 1121/16 1122/13 1122/25 1139/22 1139/25
**Exhibit 406 [4]** 1146/13 1146/14 1146/16 1148/11
**Exhibit 410 [1]** 1124/2
**Exhibit 419B [1]** 1119/4
**Exhibit 434 [5]** 1164/6 1164/8 1164/10 1165/15 1166/18
**Exhibit 440B [3]** 1068/15

1068/17 1069/2
**Exhibit 501 [2]** 1068/7 1111/14
**Exhibit 501A [1]** 1110/7
**Exhibit 704A [3]** 1077/4 1078/17 1097/12
**Exhibit 708 [3]** 1105/7 1105/24 1108/13
**Exhibit 708B [1]** 1108/17
**Exhibit 804B [1]** 1073/12
**Exhibit 805-B [1]** 1161/21
**Exhibit 805A [4]** 1157/6 1157/10 1157/22 1158/2
**Exhibit 805B [5]** 1157/17 1157/19 1157/21 1158/1 1158/18
**Exhibit 807A [1]** 1071/6
**Exhibit 807F [2]** 1070/22 1095/22
**Exhibit 811C [3]** 1152/1 1152/6 1152/15
**Exhibit 814 [1]** 1133/4
**Exhibit 815 [2]** 1147/18 1147/20
**exhibits [6]** 1153/15 1167/23 1173/18 1173/20 1174/2 1175/10
**existing [1]** 1124/2
**exits [4]** 1106/7 1141/17 1172/19 1172/21
**expand [1]** 1140/11
**expect [2]** 1085/11 1170/13
**expected [1]** 1115/3
**explain [1]** 1170/10
**express [1]** 1089/24
**expressing [1]** 1075/12
**extensive [1]** 1102/25
**extraction [1]** 1157/13
**eye [3]** 1150/13 1150/25 1159/23

**F**

**F-A-U-L-T [1]** 1088/16
**F-E-N-G [7]** 1104/9 1134/2 1135/2 1136/7 1137/12 1137/15 1148/9
**face [3]** 1142/12 1162/4 1163/18
**fact [11]** 1070/9 1074/23 1076/2 1076/21 1078/6 1082/4 1082/18 1104/18 1112/5 1149/9 1170/23
**factor [1]** 1176/19
**fair [5]** 1071/20 1082/13 1096/21 1096/25 1174/3
**fairly [1]** 1176/2
**fairness [1]** 1170/8
**familiar [1]** 1110/25
**family [2]** 1064/23 1069/21

## F

**fancysaga [3]**  1130/18 1132/17 1133/10
**Fang [1]**  1151/17
**far [6]**  1067/2 1090/17 1139/15 1171/7 1173/15 1177/12
**fast [1]**  1162/3
**faster [1]**  1175/8
**father [4]**  1118/2 1118/7 1150/14 1160/18
**fault [2]**  1088/13 1088/14
**FBI [15]**  1076/3 1076/5 1101/12 1101/14 1101/17 1101/20 1102/9 1102/20 1103/4 1103/10 1104/22 1110/2 1110/4 1110/12 1111/3
**FCRR [1]**  1062/23
**fear [1]**  1170/14
**federal [4]**  1101/9 1101/11 1102/2 1114/24
**fee [4]**  1063/22 1063/24 1064/24 1132/2
**feel [2]**  1093/6 1093/10
**feels [2]**  1142/13 1175/23
**fees [2]**  1063/21 1064/22
**feet [1]**  1102/1
**feint [1]**  1177/13
**felt [1]**  1088/9
**Feng [31]**  1071/10 1071/12 1072/6 1072/13 1072/18 1073/21 1074/20 1076/13 1096/18 1098/10 1099/5 1104/8 1105/21 1110/3 1111/22 1111/25 1134/2 1134/12 1135/2 1137/14 1138/8 1138/12 1138/14 1140/22 1148/9 1161/14 1167/20 1168/7 1168/14 1168/17 1169/1
**Feng's [1]**  1112/17
**few [5]**  1073/8 1106/15 1145/1 1154/4 1175/9
**Fida [1]**  1065/16
**field [2]**  1102/8 1117/7
**fielding [1]**  1102/3
**file [3]**  1064/13 1133/12 1133/15
**filed [3]**  1085/6 1085/9 1085/9
**fill [3]**  1064/25 1065/15 1088/12
**filters [1]**  1142/9
**final [1]**  1156/17
**financial [3]**  1065/1 1066/2 1066/7
**find [6]**  1071/12 1098/24 1118/3 1171/5 1173/3 1174/11
**fine [4]**  1083/21 1106/17 1133/21

1177/16
**finish [3]**  1175/25 1176/3 1176/16
**finished [3]**  1070/5 1070/7 1070/17
**finishing [1]**  1174/10
**firearms [1]**  1102/22
**first [49]**  1066/8 1067/12 1067/23 1069/10 1072/16 1076/6 1081/18 1081/21 1082/13 1083/10 1083/14 1084/6 1087/5 1087/15 1096/22 1100/14 1101/25 1102/4 1102/5 1114/7 1115/10 1119/2 1121/18 1122/12 1124/13 1125/2 1125/2 1125/12 1128/9 1128/15 1130/9 1133/14 1134/11 1134/15 1137/9 1137/9 1138/6 1138/19 1144/21 1149/6 1152/25 1154/12 1155/14 1156/22 1159/16 1165/21 1168/5 1168/22 1168/24
**fitness [2]**  1150/24 1159/22
**five [9]**  1088/5 1103/11 1103/11 1109/1 1109/6 1135/5 1161/10 1170/5 1173/9
**flashlight [1]**  1072/12
**flat [3]**  1063/22 1063/24 1064/24
**flight [3]**  1104/5 1112/18 1113/1
**Flushing [1]**  1063/6
**focused [1]**  1104/15
**folio [1]**  1116/9
**folks [8]**  1067/10 1086/17 1107/2 1170/14 1170/17 1171/10 1176/20 1177/5
**follow [3]**  1088/21 1143/7 1175/15
**following [5]**  1081/1 1098/24 1132/21 1150/20 1159/11
**follows [3]**  1067/25 1100/15 1114/8
**food [1]**  1091/8
**foot [3]**  1066/15 1066/16 1067/1
**Ford [1]**  1127/22
**foreign [2]**  1102/7 1103/23
**forget [1]**  1126/24
**forgot [1]**  1159/15
**form [1]**  1065/14
**formatting [1]**  1158/4
**former [4]**  1099/10 1099/13 1099/14 1165/4
**forth [3]**  1086/16 1120/5 1175/10
**forward [1]**  1117/12
**found [3]**  1066/3 1086/12 1096/4

**four [2]**  1065/8 1115/12
**fourth [2]**  1147/18 1147/20
**free [1]**  1141/20
**Friday [2]**  1160/15 1160/16
**friend [8]**  1118/5 1120/15 1121/10 1125/11 1125/21 1143/1 1146/2 1148/17
**front [2]**  1077/13 1105/14
**full [1]**  1065/6
**funding [1]**  1065/3
**funds [2]**  1064/14 1065/5
**further [16]**  1067/24 1070/13 1070/18 1074/3 1083/15 1089/22 1095/5 1099/24 1106/12 1112/8 1113/3 1123/13 1140/12 1153/21 1156/15 1160/7

## G

**Gallowitz [7]**  1119/5 1119/7 1119/16 1126/8 1126/16 1144/19 1165/24
**garage [1]**  1154/5
**Gardens [1]**  1147/15
**Gateway [1]**  1062/20
**gather [2]**  1065/8 1066/14
**gathering [1]**  1092/23
**gave [1]**  1083/4
**general [3]**  1084/10 1086/12 1102/9
**generally [3]**  1101/25 1133/25 1157/12
**GENNA [1]**  1062/21
**gentlemen [9]**  1067/17 1068/4 1106/3 1108/12 1108/19 1141/12 1142/6 1142/23 1172/2
**Georgette [2]**  1062/23 1083/23
**Georgetteb25 [1]**  1062/24
**GIBBONS [1]**  1062/19
**given [4]**  1070/7 1101/22 1173/23 1174/10
**GJ [3]**  1150/2 1150/23 1159/14
**GL [1]**  1162/7
**glasses [1]**  1155/24
**Glimcher [2]**  1122/22 1147/9
**gmail.com [2]**  1062/24 1159/4
**goes [4]**  1064/3 1066/23 1143/12 1172/5
**goggles [14]**  1068/8 1068/11 1110/3 1110/5 1110/12 1110/14 1110/17 1110/18 1111/1 1111/3 1111/6 1111/9 1111/21 1112/6
**GOLDBERGER [2]**  1063/2

**G**

**GOLDBERGER...** [1] 1063/16
**Gonzalez** [6] 1065/13 1066/13 1066/18 1066/21 1067/9 1142/11
**good** [21] 1063/11 1063/12 1067/17 1067/18 1068/3 1068/3 1068/5 1074/14 1074/15 1086/22 1095/4 1114/11 1114/12 1122/16 1142/7 1142/21 1142/22 1142/23 1148/25 1157/3 1173/15
**Google** [1] 1066/8
**gosh** [1] 1106/16
**gout** [3] 1066/13 1066/21 1177/8
**government** [56] 1062/12 1065/9 1067/19 1069/1 1069/7 1074/17 1074/20 1074/21 1082/21 1084/6 1084/18 1086/16 1094/11 1095/22 1096/22 1097/1 1097/2 1097/3 1097/12 1099/6 1100/8 1100/9 1105/7 1105/23 1108/13 1108/14 1108/17 1110/7 1111/14 1113/12 1113/13 1114/6 1115/13 1115/15 1115/16 1115/24 1115/25 1120/23 1121/16 1122/24 1124/25 1128/6 1135/14 1135/20 1142/16 1146/15 1146/21 1158/8 1158/14 1163/3 1164/13 1164/19 1173/16 1174/9 1174/14 1178/15
**government's** [87] 1068/7 1068/15 1068/17 1069/2 1070/22 1071/5 1073/12 1087/18 1095/24 1115/11 1117/2 1118/25 1119/3 1122/13 1123/25 1124/2 1126/3 1128/1 1129/7 1129/21 1130/6 1130/7 1131/10 1132/6 1132/15 1133/3 1133/4 1133/18 1135/12 1136/23 1138/18 1139/21 1139/25 1140/7 1141/2 1142/25 1144/15 1144/22 1144/25 1145/4 1145/6 1146/12 1146/14 1146/15 1147/17 1147/20 1148/11 1148/15 1151/25 1152/14 1152/15 1152/24 1153/7 1153/18 1157/6 1157/10 1157/12 1157/17 1157/19 1157/21 1157/22 1158/2 1158/9 1158/17 1160/20 1161/1 1161/7 1161/16 1161/21 1162/20 1162/22 1163/6 1164/6 1164/8 1164/10 1164/14 1165/8 1165/11 1165/14 1165/18 1166/18 1166/22 1166/22 1167/7 1167/9

1167/10 1167/24
**governs** [1] 1108/22
**GPS** [2] 1151/10 1151/12
**graft** [1] 1165/3
**gray** [6] 1139/7 1154/10 1154/10 1154/13 1154/14 1162/6
**great** [4] 1070/24 1140/17 1172/14 1176/1
**green** [7] 1119/11 1119/19 1126/15 1126/18 1139/7 1143/9 1145/13
**greet** [1] 1078/9
**ground** [1] 1085/20
**group** [5] 1093/9 1130/24 1131/7 1131/7 1174/21
**guess** [5] 1065/9 1067/7 1082/11 1082/25 1120/21
**guest** [1] 1069/17
**guide** [2] 1075/25 1076/4
**guilty** [2] 1074/16 1099/18
**guy** [5] 1139/17 1139/17 1143/19 1149/24 1150/13

**H**

**H-E-C-H-T** [1] 1100/19
**H-O-N-G-R-U** [1] 1138/10
**H-U** [1] 1116/16
**half** [4] 1069/10 1141/5 1173/11 1175/9
**halfway** [1] 1143/5
**hand** [20] 1069/14 1113/19 1116/6 1121/21 1122/7 1122/21 1123/11 1123/18 1125/16 1125/17 1128/24 1128/25 1142/13 1148/23 1148/24 1149/9 1149/10 1156/4 1158/19 1160/25
**handful** [1] 1175/10
**handing** [1] 1142/12
**hang** [2] 1079/4 1145/16
**happen** [2] 1099/16 1176/22
**happened** [1] 1162/3
**happens** [1] 1064/3
**happy** [2] 1087/19 1157/8
**hard** [3] 1082/6 1105/15 1119/24
**harder** [1] 1099/2
**hat** [1] 1155/24
**having** [8] 1067/23 1086/3 1100/14 1114/7 1152/20 1175/1 1175/13 1175/16
**haze** [3] 1142/8 1142/11 1170/4
**head** [1] 1106/14
**header** [7] 1121/18 1130/9

1132/11 1161/15 1164/23 1164/25 1166/25
**health** [2] 1171/9 1173/14
**hear** [9] 1067/11 1073/12 1073/23 1079/11 1084/20 1086/9 1092/11 1120/9 1146/7
**heard** [7] 1073/21 1078/12 1078/19 1083/1 1084/18 1112/16 1120/21
**hearing** [7] 1082/9 1083/9 1084/15 1087/7 1087/10 1088/25 1108/22
**heat** [1] 1111/10
**Hecht** [14] 1100/9 1100/10 1100/14 1100/18 1100/20 1105/13 1108/6 1109/4 1109/21 1110/9 1110/16 1110/25 1112/4 1112/16
**HEEREN** [11] 1062/14 1067/20 1074/4 1099/25 1141/11 1142/17 1159/2 1169/3 1178/4 1178/7 1178/13
**held** [2] 1170/1 1177/20
**help** [1] 1089/24
**HEPA** [1] 1142/9
**herself** [1] 1151/9
**highlighted** [1] 1161/6
**Hill** [2] 1118/5 1127/4
**Hills** [4] 1095/1 1118/5 1127/5 1151/6
**Hilton** [3] 1115/14 1116/10 1123/22
**hit** [1] 1149/24
**Hold** [1] 1106/15
**home** [17] 1066/22 1070/17 1072/1 1072/22 1076/6 1120/15 1150/6 1151/5 1170/9 1170/11 1171/1 1171/5 1172/6 1172/9 1172/10 1172/15 1177/21
**honestly** [1] 1171/4
**HONGRU** [3] 1067/23 1138/10 1138/12
**HONORABLE** [1] 1062/9
**hope** [3] 1067/18 1142/6 1170/15
**hopefully** [1] 1172/12
**hopes** [1] 1172/9
**hoping** [1] 1172/11
**hotel** [13] 1068/20 1068/21 1068/22 1069/11 1069/25 1070/3 1070/8 1070/9 1070/12 1070/16 1093/7 1123/18 1147/3
**Hotels** [1] 1115/14

12

## H

**hour [3]** 1134/23 1137/6 1139/12
**hours [4]** 1170/5 1173/9 1173/11 1176/5
**house [9]** 1071/17 1071/19 1077/10 1077/13 1077/13 1118/4 1118/7 1148/2 1151/8
**houses [1]** 1154/4
**housewife [1]** 1151/19
**Hu [2]** 1077/8 1116/14
**hub [1]** 1086/17
**Hubei [2]** 1081/17 1090/3
**husband [1]** 1150/14

## I

**idea [2]** 1094/2 1105/10
**identification [8]** 1068/15 1105/7 1127/25 1135/11 1157/6 1157/18 1162/20 1164/6
**identified [1]** 1068/8
**identifying [1]** 1068/7
**IDK [1]** 1160/16
**ignore [1]** 1139/18
**image [16]** 1127/3 1127/4 1127/13 1128/25 1143/23 1143/25 1149/13 1151/24 1153/9 1153/12 1153/25 1154/12 1154/19 1154/23 1155/6 1165/10
**images [4]** 1128/20 1128/21 1143/24 1153/18
**immediately [2]** 1154/1 1154/1
**important [2]** 1173/13 1175/5
**in [237]**
**included [1]** 1163/20
**includes [1]** 1131/4
**including [2]** 1123/14 1153/2
**incoming [3]** 1161/13 1167/19 1168/13
**increase [1]** 1171/6
**indeed [1]** 1078/14
**indicate [1]** 1138/6
**indicated [1]** 1081/13
**indicates [1]** 1077/21
**indication [1]** 1171/1
**indigence [1]** 1064/13
**individual [3]** 1104/11 1119/16 1122/17
**individuals [4]** 1086/18 1109/7 1109/24 1174/23
**info [1]** 1150/5
**information [13]** 1104/17 1123/19 1131/5 1147/5 1147/6

1147/10 1147/13 1150/22 1155/1 1155/4 1155/5 1159/13 1165/7
**infrared [3]** 1111/9 1111/12 1111/21
**initial [1]** 1068/24
**initialed [1]** 1105/18
**initials [2]** 1069/12 1069/14
**inquire [3]** 1074/10 1100/23 1114/4
**inquiry [1]** 1076/6
**inside [2]** 1156/2 1172/10
**instantaneous [1]** 1064/7
**instead [1]** 1083/8
**instructed [1]** 1088/13
**instruction [1]** 1088/12
**instructions [2]** 1086/7 1176/23
**intel [1]** 1160/17
**intending [1]** 1177/11
**intensifying [1]** 1165/3
**interest [1]** 1104/16
**interested [2]** 1104/4 1105/2
**interesting [1]** 1082/19
**international [5]** 1104/1 1104/5 1105/1 1116/17 1136/11
**Interpol [1]** 1165/4
**interpreter's [1]** 1081/13
**interpreters [1]** 1074/8
**interview [4]** 1104/24 1105/1 1105/20 1111/25
**interviews [1]** 1103/13
**introduced [2]** 1084/6 1084/19
**investigation [7]** 1101/10 1101/11 1103/14 1104/15 1112/1 1114/25 1115/7
**investigations [3]** 1102/1 1102/24 1103/24
**investigative [5]** 1103/2 1130/24 1131/7 1131/7 1131/24
**investigator [16]** 1075/7 1075/10 1078/1 1078/6 1078/20 1089/9 1090/7 1090/10 1090/12 1090/22 1092/1 1092/9 1097/21 1098/11 1114/16 1114/19
**invoice [4]** 1130/24 1131/4 1131/20 1131/21
**involve [1]** 1174/20
**involved [4]** 1074/23 1078/1 1103/13 1112/1
**involvement [4]** 1070/13 1070/18 1115/7 1134/3
**involving [1]** 1086/17
**iPhone [1]** 1133/16

**IR [1]** 1111/17
**IRISA [1]** 1062/15
**is -- withdrawn [1]** 1117/6
**Isn't [1]** 1146/22
**isolate [1]** 1088/1
**issue [13]** 1063/14 1065/24 1066/11 1084/6 1085/13 1085/19 1085/21 1086/4 1098/13 1098/16 1170/19 1170/21 1177/19
**issued [1]** 1165/3
**issues [2]** 1063/13 1177/2
**item [2]** 1131/20 1131/23
**itself [1]** 1145/10

## J

**J-E-F-F-R-E-Y [1]** 1114/2
**J-I [1]** 1116/16
**J-I-N [2]** 1132/2 1138/10
**jackpot [1]** 1149/25
**jeep [1]** 1129/5
**Jeff [1]** 1113/13
**Jeffrey [2]** 1114/2 1114/6
**Jersey [14]** 1062/20 1070/6 1090/18 1090/19 1094/24 1104/2 1118/5 1122/22 1125/18 1127/5 1132/1 1149/17 1154/2 1154/8
**Ji [1]** 1116/14
**Ji Hu [1]** 1116/14
**JIN [15]** 1067/23 1068/3 1068/6 1071/2 1073/7 1073/12 1074/14 1077/5 1087/4 1092/8 1097/19 1132/2 1138/10 1138/12 1154/22
**Jin's [3]** 1081/3 1118/2 1118/4
**job [5]** 1070/5 1070/17 1118/8 1118/15 1157/3
**Johnny [39]** 1072/9 1074/20 1075/4 1076/7 1076/13 1076/22 1077/8 1077/15 1077/21 1080/1 1080/5 1080/6 1087/9 1087/15 1088/10 1088/12 1089/8 1089/9 1090/6 1090/9 1090/11 1091/25 1092/8 1092/15 1093/8 1093/10 1093/19 1094/6 1094/15 1094/18 1096/15 1096/18 1104/13 1112/25 1157/16 1158/20 1159/3 1159/9 1160/10
**Johnny's [1]** 1133/16
**JUDGE [5]** 1062/9 1083/3 1108/2 1177/23 1177/24
**judgment [1]** 1067/11
**June [1]** 1062/5
**juries [1]** 1067/7

**J**

**Juror [1]** 1177/8
**jurors [3]** 1170/23 1172/25 1176/9
**jury [39]** 1062/10 1063/10 1064/3 1064/9 1066/17 1066/20 1066/25 1067/1 1067/4 1067/14 1067/15 1067/17 1068/11 1069/11 1078/22 1086/7 1101/17 1103/21 1105/10 1106/7 1108/7 1108/10 1108/18 1141/17 1142/4 1146/12 1158/16 1170/2 1170/8 1172/1 1172/19 1172/24 1173/9 1173/13 1173/15 1173/21 1173/23 1175/14 1177/2
**justice [2]** 1062/16 1165/6
**justify [1]** 1066/19

**K**

**K-E-V-I-N [1]** 1100/18
**keep [11]** 1106/4 1127/20 1133/21 1141/15 1150/13 1150/25 1151/14 1153/21 1159/23 1162/11 1172/16
**keeping [2]** 1171/3 1173/10
**keeps [1]** 1146/2
**Kelly [5]** 1128/14 1137/24 1153/8 1168/21 1168/24
**KERVENG [1]** 1063/5
**KEVIN [5]** 1063/5 1063/6 1100/9 1100/14 1100/18
**kind [2]** 1063/24 1142/13
**kinds [1]** 1091/19
**kitchen [2]** 1143/15 1143/18
**knew [3]** 1074/19 1079/25 1099/9
**know [37]** 1064/16 1078/2 1079/1 1079/23 1081/16 1083/13 1090/6 1090/8 1090/13 1092/22 1092/23 1092/25 1093/4 1093/11 1094/4 1094/22 1095/1 1095/3 1120/12 1120/17 1121/7 1121/15 1125/24 1127/18 1131/5 1142/14 1148/25 1170/12 1170/15 1171/8 1172/7 1173/13 1174/4 1175/2 1177/9 1177/12 1177/15
**knowledge [4]** 1073/14 1073/17 1112/25 1134/6
**known [1]** 1101/11
**knows [1]** 1172/4

**L**

**L-I [1]** 1123/12

**label [1]** 1103/18
**labeled [1]** 1136/3
**lack [1]** 1067/7
**ladies [9]** 1067/17 1068/3 1106/3 1108/12 1108/19 1141/12 1142/6 1142/23 1172/2
**lady [1]** 1151/16
**Lan [36]** 1069/17 1070/3 1070/6 1070/9 1070/12 1070/16 1070/18 1074/1 1075/4 1078/24 1079/1 1079/6 1079/7 1079/15 1079/21 1081/11 1086/18 1088/10 1088/23 1088/25 1089/2 1089/8 1094/7 1096/17 1097/20 1098/4 1122/11 1134/19 1135/9 1137/12 1138/8 1138/10 1138/14 1168/8 1168/18 1169/1
**Lan's [1]** 1069/20
**language [8]** 1071/6 1096/7 1096/9 1103/1 1103/7 1104/22 1110/21 1110/23
**larger [1]** 1127/13
**last [15]** 1067/18 1069/21 1077/9 1079/11 1079/12 1089/7 1094/21 1120/18 1121/12 1123/18 1138/13 1138/23 1140/14 1140/24 1160/24
**later [10]** 1085/11 1085/12 1088/23 1120/22 1129/5 1139/12 1152/21 1161/10 1168/11 1170/9
**law [2]** 1102/14 1102/16
**LAWRENCE [1]** 1062/21
**lawyer [1]** 1083/24
**lawyers [1]** 1169/4
**lead [2]** 1150/25 1159/23
**leading [1]** 1081/7
**leads [1]** 1152/20
**learned [1]** 1077/25
**least [7]** 1083/10 1083/13 1083/13 1086/18 1176/9 1176/17 1177/19
**leave [3]** 1106/9 1150/13 1172/9
**left [20]** 1069/17 1072/18 1072/23 1116/6 1122/6 1122/18 1123/11 1125/17 1128/25 1136/1 1140/2 1144/25 1147/6 1148/23 1150/3 1150/19 1157/2 1158/19 1160/25 1161/24
**left-hand [7]** 1116/6 1123/11 1125/17 1128/25 1148/23 1158/19 1160/25
**Legal [1]** 1102/23

**legitimately [1]** 1082/22
**legs [1]** 1066/14
**less [3]** 1063/22 1109/13 1175/9
**letting [2]** 1066/24 1177/18
**Li [2]** 1123/16 1140/3
**Liberty [2]** 1104/1 1104/5
**license [3]** 1149/17 1154/2 1154/9
**lifetime [1]** 1095/16
**light [5]** 1071/24 1111/8 1143/12 1145/20 1154/14
**lighter [2]** 1154/10 1154/14
**Lights [2]** 1143/11 1144/7
**likely [2]** 1172/5 1175/1
**limine [1]** 1085/4
**limited [1]** 1134/6
**line [1]** 1154/25
**listed [8]** 1116/22 1117/7 1119/16 1122/20 1131/23 1131/25 1132/15 1148/19
**listen [2]** 1073/8 1087/15
**listened [2]** 1088/8 1088/9
**listening [1]** 1108/21
**literal [1]** 1089/4
**little [21]** 1071/19 1072/17 1077/3 1078/16 1079/5 1082/18 1088/23 1102/18 1108/25 1109/13 1109/14 1109/15 1136/16 1140/12 1153/2 1153/4 1170/17 1171/3 1171/4 1171/10 1172/5
**Liu [4]** 1118/4 1151/17 1151/17 1151/17
**Liu Yan's [1]** 1118/4
**live [3]** 1118/4 1150/16 1151/18
**lives [1]** 1151/14
**local [2]** 1127/18 1129/4
**location [4]** 1090/20 1098/25 1136/10 1136/18
**lock [1]** 1156/4
**log [1]** 1137/22
**long [9]** 1090/4 1114/21 1115/1 1118/4 1127/4 1167/21 1168/9 1168/15 1173/24
**look [8]** 1069/17 1089/14 1095/14 1119/23 1152/21 1156/1 1165/21 1174/18
**looked [5]** 1121/23 1130/4 1131/12 1137/7 1165/14
**looking [17]** 1068/7 1087/14 1094/18 1096/3 1096/8 1096/10 1097/23 1116/19 1125/2 1130/9

**L**

**looking... [7]** 1137/9 1138/3
1140/1 1154/11 1161/6 1166/10
1167/10
**lot [2]** 1091/7 1144/10
**loud [1]** 1109/13
**lower [3]** 1109/17 1153/3 1153/4
**lunch [7]** 1067/13 1091/8
1140/15 1141/13 1141/15
1141/22 1142/7
**Luncheon [1]** 1141/23
**lunchtime [1]** 1091/7
**LUSTBERG [8]** 1062/21 1074/5
1074/10 1082/17 1085/6 1095/6
1177/6 1178/5

**M**

**M-I-N-J-U-N [2]** 1123/12 1140/3
**magnifying [1]** 1111/7
**mail [40]** 1117/5 1117/7 1117/9
1117/10 1117/12 1117/13
1117/17 1117/17 1117/21
1117/21 1117/23 1117/24 1118/1
1118/10 1118/11 1118/16
1118/18 1118/18 1119/7 1120/10
1121/1 1121/4 1121/9 1121/12
1129/17 1129/23 1130/3 1130/10
1130/13 1130/17 1130/19 1131/2
1131/2 1131/3 1131/11 1132/12
1132/13 1132/13 1132/14
1132/15
**mails [1]** 1120/25
**maintain [1]** 1173/14
**male [2]** 1155/19 1155/24
**man [5]** 1063/25 1143/17
1156/12 1156/15 1156/18
**Mandarin [5]** 1081/23 1083/12
1090/3 1102/25 1103/9
**Manhattan [4]** 1068/22 1070/1
1070/4 1070/16
**many [1]** 1176/5
**March [5]** 1120/3 1120/8
1120/19 1121/2 1121/13
**March 30 [1]** 1120/3
**March 30th [2]** 1120/8 1121/2
**March 31 [1]** 1121/13
**mark [2]** 1139/8 1139/9
**marked [6]** 1127/25 1135/11
1157/5 1162/20 1164/5 1166/4
**masks [1]** 1142/12
**matter [7]** 1079/9 1079/16
1079/16 1079/18 1086/12

1088/11 1115/8
**matters [1]** 1141/21
**May 18th [1]** 1105/16
**maybe [7]** 1067/13 1088/12
1089/22 1095/17 1109/13
1109/17 1170/14
**MC [4]** 1150/2 1151/14 1162/1
1162/6
**MCMAHON [55]** 1062/6
1062/19 1069/9 1070/23 1071/18
1072/15 1097/11 1116/1 1116/4
1117/3 1117/17 1117/22 1118/11
1119/1 1119/5 1119/6 1121/4
1123/2 1123/24 1126/8 1130/24
1131/1 1131/6 1131/7 1131/7
1133/5 1135/2 1135/6 1135/23
1137/24 1140/21 1143/23
1144/18 1145/23 1149/6 1152/18
1153/1 1155/14 1156/9 1156/21
1157/16 1158/20 1158/22
1159/10 1159/20 1160/9 1161/13
1163/9 1165/24 1166/1 1167/6
1167/19 1168/13 1168/21
1168/24
**McMahon74 [1]** 1163/9
**mcmahoninvestigativegroup.co
m [5]** 1117/11 1117/16 1129/11
1130/15 1163/11
**mean [14]** 1063/25 1072/21
1075/9 1077/7 1079/2 1087/9
1087/13 1089/2 1089/19 1098/4
1111/19 1114/17 1170/24
1177/11
**meaning [1]** 1089/4
**means [1]** 1111/20
**meant [7]** 1079/6 1079/8 1081/7
1082/15 1083/16 1091/19 1124/9
**MEBE [1]** 1149/20
**mechanical [1]** 1062/24
**medication [1]** 1066/20
**meet [3]** 1092/1 1095/16 1118/6
**meeting [12]** 1074/23 1075/1
1076/16 1076/17 1077/25 1078/3
1078/12 1078/19 1089/7 1090/15
1120/15 1151/16
**meets [2]** 1150/23 1159/14
**MELINDA [1]** 1063/3
**members [1]** 1064/23
**memory [2]** 1085/5 1096/17
**mentioned [3]** 1078/8 1088/10
1177/12
**Mercedes [3]** 1150/19 1154/8

1162/7
**Mercedes-Benz [2]** 1150/19
1154/8
**mere [1]** 1174/4
**MEREDITH [1]** 1062/14
**merely [1]** 1108/21
**message [45]** 1071/16 1072/5
1072/6 1075/16 1076/13 1118/23
1119/12 1119/15 1120/11
1120/14 1120/16 1120/18
1120/19 1125/8 1125/12 1126/6
1126/11 1126/13 1126/15 1127/7
1127/10 1127/11 1128/16 1129/9
1138/19 1138/21 1139/2 1140/11
1140/20 1144/1 1145/22 1145/24
1149/10 1150/8 1152/8 1152/12
1152/18 1153/6 1153/10 1155/8
1161/1 1165/22 1166/2 1166/4
1166/7
**messages [29]** 1071/2 1071/9
1072/16 1076/15 1081/4 1126/18
1128/10 1128/12 1128/21 1141/4
1141/8 1143/1 1144/25 1145/2
1148/16 1153/23 1155/10
1156/23 1156/24 1157/13 1159/9
1159/10 1159/17 1160/5 1160/24
1162/15 1162/17 1163/16 1166/9
**messaging [2]** 1125/4 1125/6
**met [2]** 1078/6 1132/1
**methods [1]** 1174/23
**meticulously [1]** 1175/3
**MICHAEL [8]** 1062/6 1131/6
1157/16 1158/20 1158/22
1159/10 1159/20 1160/9
**microphone [3]** 1100/21 1113/24
1113/25
**middle [5]** 1071/23 1078/22
1078/23 1154/21 1156/4
**might [5]** 1150/11 1150/13
1150/16 1151/13 1171/4
**Mike [52]** 1078/19 1078/24
1079/2 1079/8 1079/9 1079/10
1079/16 1079/17 1079/18
1079/22 1079/23 1079/25 1080/2
1080/3 1080/3 1080/3 1080/3
1080/3 1087/11 1087/11 1087/11
1087/11 1087/11 1087/11
1088/10 1088/10 1088/11
1088/12 1088/20 1117/11
1117/16 1118/2 1118/15 1119/5
1119/6 1121/8 1125/23 1126/7
1128/14 1129/11 1130/15

# M

**Mike... [11]** 1144/11 1144/18 1145/23 1148/20 1148/25 1152/20 1153/8 1157/3 1163/9 1163/11 1165/24

**Mike-Mike [3]** 1087/11 1087/11 1088/10

**MikeMcMahonInvestigativeGroup.com [1]** 1130/14

**mind [5]** 1076/21 1106/4 1141/15 1172/16 1176/17

**mindful [1]** 1175/1

**mine [1]** 1094/16

**Minjun [2]** 1123/16 1140/3

**minute [10]** 1081/18 1088/4 1091/25 1106/16 1108/8 1108/24 1108/25 1109/1 1109/6 1160/5

**minutes [15]** 1088/5 1105/11 1106/15 1107/2 1134/23 1135/5 1138/23 1139/12 1145/1 1161/10 1161/16 1167/15 1167/22 1168/11 1168/16

**mistake [1]** 1166/23

**mobile [1]** 1118/22

**model [2]** 1149/19 1162/6

**moment [7]** 1073/3 1074/7 1100/11 1113/16 1169/4 1177/20 1177/20

**Monday [1]** 1121/10

**money [4]** 1063/19 1063/20 1063/25 1118/6

**monitor [1]** 1144/12

**months [1]** 1166/9

**more [5]** 1087/16 1118/16 1152/2 1168/17 1174/24

**morning [14]** 1063/11 1063/12 1067/17 1068/3 1068/3 1068/5 1070/6 1074/14 1074/15 1106/2 1148/20 1148/25 1172/11 1172/17

**most [7]** 1064/6 1073/21 1117/21 1117/23 1160/24 1163/13 1167/2

**motions [1]** 1085/4

**move [8]** 1124/17 1127/24 1135/14 1146/15 1162/22 1171/10 1175/8 1175/10

**moves [5]** 1069/1 1113/24 1115/16 1158/8 1164/13

**Moving [1]** 1155/5

**Mr. Goldberger [1]** 1063/16

**Mr. Hecht [2]** 1100/10 1100/20

**Mr. Heeren [6]** 1067/20 1074/4

1099/25 1141/11 1142/17 1169/3

**Mr. Jin [10]** 1068/3 1068/6 1071/2 1073/7 1073/12 1074/14 1077/5 1087/4 1092/8 1097/19

**Mr. Jin's [1]** 1081/3

**Mr. Johnny Zhu [1]** 1112/25

**Mr. Lustberg [6]** 1074/5 1074/10 1082/17 1085/6 1095/6 1177/6

**Mr. Tarkin [29]** 1113/15 1114/11 1116/3 1117/5 1120/4 1121/1 1125/3 1126/19 1129/9 1130/3 1132/13 1133/23 1135/24 1141/18 1142/21 1143/1 1144/1 1145/11 1147/3 1152/5 1152/19 1157/8 1158/21 1161/24 1162/14 1163/6 1164/1 1164/24 1165/22

**Mr. Tu [1]** 1095/20

**Mr. Tung [5]** 1063/14 1095/10 1097/7 1100/3 1113/5

**Mr. Zhu [4]** 1104/16 1104/18 1104/20 1132/1

**Ms. Chen [3]** 1087/24 1100/23 1112/9

**Ms. Conti [1]** 1077/3

**Ms. Gonzalez [6]** 1065/13 1066/13 1066/18 1066/21 1067/9 1142/11

**Ms. McMahon [24]** 1069/9 1070/23 1071/18 1072/15 1097/11 1116/1 1116/4 1117/3 1117/22 1119/1 1123/2 1123/24 1131/1 1133/5 1135/23 1143/23 1149/6 1152/18 1153/1 1155/14 1156/9 1156/21 1166/1 1167/6

**Ms. Wong [4]** 1064/16 1095/7 1106/19 1112/12

**Ms. Wu [1]** 1074/9

**much [6]** 1097/6 1097/24 1100/5 1113/9 1141/10 1172/20

**must [1]** 1160/16

# N

**name [29]** 1069/17 1069/20 1069/21 1075/21 1100/17 1104/7 1104/8 1104/11 1104/13 1114/1 1116/6 1116/12 1116/13 1122/7 1122/9 1123/10 1123/16 1125/7 1125/10 1136/2 1136/5 1147/14 1148/7 1148/7 1154/22 1154/25 1155/1 1155/2 1158/24

**names [2]** 1152/5 1157/15

**nation's [1]** 1165/2

**NATIONAL [2]** 1062/16 1114/20

**native [1]** 1103/11

**near [1]** 1066/25

**necessary [2]** 1173/19 1175/24

**need [14]** 1064/8 1083/9 1086/20 1089/19 1089/23 1098/5 1121/7 1129/4 1137/5 1150/22 1159/13 1163/24 1174/16 1176/9

**needed [3]** 1067/1 1104/22 1170/25

**nervous [1]** 1173/23

**never [4]** 1078/6 1078/10 1090/9 1120/21

**Newark [7]** 1062/20 1096/18 1104/2 1104/14 1123/22 1136/11 1147/7

**next [64]** 1071/15 1072/14 1080/2 1086/25 1100/8 1113/12 1118/10 1118/16 1120/11 1120/14 1120/16 1120/18 1127/2 1127/7 1127/10 1127/11 1127/12 1127/14 1127/17 1128/23 1130/10 1134/20 1134/20 1135/12 1137/22 1138/1 1138/9 1138/11 1138/15 1139/6 1139/9 1145/24 1149/23 1150/7 1150/8 1150/18 1153/17 1153/22 1154/3 1154/6 1154/11 1154/19 1155/5 1155/10 1155/20 1155/21 1156/8 1156/9 1156/14 1156/17 1156/22 1156/23 1156/24 1160/3 1166/15 1169/6 1170/5 1170/17 1171/13 1173/9 1175/25 1176/3 1176/16 1176/22

**night [13]** 1067/18 1067/18 1068/8 1068/11 1094/3 1099/2 1110/3 1110/12 1111/1 1111/3 1111/6 1112/5 1172/14

**nighttime [1]** 1093/24

**Nineteen [1]** 1168/10

**Nineteen seconds [1]** 1168/10

**none [1]** 1110/1

**noon [1]** 1106/5

**normal [2]** 1091/16 1151/18

**normally [2]** 1082/12 1082/13

**note [7]** 1066/2 1081/13 1084/1 1096/6 1174/19 1175/8 1176/3

**notes [1]** 1133/11

**nothing [3]** 1077/12 1079/19 1085/13

**notice [2]** 1126/20 1152/14

**N**

**November [1]** 1116/25
**November 5 [1]** 1116/25
**number [11]** 1066/12 1091/5
1104/25 1119/6 1127/21 1129/3
1134/2 1147/14 1148/3 1158/24
1177/8
**numbers [1]** 1137/14
**NW [1]** 1062/17

**O**

**o'clock [3]** 1116/23 1134/16
1141/12
**Oakland [1]** 1147/15
**object [5]** 1081/22 1082/13
1082/18 1084/15 1086/9
**objected [3]** 1081/21 1084/7
1085/23
**objecting [2]** 1084/22 1086/12
**objection [49]** 1069/3 1069/4
1069/5 1079/3 1080/7 1081/25
1082/10 1084/2 1084/3 1084/8
1084/9 1084/20 1085/1 1085/4
1085/10 1085/16 1085/25
1086/19 1106/13 1106/19
1106/21 1112/20 1115/17
1115/19 1115/20 1115/21 1124/4
1124/5 1124/6 1124/19 1124/20
1124/21 1124/22 1128/2 1135/16
1135/17 1135/18 1146/17
1146/18 1146/19 1158/10
1158/11 1158/12 1162/24
1162/25 1163/1 1164/15 1164/16
1164/17
**objects [1]** 1111/10
**observation [1]** 1173/2
**observed [1]** 1142/8
**obtained [1]** 1115/14
**obviously [10]** 1067/10 1082/12
1108/22 1142/12 1172/4 1172/9
1174/8 1175/19 1176/14 1176/21
**occurred [1]** 1081/1
**October [3]** 1116/23 1166/8
1176/7
**October 30 [1]** 1116/23
**October 5 [1]** 1166/8
**offer [2]** 1082/4 1124/1
**offered [3]** 1082/8 1084/14
1108/21
**offers [1]** 1105/23
**office [10]** 1062/12 1065/1
1101/23 1101/23 1102/10

1114/14 1114/19 1114/21 1170/6
1170/24
**official [4]** 1099/10 1099/13
1099/13 1099/14
**often [1]** 1064/4
**Oh [3]** 1088/18 1106/16 1124/19
**old [4]** 1143/17 1143/19 1149/24
1150/13
**once [2]** 1111/20 1176/9
**ones [2]** 1119/20 1126/19
**open [7]** 1063/10 1106/4 1131/1
1141/15 1154/5 1172/1 1172/16
**opened [1]** 1110/17
**opening [3]** 1077/11 1077/11
1077/11
**operation [5]** 1074/24 1075/17
1099/7 1165/1 1165/2
**Operation SKYNET [1]** 1165/1
**operations [1]** 1102/2
**opportunity [4]** 1071/12 1157/10
1157/18 1175/13
**opposed [1]** 1175/15
**orange [1]** 1111/12
**orange-red [1]** 1111/12
**order [3]** 1064/1 1064/1 1103/1
**ordered [1]** 1089/6
**orient [1]** 1145/21
**oriented [1]** 1160/4
**original [1]** 1071/6
**originally [1]** 1076/2
**ourselves [3]** 1167/2 1173/3
1174/11
**outgoing [3]** 1134/11 1134/19
1168/8
**outside [5]** 1067/6 1092/1 1170/1
1170/4 1172/3
**Overruled [2]** 1079/4 1112/23
**own [2]** 1094/16 1094/17
**owner [3]** 1119/16 1126/16
1151/8

**P**

**P-L-Z [2]** 1125/24 1125/25
**P.C [3]** 1062/19 1063/2 1063/5
**p.m [44]** 1072/17 1116/23 1122/3
1123/8 1125/20 1128/19 1129/13
1136/15 1136/20 1137/3 1137/21
1137/23 1138/2 1138/5 1138/22
1139/3 1139/11 1140/6 1140/10
1140/18 1141/6 1141/13 1141/21
1142/2 1143/6 1145/16 1153/24
1155/12 1156/25 1160/9 1160/23

1161/3 1161/9 1162/1 1162/16
1162/18 1163/15 1167/4 1167/8
1168/3 1168/5 1168/7 1170/7
1177/25
**P73 [1]** 1149/17
**P73-DNG [1]** 1149/17
**package [1]** 1139/3
**page [97]** 1070/23 1070/24
1070/24 1072/14 1072/15
1072/16 1077/4 1077/4 1078/16
1078/17 1078/23 1086/25
1089/16 1095/23 1096/4 1097/12
1097/14 1110/15 1116/4 1118/25
1120/7 1121/17 1122/12 1122/15
1122/24 1123/13 1123/19 1125/2
1126/3 1126/19 1127/2 1127/12
1127/14 1127/17 1128/15
1128/23 1128/25 1132/7 1132/21
1135/12 1135/22 1136/25 1138/4
1138/15 1138/19 1139/6 1139/6
1139/22 1139/22 1140/9 1141/3
1141/5 1142/25 1143/5 1143/8
1144/16 1144/23 1145/11
1145/12 1145/12 1147/1 1148/23
1149/23 1150/7 1150/8 1150/18
1151/24 1152/1 1152/1 1152/2
1152/25 1152/25 1153/2 1153/17
1153/22 1154/6 1154/7 1154/11
1155/6 1156/17 1157/8 1157/8
1159/6 1159/8 1160/13 1160/23
1161/22 1161/24 1165/9 1165/10
1165/19 1166/15 1168/4 1169/6
1171/13 1178/2 1178/15
**page 13 [2]** 1070/23 1070/24
**page 14 [1]** 1070/24
**page 15 [1]** 1072/15
**page 16 [1]** 1139/22
**page 2 [1]** 1140/9
**page 229 [3]** 1144/16 1145/11
1145/12
**page 241 [1]** 1145/12
**page 3 [3]** 1078/16 1089/16
1097/12
**page 4 [2]** 1095/23 1152/1
**page 6 [2]** 1077/4 1077/4
**page 848 [1]** 1141/3
**page 849 [2]** 1142/25 1144/23
**page 851 [1]** 1143/8
**page 852 [1]** 1151/24
**page 856 [1]** 1148/23
**page 913 [1]** 1152/25
**page 959 [1]** 1153/22

**P**

**page and [1]** 1159/6
**pages [5]** 1128/9 1138/18
1143/24 1148/16 1157/9
**paid [2]** 1065/5 1065/6
**PAMELA [2]** 1062/9 1108/2
**Panera [11]** 1090/17 1090/19
1090/21 1091/2 1091/11 1091/13
1091/14 1091/20 1091/22
1091/23 1125/18
**panic [1]** 1173/10
**paper [1]** 1084/8
**paragraph [1]** 1115/11
**Paramus [3]** 1090/17 1125/18
1132/1
**park [4]** 1077/9 1077/10 1077/13
1151/10
**parked [1]** 1154/4
**Parking [1]** 1126/1
**part [9]** 1081/19 1081/21 1086/1
1087/6 1098/1 1121/24 1130/9
1139/23 1160/3
**participant [1]** 1158/18
**participants [13]** 1119/2 1119/3
1119/13 1126/6 1126/7 1144/17
1144/18 1149/14 1157/14
1157/15 1158/17 1165/21
1165/22
**participated [1]** 1103/1
**particular [2]** 1085/13 1085/25
**particularize [1]** 1085/19
**parties [6]** 1064/5 1065/7 1065/9
1068/16 1124/15 1176/24
**passed [1]** 1093/16
**passing [1]** 1068/11
**past [1]** 1139/19
**Pause [1]** 1099/23
**pay [9]** 1063/14 1063/15 1063/18
1063/19 1063/22 1063/23
1064/14 1064/21 1149/24
**paying [2]** 1063/21 1064/22
**payment [1]** 1131/4
**payment-due [1]** 1131/4
**PD [2]** 1127/18 1129/4
**pen [1]** 1111/16
**Pennsylvania [1]** 1062/17
**people [9]** 1076/22 1084/14
1091/5 1091/8 1092/24 1111/11
1145/21 1171/4 1174/21
**percent [3]** 1083/5 1083/22
1086/2
**perfect [3]** 1069/10 1116/5

1140/12
**perfectly [1]** 1083/5
**perform [1]** 1102/23
**performing [1]** 1093/9
**perhaps [3]** 1064/14 1067/3
1173/12
**period [2]** 1175/6 1176/7
**permanent [1]** 1102/5
**person [10]** 1082/7 1095/14
1095/16 1097/1 1098/14 1098/16
1123/16 1147/11 1148/12
1154/21
**person's [2]** 1073/25 1136/2
**pertaining [1]** 1134/1
**phone [23]** 1062/23 1102/3
1119/6 1134/1 1134/2 1134/9
1134/11 1134/12 1134/24 1135/1
1138/1 1138/24 1140/17 1141/7
1158/24 1161/8 1167/7 1167/12
1167/18 1167/21 1168/24
1168/25 1168/25
**phones [1]** 1075/20
**photo [6]** 1071/17 1110/20
1129/15 1155/15 1155/18
1155/23
**photograph [2]** 1154/25 1155/20
**photos [2]** 1162/3 1163/17
**pic [5]** 1150/11 1151/1 1159/24
1162/1 1162/5
**pick [3]** 1096/17 1149/21
1160/18
**picked [1]** 1149/20
**picture [22]** 1071/15 1071/16
1071/19 1071/20 1071/22 1072/7
1072/12 1143/19 1149/3 1149/6
1152/3 1152/14 1153/14 1154/9
1155/14 1155/20 1156/1 1156/2
1156/5 1156/10 1156/12 1156/17
**pictures [4]** 1071/13 1152/12
1154/8 1156/9
**PKC [1]** 1062/2
**place [4]** 1076/18 1092/2 1145/1
1151/24
**placing [1]** 1154/25
**Plaintiff [1]** 1062/4
**plan [2]** 1099/10 1121/7
**planned [1]** 1074/24
**planning [2]** 1076/18 1076/21
**plate [7]** 1127/21 1129/3 1129/5
1149/17 1150/5 1154/2 1154/9
**play [5]** 1073/1 1073/9 1087/18
1087/25 1109/11

**played [7]** 1073/10 1075/2
1081/17 1088/7 1106/24 1109/12
1109/18
**playing [1]** 1082/25
**Plaza [1]** 1062/13
**plead [1]** 1099/18
**pled [1]** 1074/16
**plus [2]** 1103/9 1176/7
**PLZ [1]** 1148/25
**point [9]** 1070/15 1072/10
1076/10 1081/6 1136/9 1142/12
1176/22 1177/7 1177/10
**pointed [2]** 1066/21 1081/16
**pointing [1]** 1111/16
**pops [1]** 1066/8
**portion [16]** 1064/14 1071/22
1073/1 1073/9 1081/6 1081/22
1082/3 1087/4 1088/1 1089/17
1116/4 1123/1 1123/14 1163/23
1165/13 1174/19
**portions [5]** 1064/4 1081/9
1081/12 1081/15 1085/16
**position [1]** 1102/12
**possession [3]** 1110/3 1110/5
1110/13
**possible [6]** 1120/12 1127/3
1149/1 1150/5 1151/2 1159/25
**potential [2]** 1064/12 1104/15
**practically [1]** 1066/1
**practices [1]** 1165/5
**preceding [1]** 1134/24
**precisely [1]** 1087/16
**preclude [1]** 1174/13
**prefer [1]** 1172/6
**preference [2]** 1067/6 1177/4
**premarked [1]** 1105/6
**preparing [1]** 1134/4
**presence [2]** 1067/6 1170/1
**present [6]** 1063/10 1074/23
1104/22 1111/8 1172/1 1175/16
**presentation [1]** 1174/15
**presented [1]** 1175/18
**preserved [1]** 1086/3
**presume [1]** 1106/23
**presumed [1]** 1084/14
**pretrial [3]** 1065/1 1065/15
1085/10
**previous [3]** 1072/23 1093/7
1164/12
**previously [29]** 1067/23 1070/22
1073/2 1073/6 1117/2 1118/24
1120/24 1122/17 1129/7 1129/21

**P**

**previously... [19]** 1130/2 1130/7 1132/6 1133/4 1133/19 1136/21 1136/22 1138/18 1140/8 1142/24 1144/15 1147/17 1151/25 1152/24 1157/10 1157/19 1162/20 1165/19 1167/25
**prior [6]** 1064/20 1101/8 1109/6 1128/21 1153/15 1166/9
**private [31]** 1072/18 1075/7 1075/10 1075/12 1078/1 1078/6 1078/20 1079/9 1079/17 1079/17 1089/4 1089/9 1090/6 1090/10 1090/12 1090/22 1090/25 1092/1 1092/9 1092/16 1092/19 1093/2 1093/8 1093/11 1093/16 1093/20 1094/2 1097/20 1098/11 1098/20 1114/18
**privately [1]** 1105/2
**probe [1]** 1066/18
**problem [1]** 1177/8
**proceedings [2]** 1062/24 1099/23
**process [1]** 1065/13
**produced [1]** 1062/25
**proficiency [1]** 1103/10
**promised [1]** 1093/10
**proper [1]** 1082/22
**prosecution [1]** 1115/7
**Protection [2]** 1104/25 1105/3
**provide [2]** 1065/14 1104/16
**provided [1]** 1105/3
**public [3]** 1091/2 1092/2 1102/3
**publication [1]** 1176/7
**publish [22]** 1068/10 1069/6 1105/5 1108/15 1108/16 1110/6 1111/13 1115/23 1115/25 1124/8 1124/23 1128/5 1135/19 1135/23 1142/24 1144/14 1146/12 1146/20 1158/13 1163/4 1164/20 1165/6
**published [22]** 1068/13 1069/8 1089/18 1096/1 1097/17 1105/8 1110/8 1111/15 1116/2 1125/1 1126/4 1128/7 1135/21 1147/2 1149/7 1158/15 1160/21 1163/5 1164/21 1165/20 1166/24 1168/1
**publishing [1]** 1174/5
**pull [2]** 1100/20 1136/16
**purple [1]** 1137/17
**purpose [1]** 1104/14
**purposes [2]** 1064/8 1078/22
**pursuant [6]** 1115/15 1124/2

1124/18 1135/15 1146/16 1162/23
**put [8]** 1086/16 1089/13 1151/10 1160/19 1166/21 1173/12 1173/21 1174/9

**Q**

**qualify [1]** 1084/18
**Quantico [1]** 1101/20
**quarter [1]** 1106/5
**question [20]** 1067/5 1078/18 1082/11 1082/25 1083/6 1083/17 1084/12 1084/13 1087/3 1087/5 1087/6 1090/5 1092/6 1094/21 1095/21 1139/8 1139/9 1140/14 1140/24 1153/3
**questions [12]** 1073/9 1074/3 1094/5 1095/5 1095/8 1099/24 1112/8 1112/11 1113/3 1113/6 1124/16 1131/5
**quickly [2]** 1172/15 1177/7
**Quiet [1]** 1139/15
**Quite [1]** 1171/4
**quote [2]** 1085/15 1085/24
**quote/unquote [2]** 1085/15 1085/24

**R**

**R-A [1]** 1136/3
**radically [1]** 1067/9
**rain [1]** 1144/10
**raise [2]** 1113/19 1142/13
**range [1]** 1165/5
**rated [1]** 1103/10
**rather [2]** 1084/12 1170/9
**re [1]** 1175/16
**re-present [1]** 1175/16
**read [75]** 1077/5 1087/4 1087/6 1098/6 1115/10 1116/13 1117/24 1118/1 1119/18 1119/18 1119/19 1119/20 1120/4 1120/5 1121/6 1122/9 1122/10 1122/17 1122/20 1123/6 1123/10 1123/21 1125/15 1125/16 1126/18 1126/18 1128/24 1128/25 1131/3 1131/16 1133/14 1136/5 1138/24 1139/2 1139/5 1139/7 1139/7 1139/9 1143/4 1143/7 1143/9 1143/9 1145/2 1145/11 1145/12 1145/13 1147/13 1148/22 1148/23 1148/23 1149/18 1152/5 1152/19 1154/3 1157/1 1157/1 1158/21 1159/5 1159/9 1159/10 1159/17

1160/3 1160/5 1160/9 1160/9 1160/13 1161/23 1161/24 1163/17 1163/24 1164/24 1174/16 1175/13 1175/16 1175/21
**reading [6]** 1126/21 1173/18 1174/2 1174/5 1175/20 1175/22
**reads [4]** 1097/23 1115/13 1160/8 1160/8
**realize [1]** 1142/10
**really [5]** 1067/10 1079/9 1085/1 1085/18 1170/23
**Realty [2]** 1122/22 1147/9
**reason [2]** 1083/19 1084/21
**recall [15]** 1083/11 1083/14 1083/18 1083/19 1084/9 1085/3 1085/6 1085/21 1087/10 1089/11 1089/25 1097/19 1098/9 1099/5 1121/23
**recalls [1]** 1083/9
**receipt [7]** 1068/20 1069/11 1116/9 1135/24 1147/3 1147/11 1147/14
**receive [2]** 1102/22 1103/5
**received [13]** 1069/7 1102/19 1102/25 1108/14 1115/24 1124/25 1128/6 1132/2 1135/20 1146/21 1158/14 1163/3 1164/19
**receiving [2]** 1110/4 1172/3
**recess [2]** 1107/4 1141/23
**recognize [7]** 1068/17 1068/23 1073/20 1073/25 1105/13 1110/9 1110/21
**recollection [3]** 1081/3 1095/19 1137/6
**recommend [1]** 1118/3
**record [42]** 1063/12 1065/22 1065/23 1067/8 1071/5 1073/5 1076/14 1082/2 1084/3 1085/12 1085/15 1096/6 1100/17 1106/2 1106/22 1114/1 1115/10 1116/3 1118/1 1120/5 1121/6 1122/9 1123/7 1123/11 1123/15 1123/16 1123/21 1125/15 1136/5 1136/10 1136/19 1138/25 1140/1 1140/4 1140/5 1147/13 1148/13 1152/19 1164/25 1167/9 1173/18 1174/16
**recorded [2]** 1062/24 1093/7
**recording [17]** 1073/4 1073/8 1073/10 1073/11 1073/14 1073/20 1073/22 1075/2 1081/6 1082/25 1093/7 1105/16 1105/20

# R

**recording... [4]** 1109/12 1109/12 1109/18 1109/20

**records [6]** 1092/23 1115/14 1134/1 1137/7 1174/5 1176/6

**recross [2]** 1100/1 1100/2

**red [1]** 1111/12

**redirect [3]** 1097/8 1097/10 1113/7

**refer [3]** 1117/12 1117/16 1173/20

**reference [2]** 1078/19 1078/23

**refers [2]** 1079/9 1079/17

**reflect [2]** 1166/12 1166/17

**reflected [5]** 1119/3 1121/24 1134/9 1157/15 1158/17

**reflects [4]** 1081/25 1117/5 1127/4 1134/11

**reformatted [1]** 1157/21

**refresh [1]** 1137/5

**refusing [1]** 1063/14

**regard [1]** 1158/4

**regarding [2]** 1089/23 1102/11

**rejected [1]** 1086/15

**related [1]** 1115/3

**relating [1]** 1147/10

**relatively [1]** 1174/22

**relax [1]** 1177/1

**remain [2]** 1100/11 1113/16

**remainder [2]** 1109/21 1139/5

**remained [1]** 1101/24

**remember [26]** 1077/15 1077/20 1078/15 1078/18 1081/14 1086/14 1087/7 1087/8 1088/25 1089/12 1090/2 1090/4 1091/12 1091/14 1091/17 1091/18 1093/19 1094/8 1094/24 1094/25 1095/17 1097/22 1098/12 1106/3 1150/12 1173/19

**remembered [1]** 1095/3

**remind [1]** 1103/21

**reminded [2]** 1093/8 1108/20

**RENEE [1]** 1063/3

**renew [3]** 1084/3 1085/12 1085/19

**renewed [1]** 1084/7

**rent [1]** 1094/7

**rental [2]** 1136/10 1137/7

**rented [2]** 1094/13 1136/12

**reopen [1]** 1167/24

**reorient [1]** 1167/2

**repeat [3]** 1079/12 1079/13

**repetition [1]** 1175/24

**rephrase [1]** 1087/3

**reply [1]** 1118/9

**report [2]** 1157/15 1173/7

**reported [1]** 1170/10

**Reporter [1]** 1062/23

**reporters [1]** 1065/6

**reports [3]** 1170/3 1171/6 1172/3

**request [1]** 1087/17

**requested [1]** 1085/10

**requests [1]** 1067/2

**require [1]** 1064/2

**research [3]** 1106/4 1141/15 1172/16

**residence [7]** 1077/22 1094/14 1094/16 1094/22 1148/2 1151/1 1159/24

**Resorts [1]** 1115/15

**respect [2]** 1103/7 1108/20

**response [4]** 1118/11 1118/14 1118/21 1121/9

**rest [1]** 1109/25

**restaurant [1]** 1091/2

**resume [3]** 1067/19 1142/15 1172/10

**resumes [1]** 1108/5

**retained [1]** 1065/3

**retainer [2]** 1120/13 1132/2

**retire [1]** 1101/6

**retired [2]** 1101/4 1101/7

**retirement [1]** 1101/8

**return [4]** 1070/17 1071/10 1136/17 1136/18

**returned [2]** 1136/19 1136/20

**review [4]** 1065/17 1081/5 1157/10 1157/19

**reviewed [5]** 1105/16 1109/4 1109/21 1115/3 1157/24

**reviewing [1]** 1134/6

**right [86]** 1064/2 1064/25 1065/5 1065/11 1065/12 1066/6 1066/15 1066/16 1066/25 1069/12 1069/14 1070/24 1071/13 1072/14 1072/19 1074/21 1075/11 1075/21 1075/25 1076/4 1076/8 1076/12 1077/23 1078/20 1081/14 1087/14 1088/6 1089/25 1091/3 1091/5 1091/8 1091/20 1092/2 1092/5 1092/12 1093/14 1094/19 1094/24 1095/3 1095/10 1096/4 1096/4 1097/24 1098/6 1098/8 1098/25 1099/10 1099/22 1100/5 1100/23 1106/24 1108/23 1113/9 1113/19 1119/24 1121/21 1122/18 1122/21 1122/21 1123/4 1123/18 1124/7 1124/14 1124/19 1125/16 1126/2 1128/24 1130/1 1133/22 1136/21 1140/10 1140/24 1141/1 1141/10 1145/16 1148/24 1149/9 1149/10 1150/10 1156/4 1157/1 1161/19 1161/23 1173/22 1176/25 1177/13

**right-hand [10]** 1069/14 1121/21 1122/21 1123/18 1125/16 1128/24 1148/24 1149/9 1149/10 1156/4

**rise [5]** 1106/6 1108/9 1141/16 1142/3 1172/18

**road [2]** 1077/9 1077/13

**role [4]** 1102/19 1103/4 1103/12 1114/15

**room [1]** 1105/3

**rooms [1]** 1105/1

**Route [1]** 1125/18

**row [5]** 1133/5 1133/6 1140/9 1140/9 1147/18

**rows [2]** 1134/11 1136/24

**RPR [1]** 1062/23

**RT [1]** 1162/10

**run [2]** 1150/5 1150/6

**rush [1]** 1125/24

# S

**S-E-N-G [1]** 1147/14

**safe [4]** 1145/18 1172/10 1172/14 1177/21

**safety [1]** 1171/2

**sake [2]** 1096/5 1134/3

**sat [2]** 1092/4 1092/8

**Saturday [6]** 1118/3 1120/6 1121/7 1121/10 1160/15 1160/16

**save [2]** 1156/11 1173/25

**saying [15]** 1076/13 1077/15 1079/23 1080/5 1080/6 1081/10 1082/5 1083/6 1083/11 1085/22 1091/17 1096/24 1097/20 1175/6 1175/23

**says [21]** 1067/8 1077/8 1078/24 1078/24 1079/21 1080/1 1081/17 1083/15 1083/18 1088/23 1089/19 1098/4 1123/18 1131/16 1132/12 1133/7 1139/2 1148/19 1150/11 1160/10 1170/4

# S

**scope [1]** 1112/21
**screen [3]** 1089/14 1097/4 1166/5
**scroll [8]** 1098/2 1118/10 1128/8
1135/12 1154/11 1155/13 1156/8
1157/7
**scrolling [6]** 1149/13 1152/25
1153/17 1153/21 1156/17 1160/7
**seat [6]** 1063/11 1100/16 1106/10
1108/7 1113/23 1172/22
**seated [3]** 1067/16 1108/11
1142/5
**seats [1]** 1066/25
**second [18]** 1065/25 1066/11
1073/4 1074/2 1079/4 1099/21
1106/10 1112/3 1133/6 1133/6
1134/15 1141/5 1143/23 1149/13
1154/9 1159/7 1168/25 1175/9
**seconds [9]** 1088/4 1088/5
1108/25 1109/1 1109/7 1161/16
1167/22 1168/10 1168/16
**secretly [1]** 1075/17
**section [5]** 1077/5 1114/20
1131/20 1133/11 1133/20
**SECURITY [2]** 1062/16 1114/20
**see [67]** 1065/18 1069/11 1070/25
1071/2 1071/4 1071/22 1072/13
1077/11 1077/14 1089/21
1089/23 1098/21 1111/9 1111/16
1116/6 1116/19 1119/6 1119/24
1119/24 1121/1 1121/20 1122/6
1123/3 1123/18 1125/7 1125/20
1125/20 1128/20 1133/6 1133/11
1133/23 1134/11 1136/2 1137/17
1140/17 1141/4 1143/4 1143/15
1143/17 1147/6 1147/10 1147/19
1148/7 1151/8 1152/12 1154/21
1154/22 1156/4 1156/18 1156/24
1158/16 1160/10 1162/6 1163/6
1163/17 1163/21 1164/8 1165/10
1166/3 1166/4 1167/12 1172/16
1176/9 1176/20 1177/5 1177/14
1177/21
**seeing [5]** 1084/16 1105/13
1124/11 1161/2 1172/24
**seem [1]** 1173/11
**seized [1]** 1112/6
**send [7]** 1071/15 1071/16
1076/13 1118/22 1126/24 1162/1
1162/5
**sending [1]** 1166/12
**sense [3]** 1172/23 1174/6 1175/19

**sent [41]** 1064/5 1064/10 1070/16
1072/6 1101/23 1120/9 1121/12
1125/13 1127/1 1127/13 1128/16
1128/21 1129/9 1129/12 1130/10
1130/17 1130/21 1132/14
1134/17 1138/21 1139/10
1143/25 1149/3 1149/10 1149/13
1153/9 1153/12 1153/23 1154/1
1154/15 1154/23 1155/10
1155/15 1155/21 1161/2 1163/14
1163/16 1165/10 1166/7 1167/3
1167/16
**sentence [2]** 1079/12 1080/2
**September [2]** 1101/15 1101/16
**series [9]** 1121/20 1128/10
1135/4 1137/19 1137/19 1138/4
1138/24 1153/22 1174/22
**service [1]** 1066/17
**services [4]** 1065/1 1065/16
1104/23 1170/4
**set [2]** 1138/1 1155/10
**several [2]** 1071/13 1156/9
1173/6
**share [1]** 1065/4
**shared [1]** 1065/8
**she [28]** 1065/14 1079/2 1079/8
1079/23 1079/23 1079/25 1089/2
1089/23 1089/24 1090/2 1090/3
1150/4 1150/11 1150/12 1150/13
1150/19 1150/22 1150/23
1150/25 1151/1 1151/9 1151/13
1151/18 1151/18 1159/13
1159/14 1159/23 1159/24
**shoot [1]** 1143/19
**shopping [2]** 1070/6 1070/7
**short [6]** 1095/1 1118/5 1127/5
1141/21 1151/6 1173/25
**shorten [2]** 1174/12 1174/14
**shortly [1]** 1141/7
**show [25]** 1068/14 1095/22
1111/11 1111/14 1117/3 1117/23
1124/13 1126/11 1132/10
1135/10 1137/5 1144/8 1144/17
1144/22 1146/13 1147/16 1153/9
1157/5 1157/9 1157/17 1161/15
1164/5 1173/20 1175/14 1175/20
**showed [1]** 1127/25
**showing [2]** 1110/18 1133/3
**shown [1]** 1112/5
**side [44]** 1069/14 1092/4 1116/6
1121/21 1122/21 1123/4 1123/11
1123/19 1125/16 1125/17

1128/24 1128/25 1132/10
1132/10 1139/7 1140/23 1140/23
1141/2 1141/2 1144/22 1144/22
1145/9 1145/9 1147/16 1147/16
1148/23 1148/24 1149/9 1149/11
1151/24 1151/24 1156/4 1158/19
1160/19 1160/20 1160/25
1161/20 1161/20 1161/23
1166/24 1166/21 1166/21
1167/10 1167/10
**sidebar [8]** 1080/8 1081/1
1086/24 1105/25 1169/3 1169/5
1170/1 1171/12
**Sienna [1]** 1139/17
**signature [1]** 1068/25
**signatures [1]** 1111/10
**silver [2]** 1127/22 1154/10
**SIM [1]** 1075/19
**simply [6]** 1064/21 1173/18
1174/5 1175/14 1175/15 1175/20
**Sincerely [1]** 1131/6
**sister [3]** 1151/8 1151/13 1151/17
**sit [3]** 1066/24 1089/25 1095/20
**sitting [2]** 1090/16 1143/18
**situation [3]** 1064/17 1064/19
1173/12
**six [3]** 1136/24 1137/10 1166/9
**SKYNET [2]** 1165/1 1165/2
**slash [1]** 1133/14
**slight [1]** 1170/12
**slowly [1]** 1100/22
**smell [1]** 1142/11
**smoke [3]** 1172/12 1173/1 1173/6
**so...all [1]** 1084/25
**softer [1]** 1109/14
**solution [1]** 1064/12
**somewhat [2]** 1173/4 1173/23
**soon [3]** 1120/12 1170/16 1177/3
**sorry [25]** 1079/11 1080/4
1083/23 1088/18 1090/8 1092/7
1092/25 1096/2 1106/14 1106/18
1108/25 1115/18 1124/9 1124/12
1129/24 1130/21 1132/7 1140/12
1143/22 1144/11 1145/5 1146/7
1146/13 1158/21 1166/23
**sort [1]** 1173/14
**source [2]** 1133/12 1133/15
**speak [6]** 1090/21 1100/21
1104/18 1105/1 1113/24 1160/17
**speaker [3]** 1073/21 1103/9
1103/11
**speaking [2]** 1104/4 1157/12

**S**

**special [16]** 1101/9 1101/20
1103/2 1103/4 1103/12 1104/21
1105/13 1109/4 1109/21 1110/9
1110/16 1110/25 1111/16 1112/4
1112/16 1114/24
**Special Agent Hecht [7]** 1109/4
1109/21 1110/9 1110/16 1110/25
1112/4 1112/16
**specific [1]** 1086/5
**specifically [1]** 1085/16
**spectrum [1]** 1111/12
**speculation [1]** 1081/8
**spell [4]** 1100/17 1114/1 1122/9
1136/5
**spelled [4]** 1104/9 1116/15
1123/16 1137/15
**spend [1]** 1175/2
**spent [1]** 1174/3
**spoke [5]** 1078/10 1083/23
1090/9 1092/16 1104/20
**spot [2]** 1151/1 1159/24
**squad [3]** 1102/5 1102/5 1102/6
**SRY [1]** 1144/11
**staff [1]** 1171/2
**stamp [1]** 1096/14
**stand [10]** 1067/22 1084/14
1095/15 1100/11 1100/13 1108/5
1113/14 1113/16 1113/18
1172/21
**Standard [1]** 1158/6
**standby [1]** 1146/1
**standing [9]** 1084/1 1084/3
1084/9 1084/25 1085/10 1085/15
1085/24 1100/11 1113/16
**start [11]** 1101/14 1106/5
1109/16 1126/23 1129/1 1141/4
1144/4 1144/12 1160/8 1162/15
1177/3
**started [6]** 1085/23 1096/17
1096/22 1096/25 1101/15 1141/8
**starting [9]** 1070/23 1070/24
1118/25 1144/15 1158/18
1160/10 1168/5 1170/20 1170/22
**state [4]** 1100/17 1114/1 1147/23
1165/4
**statement [3]** 1082/7 1083/9
1090/1
**statements [14]** 1082/1 1082/4
1082/20 1082/21 1083/2 1084/2
1084/10 1084/11 1084/13
1084/15 1084/17 1084/19 1085/7

1086/10
**STATES [5]** 1062/1 1062/3
1062/3 1062/9 1062/12
**stating [1]** 1155/4
**status [2]** 1141/22 1148/25
**stay [5]** 1135/22 1172/10 1172/10
1172/10 1172/14
**staying [2]** 1090/12 1145/19
**stenography [1]** 1062/24
**step [5]** 1100/6 1106/8 1113/10
1141/18 1172/20
**stepped [1]** 1141/19
**still [5]** 1071/5 1072/12 1072/12
1170/13 1176/25
**stint [2]** 1102/8 1102/11
**stipulation [6]** 1115/15 1124/3
1124/18 1135/15 1146/16
1162/23
**stop [9]** 1109/19 1139/20 1144/13
1146/11 1150/22 1151/1 1151/22
1159/13 1159/24
**stopped [4]** 1073/11 1088/7
1109/12 1109/20
**story [2]** 1174/22 1175/15
**straddle [1]** 1143/24
**strange [2]** 1151/10 1174/11
**strategic [1]** 1084/21
**street [3]** 1147/8 1147/15
1147/25
**stuck [1]** 1082/18
**stuff [1]** 1078/25
**stuyvesantinvestigative.com [1]**
1165/25
**style [1]** 1069/20
**sub [1]** 1164/25
**sub-header [1]** 1164/25
**subject [8]** 1104/4 1104/7
1129/14 1130/23 1131/2 1144/7
1162/2 1163/12
**subject's [2]** 1104/8 1120/15
**subjects [4]** 1103/13 1104/15
1105/2 1111/21
**submissions [1]** 1085/4
**submit [2]** 1065/15 1065/17
**substantially [1]** 1147/22
**subtitles [2]** 1108/18 1108/21
**sufficient [1]** 1086/16
**suggest [2]** 1150/10 1173/16
**suggested [1]** 1066/16
**suggestion [1]** 1174/8
**Suite [2]** 1063/2 1063/5
**Suites [6]** 1074/25 1076/17

1078/13 1116/10 1122/21
1123/22
**supposed [6]** 1075/17 1075/24
1093/4 1098/24 1170/5 1173/8
**surprised [2]** 1084/20 1091/22
**surreptitious [1]** 1174/24
**surveil [1]** 1077/22
**surveillance [23]** 1070/5 1074/24
1076/18 1076/22 1076/25
1092/20 1093/1 1093/5 1093/9
1093/13 1093/17 1093/21
1093/24 1094/14 1094/14
1094/15 1094/17 1098/13
1098/14 1102/2 1111/4 1160/14
1174/20
**surveilled [2]** 1071/17 1092/24
**surveilling [2]** 1072/2 1094/23
**suspect [1]** 1064/12
**suspected [1]** 1165/5
**SUV [2]** 1150/19 1155/25
**SUVs [2]** 1154/9 1154/13
**swear [2]** 1100/11 1113/17
**switch [1]** 1074/7
**sworn [4]** 1067/24 1100/15
1113/20 1114/7
**sworn/affirmed [3]** 1067/24
1100/15 1114/7

**T**

**T-A-R-K-I-N [2]** 1113/14 1114/3
**T-U [3]** 1134/19 1152/7 1152/7
**T-U-O [1]** 1122/11
**table [4]** 1090/13 1090/16
1123/14 1143/18
**tad [1]** 1109/17
**targets [1]** 1103/13
**Tarkin [32]** 1113/14 1113/15
1114/2 1114/6 1114/11 1116/3
1117/5 1120/4 1121/1 1125/3
1126/19 1129/9 1130/3 1132/13
1133/23 1135/24 1141/18
1142/21 1143/1 1144/1 1145/11
1147/3 1152/5 1152/19 1157/8
1158/21 1161/24 1162/14 1163/6
1164/1 1164/24 1165/22
**tea [1]** 1064/20
**teach [1]** 1103/2
**team [1]** 1102/5
**techniques [2]** 1102/23 1103/2
**technology [2]** 1111/10 1111/21
**terms [1]** 1158/4
**terrific [1]** 1107/1

# T

**testified [10]**  1067/24 1091/10 1091/12 1091/15 1092/15 1093/12 1093/23 1094/6 1100/15 1114/8
**testifying [1]**  1093/19
**testimony [4]**  1071/7 1081/3 1083/3 1115/4
**text [21]**  1072/18 1075/16 1087/14 1125/4 1125/6 1125/8 1125/12 1126/6 1126/11 1126/13 1128/21 1139/10 1141/8 1148/16 1155/8 1155/10 1157/13 1159/9 1159/10 1159/17 1163/16
**themselves [1]**  1066/4
**these [31]**  1064/21 1071/2 1071/6 1071/9 1081/4 1082/1 1084/22 1085/16 1086/17 1096/9 1110/12 1119/18 1134/1 1134/9 1137/1 1137/3 1138/3 1139/5 1142/9 1144/25 1148/16 1152/8 1152/22 1153/22 1159/5 1159/16 1160/4 1162/15 1162/17 1171/6 1173/18
**They've [1]**  1171/7
**third [4]**  1122/15 1122/15 1134/21 1147/1
**though [5]**  1065/2 1077/22 1081/25 1081/25 1172/4
**thought [8]**  1082/19 1083/16 1084/10 1088/15 1088/17 1088/18 1088/19 1106/13
**thread [3]**  1117/21 1121/1 1165/23
**three [8]**  1065/9 1070/25 1078/17 1114/22 1138/6 1138/13 1152/20 1160/24
**three-way [1]**  1152/20
**through [12]**  1082/7 1101/17 1119/18 1119/19 1128/8 1156/8 1172/25 1173/17 1175/3 1175/11 1175/18 1176/6
**THX [5]**  1125/20 1144/6 1150/23 1151/4 1160/2
**tighten [2]**  1174/18 1175/4
**tightening [1]**  1176/13
**time [72]**  1064/6 1064/8 1073/21 1075/3 1076/17 1077/9 1079/7 1079/16 1081/21 1082/2 1082/10 1082/24 1083/10 1084/7 1086/20 1089/8 1090/12 1092/2 1093/2 1093/5 1093/10 1093/13 1093/16 1094/17 1094/18 1095/3 1097/2

1118/7 1119/25 1120/2 1120/3 1125/24 1128/18 1129/12 1134/20 1136/14 1138/1 1138/3 1138/21 1140/4 1140/5 1141/4 1141/7 1143/5 1143/8 1144/24 1148/19 1148/19 1153/12 1153/21 1153/22 1156/11 1156/22 1156/22 1156/23 1158/5 1158/6 1158/7 1159/16 1161/1 1161/7 1162/14 1162/17 1163/1 1168/23 1168/25 1172/5 1174/4 1174/10 1175/2 1175/7 1176/7
**times [2]**  1123/6 1134/14
**timing [1]**  1112/17
**tips [1]**  1102/3
**title [1]**  1114/15
**titled [1]**  1066/7
**TMR [3]**  1144/9 1144/12 1160/18
**TNT [1]**  1160/18
**today [4]**  1115/4 1149/1 1157/3 1177/11
**together [3]**  1064/9 1099/20 1173/22
**told [20]**  1063/16 1063/19 1067/9 1072/11 1072/13 1074/20 1075/16 1075/19 1075/23 1076/3 1076/5 1076/7 1076/10 1076/11 1080/4 1087/12 1097/1 1099/6 1099/10 1160/17
**tomorrow [8]**  1126/24 1170/12 1172/11 1172/16 1173/1 1176/20 1177/5 1177/21
**tonight [1]**  1144/8
**took [3]**  1070/6 1072/7 1110/12
**top [21]**  1069/17 1116/3 1117/4 1120/25 1122/2 1122/14 1122/15 1122/21 1123/1 1123/14 1125/8 1125/10 1136/1 1139/23 1140/1 1146/25 1147/6 1150/8 1157/7 1160/24 1165/10
**top-most [1]**  1160/24
**totally [1]**  1106/17
**tour [2]**  1075/25 1076/4
**Toward [1]**  1162/11
**towards [2]**  1086/7 1138/3
**town [3]**  1090/20 1094/22 1094/25
**Toyota [1]**  1139/17
**trace [1]**  1118/3
**track [4]**  1111/10 1150/16 1150/20 1162/11

**training [7]**  1101/21 1102/19 1102/22 1102/23 1102/23 1102/25 1103/1
**transcript [17]**  1062/8 1062/24 1063/13 1063/15 1063/18 1063/19 1063/23 1064/1 1064/5 1064/6 1064/15 1065/4 1065/4 1081/16 1081/16 1087/5 1108/18
**transcription [1]**  1062/25
**transcripts [2]**  1064/21 1065/6
**translate [1]**  1089/13
**translated [1]**  1083/12
**translation [1]**  1097/23
**translations [1]**  1096/9
**translator [2]**  1077/18 1106/24
**translators [1]**  1104/22
**travel [1]**  1172/7
**trees [1]**  1077/9
**trial [6]**  1062/8 1064/20 1085/24 1174/10 1174/13 1177/25
**tried [3]**  1066/18 1077/8 1164/1
**trip [1]**  1145/18
**true [3]**  1075/10 1105/19 1115/13
**trust [2]**  1146/6 1146/8
**try [4]**  1172/25 1173/25 1176/15 1177/14
**trying [7]**  1072/9 1079/21 1089/24 1163/17 1171/10 1175/2 1176/10
**Tu [40]**  1069/18 1069/20 1070/3 1070/6 1070/9 1070/12 1070/16 1070/18 1074/1 1075/4 1078/24 1079/1 1079/6 1079/7 1079/15 1079/21 1081/11 1086/18 1088/10 1088/23 1088/25 1089/2 1089/8 1089/19 1094/7 1095/20 1096/17 1097/20 1098/4 1134/19 1135/9 1137/12 1138/8 1138/10 1138/14 1152/7 1152/7 1168/8 1168/17 1169/1
**Tu Lan [22]**  1070/3 1070/6 1070/9 1070/12 1070/16 1070/18 1074/1 1075/4 1078/24 1079/1 1079/6 1079/7 1079/15 1079/21 1081/11 1086/18 1134/19 1135/9 1137/12 1138/8 1138/10 1138/14
**Tu Lan's [1]**  1069/20
**Tuesday [1]**  1121/11
**TUNG [8]**  1063/5 1063/6 1063/14 1095/10 1097/7 1100/3 1113/5 1178/6
**Tuo [1]**  1122/11

## T

**turn [9]** 1072/11 1117/1 1121/15
1127/3 1127/12 1130/6 1131/9
1132/5 1144/14
**turned [1]** 1142/10
**turning [14]** 1071/15 1072/14
1120/23 1121/17 1122/24
1123/13 1123/25 1128/23
1129/20 1133/18 1136/21
1136/22 1140/7 1155/20
**two-year [2]** 1102/8 1102/11
**type [2]** 1127/21 1129/3
**types [3]** 1111/6 1111/7 1155/4

## U

**U.S [3]** 1114/14 1114/19 1114/21
**under [6]** 1066/5 1082/20
1123/19 1131/23 1136/2 1153/3
**underlined [3]** 1081/15 1081/20
1082/3
**underneath [1]** 1128/24
**understood [7]** 1077/6 1078/19
1083/1 1086/2 1086/21 1088/19
1092/19
**unfair [1]** 1173/11
**unfortunately [2]** 1082/17
1173/5
**UNITED [5]** 1062/1 1062/3
1062/3 1062/9 1062/12
**unless [2]** 1067/8 1120/22
**unnecessarily [1]** 1173/12
**unpredictable [1]** 1173/4
**unquote [2]** 1085/15 1085/24
**update [1]** 1162/12
**Upstairs [1]** 1145/25
**UR [1]** 1125/24
**urge [1]** 1174/14
**URL [5]** 1163/22 1163/23 1164/1
1164/3 1164/11
**us [21]** 1067/3 1070/2 1070/2
1072/16 1106/14 1117/23 1131/5
1131/21 1139/15 1142/14
1150/25 1152/5 1157/9 1158/16
1159/23 1160/18 1161/7 1168/6
1170/23 1173/6 1175/5
**user [5]** 1149/10 1149/14
1154/15 1155/16 1155/21
**username [2]** 1133/7 1133/9
**users [2]** 1152/6 1152/8
**uses [1]** 1111/7
**UTC [2]** 1120/3 1158/6

## V

**value [1]** 1133/11
**various [2]** 1110/13 1170/4
**vehicle [8]** 1072/22 1072/23
1127/21 1129/3 1155/19 1156/2
1162/4 1163/17
**version [6]** 1071/6 1096/7 1096/9
1096/11 1127/13 1157/21
**victims [3]** 1098/21 1099/3
1174/21
**video [12]** 1105/15 1105/20
1109/4 1109/7 1109/8 1109/12
1109/12 1109/18 1109/20
1109/22 1109/25 1112/16
**videos [5]** 1091/10 1091/12
1091/16 1091/19 1091/23
**videotape [2]** 1108/20 1108/22
**view [4]** 1085/15 1085/24 1086/3
1111/21
**Virginia [1]** 1101/21
**vision [10]** 1068/8 1068/11
1093/24 1094/3 1110/3 1110/12
1111/1 1111/3 1111/6 1112/6
**visit [1]** 1118/2
**voice [2]** 1073/23 1073/25
**voices [1]** 1073/20
**volume [1]** 1109/17

## W

**Wait [1]** 1106/10
**waited [1]** 1154/5
**waiting [3]** 1118/8 1120/9 1162/6
**walk [1]** 1101/17
**walking [1]** 1143/16
**wants [2]** 1067/3 1143/20
**warmblooded [1]** 1111/11
**warrants [1]** 1165/3
**Warren [1]** 1095/2
**Washington [1]** 1062/17
**watch [1]** 1077/12
**watching [2]** 1139/18 1151/14
**water [1]** 1082/19
**weather [2]** 1144/10 1174/11
**website [1]** 1066/3
**WeChat [1]** 1076/15
**week [5]** 1176/1 1176/3 1176/16
1176/22 1176/23
**weeks [1]** 1101/19
**Welcome [3]** 1108/6 1108/12
1142/6
**west [2]** 1162/11 1162/13
**western [1]** 1069/20

**wet [1]** 1102/1
**wherever [1]** 1066/22
**white [1]** 1143/9
**whole [7]** 1072/25 1074/24
1079/13 1101/24 1122/15 1153/3
1163/24
**why [2]** 1066/18 1104/3
**wide [1]** 1165/5
**wife [1]** 1150/11
**willing [1]** 1066/24
**window [1]** 1071/25
**wise [1]** 1173/24
**wish [1]** 1087/6
**withdraw [1]** 1087/3
**withdrawn [8]** 1092/14 1096/2
1117/6 1130/22 1154/22 1155/5
1156/23 1168/23
**without [2]** 1155/4 1175/13
**witness [43]** 1067/19 1067/22
1067/22 1067/23 1068/14
1068/16 1086/6 1095/8 1095/22
1096/6 1096/8 1100/7 1100/8
1100/11 1100/13 1100/13
1100/14 1105/5 1105/8 1106/11
1108/3 1108/5 1113/11 1113/12
1113/16 1113/18 1113/20 1114/6
1124/14 1128/1 1135/10 1141/19
1142/15 1146/14 1157/6 1164/6
1172/21 1174/1 1175/13 1175/16
1175/18 1175/21 1178/2
**witnesses [2]** 1173/18 1174/5
**women [5]** 1143/15 1149/20
1149/21 1149/21 1150/3
**wonderful [1]** 1141/15
**WONG [6]** 1063/3 1064/16
1095/7 1106/19 1112/12 1178/10
**word [1]** 1067/8
**words [5]** 1083/13 1091/15
1093/20 1133/14 1170/22
**work [12]** 1063/20 1066/23
1066/23 1096/22 1096/25 1101/2
1101/8 1114/13 1114/14 1114/18
1131/24 1176/13
**worked [2]** 1102/7 1157/4
**working [11]** 1063/25 1064/20
1074/21 1094/11 1097/2 1101/14
1102/2 1103/19 1103/23 1104/1
1121/7
**worried [3]** 1170/15 1171/2
1171/3
**worry [1]** 1078/25
**worse [3]** 1142/8 1172/5 1173/12

# W

**worsen [2]** 1170/6 1173/8
**worsening [3]** 1170/4 1170/11 1171/6
**worth [4]** 1084/4 1085/14 1086/3 1172/23
**written [1]** 1085/4
**wrong [2]** 1085/5 1124/12
**Wu [1]** 1074/9
**www [1]** 1163/23
**www-dot [1]** 1163/23

# X

**X-U [1]** 1132/3
**Xu [5]** 1118/2 1118/4 1132/2 1139/16 1154/22
**Xu Jin's [2]** 1118/2 1118/4
**Xu's [2]** 1118/7 1150/11

# Y

**yahoo.com [8]** 1117/8 1117/13 1117/25 1129/10 1130/18 1130/18 1132/17 1133/10
**Yan [5]** 1117/13 1118/18 1131/17 1151/17 1151/17
**Yan's [1]** 1118/4
**yard [1]** 1162/7
**year [4]** 1101/25 1102/4 1102/8 1102/11
**years [2]** 1114/22 1115/2
**yelled [2]** 1093/20 1098/10
**yellow [1]** 1137/17
**yesterday [11]** 1063/16 1068/6 1072/22 1077/6 1078/8 1091/10 1092/15 1093/12 1093/19 1094/6 1120/10
**YNB [2]** 1154/2 1154/9
**YNB-58G [2]** 1154/2 1154/9
**yourselves [1]** 1067/11
**Yup [1]** 1117/4

# Z

**Z-H-U [11]** 1104/9 1131/17 1132/1 1134/2 1135/2 1136/7 1137/12 1137/15 1147/14 1148/9 1157/16
**zero [1]** 1103/11
**Zheng [2]** 1063/2 1084/1
**Zhu [78]** 1063/5 1071/10 1071/12 1072/6 1072/9 1072/13 1072/18 1073/21 1074/20 1074/20 1075/4 1076/7 1076/13 1076/13 1076/22
1077/8 1077/15 1077/21 1080/5 1080/6 1081/11 1086/18 1087/9 1088/10 1088/12 1089/8 1089/9 1090/6 1090/9 1090/11 1092/1 1092/8 1092/16 1093/8 1093/10 1093/19 1094/6 1094/15 1094/18 1096/15 1096/17 1096/18 1098/10 1099/5 1104/8 1104/13 1104/16 1104/18 1104/20 1105/21 1110/3 1111/22 1111/25 1112/17 1112/25 1131/17 1132/1 1134/2 1134/12 1135/2 1137/14 1138/8 1138/12 1138/14 1140/22 1148/9 1157/16 1158/20 1159/3 1159/10 1160/10 1160/18 1161/13 1167/19 1168/7 1168/13 1168/17 1169/1
**Zhu Feng [3]** 1110/3 1111/22 1111/25
**Zhu Feng's [1]** 1112/17
**zoom [3]** 1097/14 1110/19 1131/14