**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MCMAHON,<br>ZHENG CONGYING and<br>ZHU YONG,<br>　　also known as "Jason Zhu,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>**CERTIFICATION OF FILING**<br>**AND SERVICE**<br><br>*Filed Electronically* |

I, **GENNA A. CONTI**, of full age, hereby certify as follows:

1.　　I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant Michael McMahon in the above-captioned matter.

2.　　On August 10, 2023, I caused the Notice of Michael McMahon's Post-Trial Motions, Brief in Support of Defendant Michael McMahon's Post-Trial Motions, a Proposed Order, and this Certification of Filing and Service to be filed electronically with the Court and served upon all counsel of record by ECF.

I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are knowingly or intentionally false, I am subject to punishment.

Dated: August 10, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 s/ Genna A. Conti
　　　　　　　　　　　　　　　　　　　　　　　Genna A. Conti
　　　　　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　　　Tel: (973) 596-4500
　　　　　　　　　　　　　　　　　　　　　　　Fax: (973) 596-0545
　　　　　　　　　　　　　　　　　　　　　　　gconti@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Michael McMahon*