

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/IC/CB  
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2024

By ECF and Email  
The Honorable Pamela K. Chen  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:    United States v. McMahon, et al.  
                 Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

        The government respectfully submits this letter to inform the Court that it does not object to defendant Michael McMahon's motion for an extension of time to file objections to the Presentence Report and to continue sentencing, dated October 25, 2024 (ECF No. 315). Should the Court grant the defendant's motion, the government respectfully requests that the government's deadline to submit objections to the Presentence Report be extended as well, consistent with the extension granted to the defendant.

                                    Very truly yours,

                                    BREON PEACE  
                                    United States Attorney

                  By:    /s/  
                          Meredith A. Arfa  
                          Irisa Chen  
                          Assistant U.S. Attorneys  
                          (718) 254-7000

2

          MATTHEW G. OLSEN
          Assistant Attorney General
          Department of Justice
          National Security Division

     By: /s/_____
        Christine Bonomo
        Trial Attorney

Cc: Clerk of the Court (PKC) (by ECF and Email)
   Counsel of Record (by ECF)

2