

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/IC/CB
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 2, 2024

<u>By ECF and Email</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Michael McMahon,
      <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

    The government respectfully submits this letter, with the defendant's consent, to request an adjournment of defendant Michael McMahon's sentencing, currently scheduled for January 3, 2025, to a date in early March 2025, other than March 7 or March 13-14. The government is not available on January 3 and counsel for both the government and the defendant are scheduled to begin trials later in January; counsel for the defendant has advised that the government in that case has estimated trial will last 4-6 weeks. Accordingly, the government respectfully requests that the defendant's sentencing be adjourned until early March 2025.

        Respectfully submitted,

        BREON PEACE
        United States Attorney
        Eastern District of New York

By:  /s/
        Meredith A. Arfa
        Irisa Chen
        Assistant U.S. Attorneys
        (718) 254-7000

MATTHEW G. OLSEN
Assistant Attorney General
Department of Justice
National Security Division

By:       /s/ _____
Christine Bonomo
Trial Attorney

Cc:      Clerk of the Court (by ECF and Email)
         Counsel of Record (by Email)