**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MCMAHON | Case No. 1:21-cr-00265 (PKC)<br><br>**[PROPOSED] CONSENT ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

**THIS MATTER** having come before the Court on the application of defendant Michael McMahon, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Genna A. Conti, Esq., appearing), and with no objection from either the United States, by Carolyn Pokorny, Acting United States Attorney for the Eastern District of New York (Meredith Arfa, and Irisa Chen, Assistant United States Attorneys, and Christine Bonomo, Trial Attorney in the National Security Division, appearing) or the United States Office of Pretrial Services (by Rhonda LeGrand, U.S. Pretrial Services Officer), and for good cause shown:

**IT IS** on this __ day of January, 2025,

**ORDERED** that the Order Setting Conditions of Release for defendant Michael McMahon dated October 28, 2020, and modified thereafter on October 5, 2021, April 7, 2024, and October 15, 2025, be and it hereby is modified to allow Mr. McMahon, upon the presentation of his travel itinerary to the United States Office of Pretrial Services, to travel to Virginia and Washington D.C. from Saturday, January 18, 2025 to Tuesday, January 21, 2025.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

                                                                                    _____
Honorable Pamela K. Chen
United States District Judge

3186345.1 116731-104432