# Exhibit 1

# PAUL B. BRICKFIELD, P.C.

ATTORNEYS

PAUL B. BRICKFIELD *‡
PAUL@BRICKFIELDLAW.COM
MOBILE: (551) 206-2662

OF COUNSEL
SANDRA COIRA

NANCY J. SCAPPATICCI ‡

* CERTIFIED CRIMINAL TRIAL LAWYER – NJ
‡ MEMBER OF NEW YORK BAR

135 PROSPECT STREET
RIDGEWOOD, NEW JERSEY 07450
TELEPHONE: (201) 488-7707
FACSIMILE: (201) 488-9559
WWW.BRICKFIELDLAW.COM

NEW YORK OFFICE:
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, NEW YORK 10573
TELEPHONE: (914) 935-9705

March 11, 2024

Honorable Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **United States v. Michael McMahon**
              Docket No.: 1:21-cr-00265-PKC

Dear Judge Chen:

    I am an attorney-at-law of the States of New York and New Jersey and am writing this letter on behalf of Michael McMahon to ask Your Honor for leniency in his sentencing. I have known Mr. McMahon for well over 15 years. Mr. McMahon, as you know, is a retired New York City detective and I retained him to assist me in a large number of matters over the years. These matters included civil and criminal cases. Mr. McMahon performed private investigative type duties, including interviewing witnesses and obtaining records.

    Mr. McMahon's work ethic and professionalism was excellent and above reproach. I never had any reason to believe that he did anything inappropriate for me or my clients. I can say that I never had any concern about his integrity and I have never heard from a single witness that he interviewed anything other than that he was a total professional. I consider him to be a friend.

1

     I was heartbroken to learn of the jury verdict in this case. I ask Your Honor to consider my experience with Mr. McMahon in terms of determining your sentence in this case.

                                        Respectfully submitted,

                                        Paul B. Brickfield