# Exhibit 4

Caroline Byrne

Hoboken, NJ 07030

Honorable Pamela K. Chen

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Chen,

My name is Caroline Byrne, and I am writing to you on behalf of my uncle, Michael McMahon. By now, I'm sure you've heard a lot about his career as a decorated NYPD officer and detective. I'd like to share more about Mike as an uncle.

For starters, Mike is one of the kindest, funniest people I have ever been around, in or outside the family. He's easy-going, quick with a joke, and the first person to offer help when you need it. There's a lightness about him that people are naturally drawn to. He has a rare ability to make you feel better even on your worst day.

I still laugh thinking about the time I was leaving my aunt and uncle's house after babysitting my cousins. I was probably around 19 and had just bought my first car that I had spent years saving up for. As I was backing up out of their driveway, I rear-ended their stone wall, crushing the car bumper. I was distraught (as any teenager would be). Mike reassured me it was going to be okay and that I was just "off to a rocky start." He referred to me for the rest of the day as "Wall-E" and helped me patch up the damage as best he could.

That's just a short story about Mike. I have a thousand like it, but I won't bore you with more. What's important to know is that he's a light of a human being and no one close to him can

come to grips with how something like this could happen to a guy like him. It simply doesn't compute.

The truth is, this case has had an insidious effect on our entire family. There's a heaviness in the air now during birthdays and holidays. I've watched my father, grandmother, aunts, uncles, and cousins slowly become disillusioned by what we thought the justice system was—thinking at each step of the way that *this* is when the truth comes to light. *This* is when the FBI admits that this was all one big misunderstanding. But as we all know, that moment never came, and now we're here in the 11th hour praying you don't put an innocent man behind bars.

That being said, I urge you to be lenient in your sentencing. I ask that you please consider the public humiliation, character assassination in the press, and financial hardship this whole ordeal has already inflicted on Mike and his family. He is one of the best people I know, and I promise you that society is a better place with him in it. Thank you.

Respectfully,

*Caroline Byrne*

Caroline Byrne