Exhibit 9





