# Exhibit 13

Icahn School of Medicine at Mount Sinai

November 5, 2024

Re: McMahon, Michael
DOB: ▮▮▮▮1967

To Whom It May Concern;



Please feel free to contact our office with any questions or concerns.

Sincerely,

Alfred Marc Calo Iloreta Jr. MD

