# Exhibit 16

Robert F. Lonzar

▉▉▉▉▉▉▉▉

Nyack, NY 10960

▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉

May 11, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen:

I have known Mike since Junior High School. We met while playing lacrosse. As one of the most skilled players on the team, the first thing I remember about him was his willingness to help others and be a mentor to the other players. His selflessness and willingness to give time to others is what really stuck out in my mind. He exuded a positive attitude both on and off the field that built a strong team dynamic. Our friendship grew and we became closer in High School as we were both on the football and lacrosse teams.

▉▉▉▉▉▉▉▉ Mike was there to support me during those very difficult days, coming to see me at my house and keeping in touch with me. ▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉ He was constantly including me in social activities and just being a great friend who made me feel that I was going to be OK. I recently had dinner with Mike and I told him how important his support meant to me during those trying times. He helped get me through a difficult time in my life. Just like Mike, he downplayed the impact he had as if he didn't do anything special.

My recollection is that Mike entered the police academy at nineteen as he was always passionate about becoming a law enforcement officer. I would see Mike on patrol occasionally as I worked at my family restaurant in New York City. Mike would come by on occasion on patrol as a plains clothes officer. My Dad always commented on Mike's demeanor. Speaking to him he saw how he really cared about what he did and he was very dedicated to protecting the people of New York. My Dad would say to me afterwards, if they could make a mold for a police officer, Mike would be it as he is caring and friendly with a calm disposition which is needed in law enforcement.

This wrongful conviction has devastated Mike and his family financially and emotionally. I went out to dinner with him recently and he shared how he would not be able to send one of his children to college and she would have to stay home and work. He shared his feelings of how distraught and broken he was but emphasized how the strength of his wife Martha has kept the family intact.

He said that he can't believe that his own government would believe that he would ever try to do anything to hurt our country that he loves and that he was sworn to protect. It's so unfathomable to him that they would question his loyalty to our country. He was so emotional when he told me this I became very saddened.

Mike has been a police officer who has protected the homeland from criminals and terrorists for many years. Mike would never knowingly break the law as he is a loyal American who stuck his neck out protecting all of us throughout the years.

Mike and his family have already suffered enough, financial devastation, emotional and psychological trauma from this wrongful prosecution. Any further punishment would serve no purpose. If Mike is incarcerated, it would only add to more financial destruction and potentially the destruction of his family.

Respectfully,

Robert F. Lonzar