# Exhibit 22



**Teresa McCullagh**

**New City, NY  10956**

May 29, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Chen,

My name is Teresa (Terri) McCullagh.  I have been a registered nurse for 25 years working in hospitals, homes and community outreach.  I am the Director of the Christian Service Ministry at our local parish of Saint Francis of Assisi in West Nyack NY, where we provide significant resources and outreach to those in need.  I am writing to you today to shed some light for you on my dear friend and beloved family member, Michael McMahon.

I have known Mike since I was 11 years old.  We went to the same middle school together.  Mike was truly everyone's favorite in middle school.  He was funny, kind, a great athlete, and truly just the nicest person ever.  Teachers, students of all ages and even the principals just loved him, and with good reason.  Even at the tender age of 11, Mike was a champion for all those around them; a characteristic that is so incredibly rare for children of that age.  Middle school can truly be a trying time for kids of that age.  Unfortunately, children can be cruel.  Cliques are created and a social hierarchy is established.  Michael was definitely at the top of the social hierarchy, but that never went to his head.  In fact, Mike used his sense of humor and disarming personality to help everyone.  I will never forget the time an older boy, a bully, was being absolutely terrible to a younger, smaller boy, who was clearly terrified in the halls of Felix Festa Middle School.  A crowd had gathered to watch the impending fight, when out of nowhere came Mike.  He saw what was happening got right in front of the smaller kid to protect him, and told the older bully he would need to go through him if he had a problem.  The bully relented and backed down.  The younger boy was so incredibly grateful.  Mike made a joke to the both of them and went on to class, his job done.  I will never forget that day.  Seeing a 13 year old boy defending someone younger and smaller against a big bully with no fear stuck with me for years.  Although I had lost touch with Mike during college, I heard he had become a New York City Police Officer.  I was not at all surprised.  Mike had been protecting and serving others since middle school.  I couldn't think of a more perfect career for him.

-2-

At around this time, I met a wonderful man who I married, also a policeman. He happened to be Mike's first cousin. It was great to catch up again with Mike and his beautiful family, and to hear about his illustrious career with the NYPD. Mike had received 75 medals of commendation during his career, which, sadly was cut short when Mike suffered a terrible injury in a car accident while he was doing what he did best – protecting and serving the good people of New York City, specifically the Bronx. He even received the combat cross which is an incredible honor given to those "who have successfully and intelligently performed an act of extraordinary heroism, while engaged in personal combat with an armed adversary under circumstances of imminent personal hazard to life". After retirement, Mike started his own successful investigation company and enjoyed family time… coaching soccer and lacrosse for his children and giving back to his community of Mahwah, NJ and his old community of New City, NY where he helped me during food and gift drives at my parish with the Christian Service Ministry.

I cannot begin to tell you how difficult things have been for Mike and his family, both personally and financially, since that fateful day the FBI raided their family home in the early hours of the morning; frightening the children, freezing their assets, freezing his income and taking away his source of income for the last 3 years. I am sure you can appreciate how devastating this has been financially. However, more devastating for Michael is the damage that has been done to his reputation. This is a man who has lived every day of his life doing for others, protecting and serving, and always doing the right thing. To have people question his integrity has really taken its toll on him.

I feel very strongly that there must be some mistake or misunderstanding. The crimes Mike is accused of are not at all reflective of the kind and brave Mike McMahon I know. Therefore, while you are contemplating Mike's sentence, with great respect, I ask you to please take several things into consideration. Please consider all the wonderful things Mike has done for others in his family, his community and in the City of New York. 75 meritorious medals speaks volumes of the difference he made while on duty in the Bronx. I would also please ask that you consider all his years on the NYPD. All those shifts spent away from his family - nights, weekends and holidays, please let them all count for something. Finally, and again, with great respect, I ask you to be merciful in your sentencing. I feel Mike has been serving his sentence since the day this ordeal all began.

Thank you so much for your time and for taking all this information into consideration.

Respectfully,

*Terri McCullagh*

Terri McCullagh, RN