# Exhibit 24

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

    My name is Ann Marie McMahon, I am seventeen years old and the youngest child of Martha and Michael McMahon. I'm currently a senior at Mawah High School in NJ, graduating on June 20th, 2024. I will be attending community college in the fall, focusing on child development and health care. I'm looking forward to making new friends and memories.

    I was excited to start high school in fall of 2019, then everything fell apart. In the last four years, I faced a lot of challenges, starting with Covid-19 shutting down my school for months. I attended school anytime it was open, which wasn't often. After finishing my freshman year, I was hoping my sophomore year would be better. When my father was arrested in October of 2020, it was a setback I wasn't prepared for. I'm not sure how anyone could be. My mom did her best to keep things together, even as stories about my dad came out in the press.

    I went to school every day, including the day of my dad's arrest, always wondering who knew about what happened to my dad. The only place I felt safe was at home with my parents, who made the tough times a lot easier. I knew my dad would never hurt anyone, but it didn't stop people from parking outside my window for days after his arrest. It was scary and waking up every day wondering if the press would still be there was horrible. My family has been through so much. I hope when I start college in the fall, it will be a fresh start for everyone in my family, especially my dad.

In the beginning of my senior year, I chose to take sciences as electives. I had enough credits going into senior year to graduate, so this was an opportunity to explore majors I was considering. One assignment given in Sociology class was called "Showing Up". We had to pick a subject and focus on what "showing up" means. If someone "shows up" how does it directly affect someone, either in a positive or negative way. I chose my dad as the subject.

Over the years I saw kids in school who didn't have a dad or sometimes any parent who "showed up" for them. I saw how tough it was for friends who either had an absent or abusive dad. My former neighbor Ian who joined my school in second grade, was raised by a single mom. He and his mom moved in with his grandmother next door. I would hear his mom on the phone arguing with someone on her front porch all the time. At first Ian didn't leave his house other than waiting with me at the bus stop. Once he knew we were neighbors and in the same grade, he started showing up at my house every day. After school and on weekends he would ring our doorbell wanting to play. At school he was always getting in trouble, so I wasn't too happy with him visiting to be honest. My mom and dad always welcomed Ian and made him feel at home. He would come in our house and run right to our pantry and grab snacks. Eventually he would just walk in the house unannounced and share details of his personal life. We learned everything about Ian, everything. He had a lot of energy and never stopped talking. My parents would invite him to swim and let his mom know he could come over any time. Ian's mom was happy he had us as she was having a tough time.

When there was a concert at school, Ian's dad showed up. I started to understand Ian's behavior more. Looking back I understand what my dad was doing for Ian. We gave him a safe place to let off some steam which he really needed. He was never mean to me, he just wanted to be heard. My dad always

listened. Ian moved away before high school but stayed in the same town. Over the last ten years we've been in the same schools. It hasn't been easy for him, but he's graduating with me in June. I can't help but think my dad's presence in his life was a positive.

I was really lucky growing up. My dad was with me every day since he worked part-time. Not just every day at home, he also volunteered to coach all my sports. Today my friends still talk about my dad and what a great coach he was. I didn't understand how great he was until I tried out for my high school lacrosse team. The coach would yell at the girls and took all the fun out of the sport for me. I didn't last a week. My dad had a way of coaching which made all of us want to improve. He knew how to encourage and give each player whatever they needed to be their best. That's a good coach and a great dad.

When I started the "Showing Up" project it forced me to reflect on how much my dad "showed up" for me. Not just for me but for my brothers too. There hasn't been a day where he hasn't helped me with my laundry, driven me wherever I needed to go, given me great advice, made me laugh or given me a hug when I really needed one. I consider my dad a friend, not just my dad.

In high school I noticed kids who didn't have a dad, mom or both parents in their lives would sometimes act out or be introverted. I never connected the two until I had to with this assignment. I came home one day after working on it and had a talk with my mom. It was a clear moment where I felt great appreciation for my dad's role in my life. My mom reminded me that because I had support, it was my job to help others who didn't. This project gave me the direction I was looking for to do more for others.

Most of my friends are going away to college in the fall. I didn't want to live away from home, I knew that. Over the last

four years my family has been all together under one roof, including my grandma. I'm not ready to go yet. If I left it would be the first time since I was born I would be without one or both of my parents. A lot of kids can't wait to leave, I'm not one of them. My relationship with my dad is special. I want him there to share in everything new that is to come in my life. To tell him about my day over a pizza in the kitchen. I can't wait for that. My dad more than "shows up" he's ALWAYS on the sidelines ready to help me.

I work every day to grow from what has happened. I have great friends who helped me when I didn't want to put more stress on my parents. I'm grateful for all the people who have helped, not just me but everyone in my family. This has been hard on all of us and I hope we are finally at the end of it. I try not to think about where I would be if I didn't have my dad in my life, even for one day.

When you're a child you don't realize how blessed you are to have that important figure in your life. I'm so proud of my dad. He's such a positive person. Even after everything, he gets up every day and shows up for me, my mom and brothers. He always puts us first, even when we know he's having a hard time. The lessons he has taught me I will carry through my work with children and one day my own family. He has shown me what kindness, generosity and being unselfish looks like. He has given me so many gifts but none more important than knowing how to treat others, especially the ones you love.

Thank you for taking the time to read my letter in support of my incredible dad.

Respectfully,

*[signature]*

Ann Marie McMahon