# Exhibit 25

May 3, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York  11201

Dear Judge Chen,

We, Michael's brothers and sisters want to thank you for the opportunity to write a reference letter for our brother.  We are writing one group letter since we all feel the same way about him and hopefully with 7 names represented, it will add more weight towards your sentencing decision. My father always said that a family that has 9 children would never be rich materialistically but as we got older, we would have each other and that would be more important than anything money could buy.  We feel like his mantra is certainly more true now than it could ever be.  Having each other to support Michael I hope is some way that he and his family are getting through this terrible ordeal. We want to start off by giving you some history about our family and why these charges brought against our brother are so hard for us to comprehend.

Similar to many other families, our grandparents immigrated here from Ireland in the 1920's. Our maternal grandfather, became a US Veteran after participating in World War I then joined the FDNY in the 1927.  Our paternal grandfather was a store manager for a local A&P Supermarket in the Bronx for his entire life.

We have 1 uncle who followed in his fathers footsteps to join the FDNY and they were the first Father/Son pair to ever work in the same firehouse. We have 3 other uncles who joined the NYPD.  All of these men, as well as 2 other uncles, served our country in different areas of the the Military including World War II and the Korean War.  Our family always felt that it was very important to serve and protect our country.

Michael's son and nephew are currently employed as Police Officers.  He has a cousin that was the Chief of Police for our local town.  He has other cousins that were also NYPD and FDNY.  This is the nature of our family to Protect and Serve and help others.  This is why Michael ventured in Private Investigations after his own career was cut short unexpectedly. He wanted to continue to help others by ensuring that justice was served.  We know deep down in our hearts that Michael would never do anything to hurt his family or his country.  We know it as if it were our own heart.

Michael is the 6th of 9 children born to our parents, Vincent and Patricia.  We were raised in a 2 bedroom Bronx apartment until 1975. Our parents moved us to Rockland County, New York to give us a better life in the suburbs of New York City.  Our Sundays were spent with having all of our extended family come for dinner.  The guest of honor was always our grandmothers, one who lived to be 99. We all felt happy, protected and secure laughing those days away. Growing up, Michael was always the golden child, always happy and laughing and playing pranks on everyone.  It seemed from the day he was born, he had a charmed life.

In 1992, our world started to shatter. Our father and sister Ann Marie were diagnosed with Cancer. Michael who still lived at home, would come home from work at the NYPD and help get our father out of bed, into the shower and help get him dressed so that my mother could take care of him at home. This cut into any social time that he would have had and something that he never complained about doing. For over a year, Michael's daily routine was just work and taking care of my father. My sister was born almost a year to the day before Michael was born. They were best friends and the closest out of all of the children, so with her also going through Chemo and Radiation during the same timeframe, it was a stressful and sad time for Michael. My father and sister ended up passing away 3 weeks apart from each other and our world, and especially our mom, was never the same. Ann Marie was only 26 years old. Once again, our love and support for each other and our mother is what helped us get through this devastating time.

A few months after they passed away, we feel that Michael was rewarded for his devotion to our father and sister by meeting his incredible wife and life partner Martha, who has been his rock through all of this. He was gifted with 3 beautiful and amazing children who he adores. His was living his dream until the accident that ended his career. Michael retired as a Sargent from the NYPD. Being a Police Officer was all that Michael loved and wanted to do. But it wasn't the only thing that he could do. Since he was retired, he was now able to be the lacrosse coach, the softball coach, the football coach, the basketball coach, the stay at home dad, the supportive husband for many St. Jude fundraisers that Martha was the Chairperson for, the son-in-law that took in his mother-in-law to live with them when his father-in-law passed away. As he started to have more free time, his Private Investigative business evolved to into a thriving business working for some high profile clients such as the Vatican, the FBI as well as owners of well known businesses and insurance companies. Little did he know, as in the past, life would throw him another curveball.

Michael's service to the community is not unique in our immediate family. He has :
-A brother that retired from the NYPD as a 2nd Grade Detective and was also highly decorated
-Another brother retired from the United States Army 75th Ranger Regiment and then retired from the FDNY as a Lieutenant- also highly decorated
-His youngest brother, currently still employed by the FDNY and is the most highly decorated member of his firehouse.
-His remaining 3 sisters are successful and wonderful mothers and grandmothers to their children which is just as important to note


What is happening to Michael is affecting all of us. First you are in a state of disbelief, can this really be happening?? What needs to be done to set the information straight?? This has to be a HUGE MISTAKE! You have to go to trial to clear your name and prove that you are not complicit in any of the things you are being accused of!

Since that day in 2020, October 28, which also happened to be the 28th anniversary of our sister Ann Marie's death, Michael has been in his own Prison. His livelihood has been taken away, his freedom has been taken away, his financial resources have been depleted, his integrity has been compromised, his reputation has been damaged and so called friends have long since disappeared. The happy go lucky, always with a smile on his face brother that we knew has been taken away from us and replaced with someone that now has extreme stress and anxiety. All of his hopes and dreams for the future, which up until 2019 were boundless, have been taken away. We all feel part of this nightmare he is living in and wake every morning wishing that it had never happened. We all wonder, where did this evil black cloud come from that is overtaking this family? Why/How can they target someone that has never done anything wrong in his entire life? We were hoping that the trial would have given us the answer. It did not.

Fortunately, we will continue to stay close and support our brother in whatever means are necessary. Prior to the trial starting, we were able to have a fundraiser where hundreds of his friends, family and supporters such as our local congressman Mike Lawler and NYPD Executives, who believe in this great country and its freedoms, were able to show him that we haven't given up on him and that we will be here for him and his family no matter what.

Thank you for allowing us to give you some insight into Michael's heart, family, upbringing and the love and support his brothers and sisters have for him. We were honored to write this reference letter for him.

Respectfully,

*Eileen Rose*

Eileen McMahon Rose

Kevin McMahon   *Kevin McMahon*

Brian McMahon   *Bri McM*

Vincent McMahon   *V. McMahon*

Patricia McMahon Velez   *Patricia Velez*

Kathleen McMahon   *Kathleen McMahon*

Stephen McMahon   *Stephen McMahon*