# Exhibit 34



Phone: 551.444.8100
Facsimile: 551.497.4665
www.rosenblattlegal.com

**RAPHAEL M. ROSENBLATT**
Email: raphael@rosenblattlegal.com
Attorney at Law
Member, NY & NJ Bars

May 15, 2024

Honorable Pamela K. Chen, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** <u>**United States v. Michael McMahon**</u>

Dear Judge Chen:

I write respectfully in support of Michael McMahon, who I understand is to be sentenced by Your Honor on July 17, 2024, after his convictions for conspiracy to act as an agent of a foreign government; interstate stalking; and conspiracy to commit interstate stalking.

I have known Mr. McMahon for approximately ten (10) years. I am an attorney at law admitted to practice in the States of New York and New Jersey and in good standing in both jurisdictions. My primary areas of practice are civil commercial litigation, including professional malpractice, and criminal defense. Although I have a rare need for private investigative services, prior to his arrest, I employed Mr. McMahon as my investigator each time I had such a need. I always found Mike to be professional, trustworthy, honest, and competent.

I first met Mr. McMahon because he was providing investigative services for a colleague with whom I shared office space. Although at that point in time I had not yet employed Mike as an investigator for my office, he and I began talking about his background as a former NYPD detective and member of the elite Street Crimes Unit. ███████████████████████████████████████████
████████████████████████████████████████████████████



presence down at Ground Zero as one of the first responders called to the scene of the 9/11 attacks. We discussed the traffic accident sustained during a high-speed chase and necessitated his early retirement from the NYPD. While Mike never bragged about his accomplishments – or the numerous medals he was awarded in the line of duty – in our numerous and lengthy conversations I could tell of the pride he took in protecting the citizens of New York City, his wearing of the shield, and having risked his life for the sake of his job as a detective. I never detected one ounce of insincerity on Mike's part.

Mike also loved to talk about his family – his devoted wife and his children. As his and my children are not too far apart in age, I enjoyed our discussions of his childrens' education and accomplishments. He could not conceal how proud he was.

I used Mike on several occasions as an investigator on a few of my cases that needed papers served or supervision over property being transferred with the aid of a qualified third-party that would not back down from threats, but also would get the job done properly. These matters were highly contentious and I was concerned that my adversaries would make a scene and even potentially attempt to cause physical harm to my investigatory. Mike accomplished what had to be done without any undue confrontation and effectively. In fact, in one instance, I employed Mike to serve some papers on a law firm in New York City. When he arrived, several employees of the law firm surrounded Mike and threatened him. He calmly delivered the papers and defused the escalating situation by refusing to be intimidated, and firmly ensuring that the papers were served and the law firm employees disbursed without incident. Mike always diligently documented his efforts and charged a reasonable fee for his work. His work was always highly competent, and his calm demeanor and unflappability defused situations that could easily have gotten out of hand. I never witnessed him do anything outside the bounds of the highest ethics in doing his job. I saw the same work ethic and high moral code in the work he performed for colleagues – to the extent that I witnessed his efforts in that regard.

I always truly enjoyed seeing Mike around the office, or discussing work or life with him. I was shocked when I heard that he had been indicted, as I never saw any impropriety of any kind on his behalf. Understanding that he has now been convicted, I respectfully submit this letter on Mike's behalf so that Your Honor can be made aware that I support the most lenient sentence allowable by law, as I believe Mr. McMahon has sacrificed himself in the service of the United States and particularly the people of New York and, in my personal experience, has done so in an most ethical and responsible manner.



Page 3 of 3

    I appreciate Your Honor considering this submission.

    Respectfully yours,

**ROSENBLATT LAW PC**

RAPHAEL M. ROSENBLATT
For the Firm