

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2025

<u>By ECF and Email</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Michael McMahon</u>
             <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

      In connection with defendant Michael McMahon's sentencing, scheduled for April 10, 2025, the government respectfully requests that the Court permit the government to electronically submit two video recordings in support of the government's sentencing submission. The recordings are of public statements by the defendant, and are referenced as Exhibits A and C in the government's sentencing submission.

                                          Respectfully submitted,

                                          JOHN J. DURHAM
                                          United States Attorney
                                          Eastern District of New York

                          By:    <u> /s/                    </u>
                                   Meredith A. Arfa
                                   Irisa Chen
                                   Assistant U.S. Attorneys
                                   (718) 254-7000

cc:    Clerk of the Court (PKC) (By ECF and Email)
       Counsel of Record (By ECF)