# DAVID B. SMITH, PLLC

**Nicholas D. Smith**
1123 Broadway, Ste 909
New York, NY 10010
917.902.3869
nds@davidbsmithpllc.com

**David B. Smith**
108 North Alfred Street, 1st FL
Alexandria, VA 22314
703.548.8911 / fax 703.548.8935
dbs@davidbsmithpllc.com

June 12, 2025

<u>**VIA ECF**</u>
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> RE:   *United States v. Ji Hu, et al.*, 1:21-cr-265-PKC
> Motion to Modify Surrender Date by Two Weeks

Dear Judge Chen:

I write on behalf of Michael McMahon, who has been ordered to surrender to the Bureau of Prisons before 2 p.m. on Monday, June 16. 4/16/2025 Minute Order. McMahon respectfully moves the Court for a two-week extension of time to surrender for the following reasons. The government opposes McMahon's motion. For the Court's convenience, McMahon pastes below the government's argument in opposition.

As the Court learned at sentencing, and as McMahon's ENT physician recapitulates in a letter dated today, McMahon developed chronic sinus issues about eight months after days spent "on the pile" at the World Trade Center following the September 11 attacks. Ltr. of Dr. Iloreta, Exh. 1. His symptoms include facial pressure and pain, chronic bilateral nasal congestion, post-nasal drip, and difficulty breathing. *Id.* Though he has had four functional endoscopic sinus surgeries in total, including an extensive frontal sinus drill-out procedure, his symptoms return quickly post-operatively to the status quo ante. *Id.* Sequelae run from severe allergic rhinitis, asthma and GERD to sleep apnea. In the last two weeks, McMahon has developed facial pain and has been having episodes of "significant, recurrent epistaxis [nose bleeding]." *Id.* The ENT physician assesses that this requires an expedited appointment to evaluate the nasal and sinus cavity. He made an appointment for McMahon on June 24, 2025. *Id.*

At the same time, McMahon has not received notice from BOP about a facility designation even though his surrender date is less than two business days from today. The government advised the undersigned in an email yesterday that McMahon had been designated to FCI Milan. That would be unexpected. FCI Milan is a facility located approximately 45 miles outside Detroit, Michigan. Yet the First Step Act directs BOP to "place the prisoner in a facility as close as practicable to the prisoner's primary residence, and to the extent practicable, in a facility within 500 driving miles of that residence." 18 U.S.C. § 3621(b). While that directive is subject to other statutory considerations, and facility designation is ordinarily not

The Honorable Pamela K. Chen
June 12, 2025
Page 2

subject to judicial review, it remains the case that the Court recommended a local designation to Otisville; FCI Milan is more than 500 driving miles from McMahon's residence; and McMahon's family did not prepare for the contingency of having to travel that distance to visit him.  A two-week continuance would thus also enable McMahon to receive instructions from BOP about where and when to surrender and give his family time to prepare for a designation across the country.

The government's opposition is the following:

Defense counsel has informed the government that the defendant has had trouble breathing and has intermittent nose bleeds, potentially related to the defendant's preexisting sinusitis condition but also due to stress concerning his upcoming incarceration.  Defense counsel has further advised the government that the defendant has not sought immediate medical attention.  In response to the representations by defense counsel, the government requested documentation concerning the defendant's medical condition; counsel subsequently provided a screenshot reflecting a "follow up" appointment scheduled for June 24, 2025, but stated that other documentation is not currently available.[1]  Based on the information provided to the government at this time, the government opposes the application to the extent the application is based on medical necessity, and notes that the Court specifically found during the defendant's sentencing hearing that his preexisting sinusitis condition can be managed while in BOP custody.  The government further does not believe the defendant's concerns regarding the BOP designation are an appropriate basis for adjourning the surrender date.

In sum, McMahon respectfully requests a modified surrender date of June 30, so he may receive medical treatment for his sinus condition before surrendering; receive instructions on when and where to surrender, potentially in Michigan; and allow his family to prepare for long-distance visitation.

Dated: June 12, 2025                                    Respectfully submitted,

                                                        */s/ Nicholas D. Smith*
                                                        Nicholas D. Smith
                                                        1123 Broadway, Suite 909
                                                        New York, NY 10010
                                                        Phone: (917) 902-3869
                                                        nds@davidbsmithpllc.com

---

[1] After the government sent this communication, the defense received Dr. Iloreta's letter of today's date and shared it with the government.  The government's opposition remains unchanged.