

**Icahn School of Medicine at Mount Sinai**

Department of Otolaryngology and
Oral Maxillofacial Surgery

234 East 85ᵗʰ street, 4ᵗʰ floor
New York, NY  10028
Phone:    212-241-9410
Fax:       212-731-3394

June 12, 2025

Re: McMahon, Michael

DOB: 09/12/1967

To Whom It May Concern;

Mr. McMahon has been an established patient of our practice treated since 2017 through the World Trade Center program. He has a past medical history that includes allergic rhinitis, asthma, chronic pansinusitis with nasal polyps, gastroesophageal reflux disease, and sleep apnea. His exposure at WTC involved days on the pile, as well as exposure to significant amounts of dust at the station house thereafter. His chronic sinus issues started 8 months after his initial exposure. His symptoms included loss of smell and taste, facial pressure and pain, chronic bilateral nasal congestion, post-nasal drip, and difficulty breathing. He has had 4 functional endoscopic sinus surgeries in total, the last involving an extensive frontal sinus drill out procedure. His symptoms return quickly post-operatively to his prior status. He has developed severe allergic rhinitis, asthma, GERD, and sleep apnea as a sequela of his WTC exposure. He is currently using Xhance steroid nasal spray, saline intranasal irrigations, Xyzal oral antihistamine, Singulair leukotriene receptor antagonist, and albuterol inhaler as needed to control his symptoms.

Mr. McMahon has recently developed facial pain and has been having episodes of significant, recurrent epistaxis. This requires an expedited appointment in office to evaluate the nasal and sinus cavity. We will be seeing him in our office on June 24, 2025.

Please feel free to contact our office with any questions or concerns.

Sincerely,

Alfred Marc Calo Iloreta Jr. MD
Co-Director Endoscopic Skull Base Surgery Mount Sinai Health System
Assistant Professor ENT Head and Neck Surgery
Assistant Professor Neurosurgery
Rhinology and Skull Base Surgery
Icahn School of Medicine at Mount Sinai Hospital