E.D.N.Y. – Bklyn.
21-cr-265
Chen, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-six.

Present:
> Michael H. Park,
> William J. Nardini,
> Maria Araújo Kahn,
> > *Circuit Judges*.

---

United States of America,

> *Appellee*,

> v.

Ji Hu, et al.,

> *Defendants*,

Yong Zhu, AKA Jason Zhu, et al.,

> *Defendants-Appellants*.

25-121 (L),
25-227 (Con),
25-1223 (Con)

---

Appellant Michael McMahon, through counsel and with the government's consent, moves to dismiss his appeal as moot, vacate the district court's judgment, and remand for dismissal of the case in light of his presidential pardon.

Upon due consideration, it is hereby ORDERED that the motion is GRANTED, and the appeal is DISMISSED as moot.  It is further ORDERED that the district court's judgment is VACATED,

CERTIFIED COPY ISSUED ON 03/11/2026

and the matter is REMANDED to the district court with instructions to dismiss the case as moot. *See United States v. Schaffer*, 240 F.3d 35, 38 (D.C. Cir. 2001) (*en banc*) (*per curiam*).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2